CHAD W. DUNN*
Legal Director
UCLA Voting Rights Project
Brazil & Dunn, LLP
4407 Bee Caves Road, Suite 111
Austin, TX 78746
Telephone: 512-717-9822

SONNI WAKNIN*
UCLA Voting Rights Project
3250 Public Affairs Building
Los Angeles, CA 90095
Telephone: 310-400-6019

MARK P. GABER*
SIMONE LEEPER*
ASEEM MULJI*
Campaign Legal Center
1101 14th St. NW, Ste. 400
Washington, DC 20005
mgaber@campaignlegal.org
sleeper@campaignlegal.org
amulji@campaignlegal.org

Edwardo Morfin
WSBA No. 47831
Morfin Law Firm, PLLC
2602 N. Proctor Street, Suite 205
Tacoma, WA 98407
Telephone: 509-380-9999

ANNABELLE HARLESS*
Campaign Legal Center
55 W. Monroe St., Ste. 1925
Chicago, IL 60603
aharless@campaignlegal.org

Thomas A. Saenz**
Ernest Herrera**
Leticia M. Saucedo**
Deylin Thrift-Viveros**
Mexican American Legal Defense and
Educational Fund
643 S. Spring St., 11th Fl.
Los Angeles, CA 90014
Telephone: (213) 629-2512
tsaenz@maldef.org
eherrera@maldef.org
lsaucedo@maldef.org
dthrift-viveros@maldef.org

Attorneys for Plaintiffs

*Admitted Pro Hac Vice

**Applications for admission pro hac vice pending

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUSAN SOTO PALMER, ALBERTO MACIAS, BRENDA RODRIGUEZ GARCIA, FABIOLA LOPEZ, CATY PADILLA, EVANGELINA AGUILAR, LIZETTE PARRA, HELIODORA MORFIN, and SOUTHCENTRAL | Case No.: 3:22-cv-05035-RSL<br><br>**SOUTHCENTRAL COALITION OF PEOPLE OF COLOR FOR REDISTRICTING'S CORPORATE DISCLOSURE** |

| | | |
|---|---|---|
| 1 | COALITION OF PEOPLE OF COLOR FOR REDISTRICTING | STATEMENT PURSUAN TO FED. R. CIV. P. 7.1 |
| 2 | Plaintiffs, | |
| 3 | v. | Judge: Hon. Robert S. Lasnik |
| 4 | Secretary of State STEVEN HOBBS, in his official capacity as Secretary of State of Washington; LAURIE JINKINS, in her | Date Action filed: January 19, 2022 Date set for trial: |
| 5 | official capacity as Speaker of the Washington State House of | |
| 6 | Representatives; and ANDY BILLIG, in his official capacity as Majority Leader of the | |
| 7 | Washington State Senate | |
| 8 | Defendants. | |

Southcentral Coalition of People of Color for Redistricting, by the undersigned counsel of record and pursuant to Fed. R. Civ. P. 7.1, certifies that (1) Southcentral Coalition of People of Color for Redistricting, as of this date, does not have a parent corporation and (2) no publicly held corporation holds 10% or more of its stock.

Dated this 31st day of January 2022.                    Respectfully submitted,

By: /s/ Edwardo Morfin

| | |
|---|---|
| CHAD W. DUNN* | Edwardo Morfin |
| Legal Director | WSBA No. 47831 |
| UCLA Voting Rights Project | Morfin Law Firm, PLLC |
| Brazil & Dunn, LLP | 2602 N. Proctor Street, Suite 205 |
| 4407 Bee Caves Road, Suite 111 | Tacoma, WA 98407 |
| Austin, TX 78746 | Telephone: 509-380-9999 |
| Telephone: 512-717-9822 | |
| | |
| SONNI WAKNIN* | ANNABELLE HARLESS* |
| UCLA Voting Rights Project | Campaign Legal Center |
| 3250 Public Affairs Building | 55 W. Monroe St., Ste. 1925 |
| Los Angeles, CA 90095 | Chicago, IL 60603 |
| Telephone: 310-400-6019 | aharless@campaignlegal.org |
| | |
| MARK P. GABER* | Thomas A. Saenz** |
| SIMONE LEEPER* | Ernest Herrera** |
| ASEEM MULJI* | Leticia M. Saucedo** |
| Campaign Legal Center | Deylin Thrift-Viveros** |
| 1101 14th St. NW, Ste. 400 | Mexican American Legal Defense and |
| Washington, DC 20005 | Educational Fund |

SOUTHCENTRAL COALITION OF PEOPLE        2
OF COLOR FOR REDISTRICTING'S
CORPORATE DISCLOSURE STATEMENT
PURSUAN TO FED. R. CIV. P. 7.1

mgaber@campaignlegal.org
sleeper@campaignlegal.org
amulji@campaignlegal.org

643 S. Spring St., 11th Fl.
Los Angeles, CA 90014
Telephone: (213) 629-2512
tsaenz@maldef.org
eherrera@maldef.org
lsaucedo@maldef.org
dthrift-viveros@maldef.org

## CERTIFICATE OF SERVICE

I certify that all counsel of record were served a copy of the foregoing this 31st day of January, 2022 via the Court's CM/ECF system.

*/s/ Edwardo Morfin*
Edwardo Morfin
WSBA No. 47831
Morfin Law Firm, PLLC
7325 W. Deschutes Ave, Suite A
Kennewick, WA 99336
Telephone: 509-380-9999

SOUTHCENTRAL COALITION OF PEOPLE
OF COLOR FOR REDISTRICTING'S
CORPORATE DISCLOSURE STATEMENT
PURSUAN TO FED. R. CIV. P. 7.1

3