The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

SUSAN SOTO PALMER, et al.,

    Plaintiffs,

v.

STEVEN HOBBS, et al.,

    Defendants.

NO. 3:22-cv-5035-RSL

DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' MOTION FOR SCHEDULING CONFERENCE

Defendants STEVEN HOBBS, LAURIE JINKINS, and ANDY BILLIG, by and through their respective counsel, respond to Plaintiffs' Motion for Scheduling Conference, as follows:

Defendants' counsel are working expeditiously to evaluate the issues raised in Plaintiffs' 42-page, fact intensive Complaint. Counsel for all parties participated in a telephone conference today and discussed scheduling issues, including Plaintiffs' general timing preferences related to their anticipated preliminary injunction motion and adjustments to the deadline for Defendants to respond to Plaintiffs' detailed complaint. The parties have agreed to continue these discussions, and Defendants commit to engaging in good faith efforts to streamline the scheduling issues before the Court.

DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' MOTION FOR SCHEDULING CONFERENCE
NO. 3:22-cv-5035-RSL

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

DATED this 9th day of February 2022.

ROBERT W. FERGUSON
   *Attorney General*

   *s/ Karl D. Smith*
KARL D. SMITH, WSBA No. 41988
   *Deputy Solicitor General*
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 753-6200
Karl.Smith@atg.wa.gov

*Attorney for Defendant Steven Hobbs, Secretary of State*

   *s/ Jeffrey T. Even*
JEFFREY T. EVEN, WSBA #20367
EMMA GRUNBERG, WSBA #54659
   *Deputy Solicitors General*
ELANA MATT, WSBA #37719
SPENCER W. COATES, WSBA #49683
   *Assistant Attorneys General*
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
Jeffrey.Even@atg.wa.gov
Emma.Grunberg@atg.wa.gov
Elana.Matt@atg.wa.gov
Spencer.Coates@atg.wa.gov

*Attorneys for Defendants Laurie Jinkins and Andy Billig*

DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' MOTION FOR SCHEDULING CONFERENCE
NO. 3:22-cv-5035-RSL

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

**DECLARATION OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 9th day of February 2022, at Olympia, Washington.

*s/ Jacob Giem*
JACOB GIEM
*Legal Assistant*
Jacob.Giem@atg.wa.gov

DEFENDANTS' JOINT RESPONSE TO
PLAINTIFFS' MOTION FOR
SCHEDULING CONFERENCE
NO. 3:22-cv-5035-RSL

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200