The Honorable Robert S. Lasnik

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

SUSAN SOTO PALMER, et al.,

Plaintiffs,

v.

STEVEN HOBBS, et al.,

Defendants.

NO. 3:22-cv-5035-RSL

DEFENDANT STEVEN HOBBS'ANSWER TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Defendant Steven Hobbs hereby answers Plaintiffs' Complaint as follows. To the extent an allegation is directed to either or both Defendant Laurie Jinkins or Andy Billig, Defendant Hobbs is without sufficient information to form a belief as to the truth of the allegation and therefore denies.

Defendant Hobbs reserves the right to amend this pleading as permitted by this Court's rules and orders, including Fed. R. Civ. P. 15.

## INTRODUCTION

1. This Paragraph and the statement preceding it state a legal conclusion to which no response is required. To the extent a response is required, Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

2. Defendant Hobbs admits that District 15 includes parts of the Yakima Valley and Pasco. The remaining allegation in this Paragraph states a legal conclusion to which no response is required. To the extent a response is required, Defendant Hobbs denies the remaining allegation in this Paragraph.

3. This Paragraph states a legal conclusion to which no response is required. To the extent a response is required, Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies.

4. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

5. Defendant Hobbs admits that the cities of Yakima, Toppenish, Wapato, and Mabton are located in Yakima County. Defendant Hobbs also admits that the Commission included communities in Benton, Grant, and Franklin counties. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

6. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

7. Defendant Hobbs admits that the City of Othello is located in Adams County and is included in District 15. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

8. This Paragraph states a legal conclusion and contains legal arguments to which no response is required. To the extent a response is required, Defendant Hobbs is without information sufficient to form a belief as to the truth of allegations in the remainder of this Paragraph, and therefore denies.

9. This Paragraph states a legal conclusion to which no response is required. To the extent a response is required, Defendant Hobbs is without information sufficient to form a belief as to the truth of allegations in this Paragraph, and therefore denies.



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

10. This Paragraph states a legal conclusion to which no response is required. To the extent a response is required, Defendant Hobbs is without information sufficient to form a belief as to the truth of allegations in this Paragraph, and therefore denies.

11. This Paragraph states a legal conclusion to which no response is required. To the extent a response is required, Defendant Hobbs is without information sufficient to form a belief as to the truth of allegations in this Paragraph, and therefore denies.

12. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

13. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

14. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

15. Defendant Hobbs admits that in the Adams County portion of District 15 (where Othello is located), former President Donald Trump received 60.73% of ballots counted. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegation in this Paragraph, and therefore denies.

16. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

17. This Paragraph states a legal conclusion and contains legal arguments to which no response is required. To the extent a response is required, Defendant Hobbs is without information sufficient to form a belief as to the truth of allegations in this Paragraph, and therefore denies.

18. Defendant Hobbs admits that legislative district elections are held every two years for the House of Representatives. Defendant Hobbs denies that elections for Senate depend on whether legislative districts are even- or odd-numbered. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

19. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

20. Defendant Hobbs admits that the Commission assigned District 15 an odd number. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

21. This Paragraph states a legal conclusion and contains legal arguments to which no response is required. To the extent a response is required, Defendant Hobbs denies the allegations in this Paragraph.

22. This Paragraph states a legal conclusion and contains legal arguments to which no response is required. To the extent a response is required, Defendant Hobbs admits only that this Paragraph has accurately quoted a portion of *LULAC v. Perry*, 548 U.S. 399 (2006), which otherwise speaks for itself. To the extent a further response is required, denied.

23. This Paragraph is a continuation of the previous Paragraph, and Defendant Hobbs incorporates his answer to that Paragraph by reference. To the extent a further response is required, Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

24. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

25. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

26. Defendant Hobbs admits that current District 15 includes portions of Yakima County. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

27. Defendant Hobbs admits that Maria Cantwell was a candidate for U.S. Senate in 2018. Defendant Hobbs denies that Maria Cantwell received 43.3% of the vote. Defendant Hobbs admits that Evangelina Aguilar was a candidate for state senate in District 15 that year



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

and that she received 39.41% of ballots counted. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

28. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

29. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

30. Defendant Hobbs admits that this Paragraph contains references to two articles from the Seattle Times and Crosscut from November 10, 2021, and October 21, 2021, respectively. Defendant Hobbs otherwise denies.

31. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

32. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

33. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

34. This Paragraph states a legal conclusion and contains legal arguments to which no response is required. To the extent a response is required, Defendant Hobbs denies the allegations in this Paragraph.

## JURISDICTION AND VENUE

35. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits that this Court has jurisdiction over the federal law claims in this action, but denies all necessary parties have been joined.

36. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required,



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

Defendant Hobbs admits that the referenced provisions relate to the award of costs and attorney's fees.

37. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits that he is a state official who resides in Washington and performs official duties in Olympia, Washington.

38. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits only that venue is proper in this judicial district and that he is a state official performing official duties in the Western District of Washington.

**PARTIES**

39. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

40. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

41. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

42. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

43. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

44. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

45. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

46. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

47. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

48. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

49. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

50. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

51. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

52. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

53. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

54. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

55. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

56. Defendant Hobbs admits that Southcentral Coalition of People of Colors for Redistricting is a Washington non-profit organization. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

57. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

58. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

59. Defendant Hobbs admits that the language in quotations in the second sentence of this Paragraph accurately quotes a portion of RCW 29A.04.230. Defendant Hobbs admits that RCW 29A.04.255 provides the Secretary of State will accept and file certain documents, including some declarations of candidacy. Defendant Hobbs admits that the Complaint purports to assert a claim against Defendant Hobbs in his official capacity as the Secretary of State of Washington. Otherwise, this Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs denies.

60. Defendant Hobbs admits that Defendant Jinkins is the current Speaker of the Washington State House of Representatives and that the Complaint purports to assert claims against Defendant Jinkins in her official capacity. Otherwise, this Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs denies.

61. Defendant Hobbs admits that Defendant Billig is the current Senate Majority Leader of the Washington State Senate and that the Complaint purports to assert a claim against him in his official capacity. Otherwise, this Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs denies.

## LEGAL BACKGROUND

62. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required,



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

Defendant Hobbs admits that the language in quotations is accurate but denies that the Paragraph is a complete or accurate recitation or summary of the referenced law.

63. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits only that this Paragraph has accurately quoted a portion of *Thornburg v. Gingles*, 478 U.S. 30 (1986), which otherwise speaks for itself. To the extent a further response is required, denied.

64. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits only that this Paragraph has accurately quoted a portion of *Thornburg v. Gingles*, 478 U.S. 30 (1986), which otherwise speaks for itself. To the extent a further response is required, denied.

65. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits only that this Paragraph has accurately quoted a portion of *N. Carolina State Conf. of NAACP v. McCrory*, 831 F.3d 204 (4th Cir. 2016), which otherwise speaks for itself. To the extent a further response is required, denied.

66. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, denied.

67. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, denied.

68. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, denied.

69. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits only that this Paragraph has accurately quoted a portion of *United*



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

*States v. Marengo Cnty. Comm'n*, 731 F.2d 1546 (11th Cir. 1984), which otherwise speaks for itself. To the extent a further response is required, denied.

70. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, admitted.

71. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits only that this Paragraph has accurately quoted portions of *Village of Arlington Heights v. Metropolitan Housing Development Corp.*, 429 U.S. 252 (1977) and *N. Carolina State Conf. of NAACP v. McCrory*, 831 F.3d 204 (4th Cir. 2016), which otherwise speak for themselves. To the extent a further response is required, denied.

72. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits only that this Paragraph has accurately quoted a portion of *N. Carolina State Conf. of NAACP v. McCrory*, 831 F.3d 204 (4th Cir. 2016), which otherwise speaks for itself. To the extent a further response is required, denied.

73. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits only that this Paragraph has accurately quoted a portion of *Hunter v. Underwood*, 471 U.S. 222 (1985), which otherwise speaks for itself. To the extent a further response is required, denied.

74. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits only that this Paragraph has cited two authorities, *Thomas v. Bryant*, 366 F. Supp. 3d 786 (S.D. Miss. 2019), *aff'd*, 938 F.3d 134 (5th Cir. 2019) and *Mo. State Conf. of the NAACP v. Ferguson–Florissant Sch. Dist.*, 894 F.3d 924 (8th Cir. 2018), which both speak for themselves. To the extent a further response is required, denied.



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

75. This Paragraph states a legal conclusion and contains legal arguments to which no response is required. To the extent a response is required, Defendant Hobbs admits only that this Paragraph has accurately quoted a portion of *LULAC v. Perry*, 548 U.S. 399 (2006), which otherwise speaks for itself. To the extent a further response is required, admitted.

76. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits only that this Paragraph has cited a case, *Perez v. Abbott*, 250 F. Supp. 3d 123 (W.D. Tex. 2017), which speaks for itself. To the extent a further response is required, denied.

77. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits only that this Paragraph has cited a case, *Perez v. Abbott*, 250 F. Supp. 3d 123 (W.D. Tex. 2017), and accurately quoted a portion of *LULAC v. Perry*, 548 U.S. 399 (2006), which otherwise both speak for themselves. To the extent a further response is required, denied.

## FACTUAL ALLEGATIONS

### A. 2020 Demographic Changes in Washington State

78. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

79. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

80. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits only that this Paragraph cites a statute, 13 U.S.C. § 141(c), which speaks for itself. To the extent a further response is required, denied.

81. Admitted.



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

82. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits only that this Paragraph cites a statute, RCW 44.05.140, which speaks for itself. To the extent a further response is required, denied.

83. Admitted.

84. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

85. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

86. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

87. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

88. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

89. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

90. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

91. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

92. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

93. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

94. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

95. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

96. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

97. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

98. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

**B. The Washington State Redistricting Commission**

99. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits that article II, section 43 of the Washington Constitution provides a process for establishing a five-member bipartisan redistricting commission in every year ending in one.

100. Admitted.

101. Admitted.

102. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits that this Paragraph accurately quotes article II, section 43 of the Washington Constitution, which speaks for itself.

103. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits that this Paragraph accurately quotes RCW 44.05.100, which otherwise speaks for itself. To the extent a further response is required, denied.



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

104. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits that this Paragraph cites to two statutory authorities, RCW 44.05.090 and RCW 44.05.140, both of which speak for themselves. To the extent a further response is required, denied.

105. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits that this Paragraph cites to a statutory authority, RCW 44.05.110, which speaks for itself. To the extent a further response is required, denied.

106. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits that this Paragraph includes a reference to a statutory authority, RCW 44.05.110, which speaks for itself. To the extent a further response is required, denied.

107. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits that this Paragraph accurately quotes RCW 44.05.110, which otherwise speaks for itself. To the extent a further response is required, denied.

108. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits that this Paragraph accurately quotes RCW 44.05.120, which otherwise speaks for itself. To the extent a further response is required, denied.

109. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, admitted.

### C. 2021 Washington State Redistricting Commission's Official Actions and Approval of Final Maps

110. Admitted.



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

111. Admitted.

112. Admitted.

113. Admitted.

114. Admitted.

115. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

116. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

117. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

118. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

119. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

120. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

121. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

122. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

123. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

124. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

125. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

126. Defendant Hobbs admits that a document titled *Assessment of Voting Patterns in Central/Eastern Washington and Review of Federal Voting Rights Act, Section 2 Issues*, dated October 19, 2021, with the name Dr. Matt Barreto, UCLA Political Science & Chicana/o Studies, Faculty Director of the UCLA Voting Rights Project on it, can be found at https://senatedemocrats.wa.gov/wp-content/uploads/2021/10/Barreto-WA-Redistricting-Public-Version.pdf. To the extent a further response is required, Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

127. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

128. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

129. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

130. Defendant Hobbs admits that page 18 of the document referenced in Defendant's response to Paragraph 126 of the Complaint includes the phrase "Text-book 'cracking' of Latino population[.]" Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

131. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits that this Paragraph cites to a case, *Clerveaux v. E. Ramapo Cent. Sch. Dist.*, 984 F.3d 213 (2d Cir. 2020), which speaks for itself. To the extent a further response is required, Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

132. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

133. Defendant Hobbs admits that a document titled *Proposed WA redistricting maps may violate Voting Rights Act*, dated October 21, 2021, updated at 11:16 a.m. on Thursday, Oct. 21, with the name Melissa Santos on it, can be found at https://crosscut.com/politics/2021/10/proposed-wa-redistricting-maps-may-violate-voting-rights-act. Defendant Hobbs further admits that additional websites reference statements made by Dr. Barreto. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

134. Defendant Hobbs admits that the Senate Democratic Caucus posted a webpage, https://senatedemocrats.wa.gov/blog/2021/10/21/new-definitive-analysis-by-ucla-voting-rights-expert-final-washington-state-legislative-plan-must-include-vra-compliant-district-in-the-yakima-valley/, which includes a hyperlink to the document referenced in Defendant's response to Paragraph 126 of the Complaint. The Senate Democratic Caucus webpage includes a date of October 21. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

135. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

136. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

137. Defendant Hobbs admits that that the document referenced in Defendant's response to Paragraph 126 of the Complaint contains a slide 22, titled *VRA Complaint Option-1: Yakima-Columbia River Valley*, and a slide 23, titled *VRA Compliant Option-2: Yakama Reservation*. Otherwise, this Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent a further response is required, Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

138. Defendant Hobbs admits that the document referenced in Defendant's response to Paragraph 126 of the Complaint contains a slide 22, titled *VRA Complaint Option-1: Yakima-Columbia River Valley*, which includes a text box with the phrase "Latino CVAP 60%." Otherwise, this Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent a further response is required, Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

139. Defendant Hobbs admits that the document referenced in Defendant's response to Paragraph 126 contains a slide 23, titled *VRA Compliant Option-2: Yakama Reservation*, which contains a text box which includes the phrase "Latino CVAP 52%." Otherwise, this Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent a further response is required, Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

140. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

141. Defendant Hobbs admits that the quoted language appeared in the document referenced in Defendant's response to Paragraph 133 of the Complaint. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

142. Defendant Hobbs admits that the website http://redistricting.wa.gov includes links to "Revised Map October 25, 2021" with another link to "View Revised Map & Comment Online" under the names of both Commissioner Piñero and Commissioner Sims. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

143. Defendant Hobbs admits that the documents referenced in Defendant's response to Paragraph 142 of the Complaint purport to include legislative districts for the entirety of the State of Washington. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

144. This Paragraph states a legal conclusion to which no response is required. To the extent a response is required, denied.

145. Defendant Hobbs admits that the Washington Supreme Court issued an order on December 3, 2021, describing a letter sent to the Court on November 16, 2021, by Sarah Augustine, the chair of the Washington State Redistricting Commission (Commission), "stating that the Commission was unable to adopt a redistricting plan by the midnight deadline of November 15, 2021." General Order No. 25700-B-676, *In re Washington State Redistricting Commission's Letter to the Supreme Court on November 16, 2021 and the Commission Chair's November 21, 2021, Declaration* (Wash.), https://www.courts.wa.gov/content/publicUpload/Redistricting/Order%2025700B676.pdf. The remainder of this Paragraph states a legal conclusion to which no response is required. To the extent a further response is required, denied.

146. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

147. Defendant Hobbs admits that that the Washington Supreme Court issued an order on December 3, 2021, describing a letter sent to the Court on November 16, 2021, by Sarah Augustine, the chair of the Washington State Redistricting Commission (Commission), with "what she described as a full redistricting plan, consisting of a resolution signed by all four commissioners approving the plan, a signed letter transmitting the plan to the majority and minority leaders of the Washington State Senate and House of Representatives, and maps and legal descriptions of the new congressional and legislative districts." General Order No. 25700-B-676, *In re Washington State Redistricting Commission's Letter to the Supreme Court on November 16, 2021 and the Commission Chair's November 21, 2021, Declaration* (Wash.),



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

https://www.courts.wa.gov/content/publicUpload/Redistricting/Order%2025700B676.pdf. The remainder of this Paragraph states a legal conclusion to which no response is required. To the extent a further response is required, denied.

148. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

149. Defendant Hobbs admits that in a December 3, 2021 order the Washington Supreme Court "decline[d] to exercise its authority under article II, subsection 43(6) and chapter 44.05 RCW to adopt a redistricting plan because it concludes that the plan adopted by the Washington State Redistricting Commission met the constitutional deadline and substantially complied with the statutory deadline to transmit the matter to the legislature." General Order No. 25700-B-676, *In re Washington State Redistricting Commission's Letter to the Supreme Court on November 16, 2021 and the Commission Chair's November 21, 2021, Declaration* (Wash.), https://www.courts.wa.gov/content/publicUpload/Redistricting/Order%2025700B676.pdf.

150. Defendant Hobbs admits that the quoted language in this Paragraph is included in Washington Supreme Court Order No. 25700-B-676, dated December 3, 2021. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

**D. Elections in the Yakima Valley Region Exhibit Racially Polarized Voting**

151. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

152. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

153. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

154. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

155. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

156. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

157. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

158. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

159. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

160. Defendant Hobbs admits that in the 2012 State Representative election for Legislative District 15, Pablo Gonzalez lost to David Taylor. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

161. Defendant Hobbs admits that in the 2014 State Senate election for Legislative District 15, Gabriel Muñoz lost to Jim Honeyford. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

162. Defendant Hobbs admits that in the 2014 State Representative election for Legislative District 15, Teodora Martinez-Chavez lost to David Taylor. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

163. Defendant Hobbs admits that in the 2018 State Senate election for Legislative District 15, Evangalina Aguilar lost to Jim Honeyford. Defendant Hobbs is without information



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

164. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

165. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

166. Defendant Hobbs admits that in the 2018 State Senate election for Legislative District 15, Evangelina Aguilar received 72.62% of ballots counted in Yakima County Precinct 104. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

167. Defendant Hobbs admits that in the 2018 State Senate election for Legislative District 15, Evangelina Aguilar received 70.00% of ballots counted in Yakima County Precinct 501. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

168. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

169. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

170. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

171. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

172. Defendant Hobbs admits that in the 2018 State Senate election for Legislative District 15, Evangelina Aguilar received 21.51% of ballots counted in Yakima County Precinct 4616. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

173. Defendant Hobbs admits that in the 2018 State Senate election for Legislative District 15, Evangelina Aguilar received 22.00% of ballots counted in Yakima County Precinct 4106. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

174. Defendant Hobbs admits that under RCW 29A.04.110, legislative state offices are "partisan offices" for which a candidate may indicate a political party preference on his or her declaration of candidacy. Defendant Hobbs further admits that Republican Party and Democratic Party are party preferences declared by some Washington state legislature candidates. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

175. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

176. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

177. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

178. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

179. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

180. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

181. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

182. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

183. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits only that this Paragraph has cited a case, *Montes v. City of Yakima*, 40 F. Supp. 3d 1377 (E.D. Wash. 2014), which speaks for itself. To the extent a further response is required, denied.

184. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits only that this Paragraph has cited what purports to be a case, *Aguilar v. Yakima County*, Case No. 20-2-0018019 (Kittitas Cnty. Sup. Ct. July 13, 2020), which would speak for itself. To the extent a further response is required, Defendant Hobbs is without sufficient information to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

185. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

186. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits only that this Paragraph has cited a case, *Glatt v. City of Pasco*, No. 4:16-CV-05108-LRS (E.D. Wash. Jan. 27, 2017), which speaks for itself. To the extent a further response is required, Defendant Hobbs is without sufficient information to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

187. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits only that this Paragraph has cited a case from California, *Luna v. County of Kern*, 291 F. Supp. 3d 1088 (E.D. Cal. 2018), which speaks for itself. To the extent a further response is required, Defendant Hobbs is without sufficient information to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

188. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

189. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

190. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

**E. The Washington Redistricting Commission's Approved State Legislative Map Dilutes the Strength of Latino Voters in the Yakima Valley Region**

191. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

192. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

193. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

194. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

195. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

196. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

197. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

198. Defendant Hobbs admits that the Commission's version of Legislative District 15 does not include the cities of Wapato, Toppenish, and Mabton, and does not include areas of the City of Yakima. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

199. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

200. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

201. Defendant Hobbs admits that the City of Othello is located in Adams County and is included in District 15. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

202. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

203. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

204. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

205. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

206. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

207. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

208. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

209. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

210. This Paragraph states a legal conclusion to which no response is required. To the extent a response is required, Defendant Hobbs denies the allegations in this Paragraph.



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

211. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

**F. The Totality of the Circumstances Demonstrates That Latino Voters in the Yakima Valley Region Have Less Opportunity Than Others to Participate in the Political Process and Elect Candidates of Choice**

212. This Paragraph states a legal conclusion to which no response is required. To the extent a response is required, Defendant Hobbs is without information sufficient to form a belief as to the truth of allegations in this Paragraph, and therefore denies

213. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

214. Defendant Hobbs admits that Yakima County entered into a Consent Decree with the United States in Case No. 04-cv-3072, United States District Court for the Eastern District of Washington. The document speaks for itself. To the extent a further response is required, Defendant Hobbs is without sufficient information to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

215. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

216. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits only that this Paragraph has cited a case from California, *Luna v. County of Kern*, 291 F. Supp. 3d 1088 (E.D. Cal. 2018), which speaks for itself. To the extent a further response is required, Defendant Hobbs is without sufficient information to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

217. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

218. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

219. Defendant Hobbs admits that a document titled *Yakima's cultural divide*, with the names Mike Faulk and YakimaHerald.com, and a date of October 16, 2015, appears at the link contained in Paragraph 219 of the Complaint. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

220. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

221. Defendant Hobbs admits that, according to news coverage, Antonio Zambrano-Montes was shot and killed by Pasco, Washington police. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remainder of the allegations in this Paragraph, and therefore denies.

222. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

223. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

224. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

225. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

226. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

227. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

228. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

229. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

230. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

231. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

232. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

233. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

234. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

235. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

236. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

237. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

238. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

239. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

240. Defendant Hobbs admits that the hyperlink referenced in footnote 2 links to a webpage headed "Yakima Health District" with information titled *Race and Ethnicity Breakdown of COVID-19 Positive Individuals*. The website states "[t]his information will be

updated every two weeks." Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

241. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

242. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

243. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

244. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

245. Defendant Hobbs admits that the hyperlink referenced in footnote 3 links to a webpage headed "Yakima County Auditor" with information titled *2020 General Election Voter Participation by surname*. Defendant Hobbs further admits that the number 37,978 appears in a column titled *Issued* and a row titled *Spanish surname*, and the number 21,281 appears in a column titled *Returned* and a row titled *Spanish surname*. Defendant Hobbs further admits that the number 89,713 appears in a column titled *Issued* and a row titled *Non-Spanish surname*, and the number 75,704 appears in a column titled *Returned* and a row titled *Non-Spanish surname*. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

246. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

247. Defendant Hobbs admits that a document titled *Investigation finds Latino ballots in WA more likely to be rejected*, with a date of February 15, 2021, and the name Joy Borkholder, can be found at the hyperlink in this Paragraph. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

248. Defendant Hobbs admits that a document titled *Investigation finds Latino ballots in WA more likely to be rejected*, with a date of February 15, 2021, and the name Joy Borkholder, can be found at the hyperlink in this Paragraph. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

249. Defendant Hobbs admits that the lawsuit *Reyes v. Chilton*, case number 4:21-cv-05075, was filed in the United States District Court for the Eastern District of Washington on May 7, 2021. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

250. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

251. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

252. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

253. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

254. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

255. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

256. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

257. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

258. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

259. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

260. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

261. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

262. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

263. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

264. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

265. Defendant Hobbs admits that Susan Soto Palmer ran for State Representative in the 2016 Legislative District 14 election and was not elected. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

266. Defendant Hobbs admits that Legislative District 14 is currently represented by Representatives Chris Corry and Gina Mosbrucker and Senator Curtis King. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

267. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

268. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

269. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

270. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

271. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

272. This Paragraph states a legal conclusion to which no response is required. To the extent a response is required, Defendant Hobbs is without information sufficient to form a belief as to the truth of allegations in this Paragraph, and therefore denies.

## CLAIMS FOR RELIEF

### Count 1
### Race and Language Minority Discrimination, Discriminatory Results in Violation of Section 2 of the Voting Rights Act 52 U.S.C. § 10301

273. Defendant Hobbs restates and incorporates by reference his responses to the allegations in the Complaint.

274. 52 U.S.C. § 10301(a) speaks for itself. This Paragraph states a legal conclusion to which no response is required. To the extent a response is required, Defendant Hobbs denies the allegations in this Paragraph.

275. This Paragraph states a legal conclusion to which no response is required. To the extent a response is required, Defendant Hobbs denies the allegations in this Paragraph.

276. This Paragraph states a legal conclusion to which no response is required. To the extent a response is required, Defendant Hobbs denies the allegations in this Paragraph.

277. This Paragraph states a legal conclusion to which no response is required. To the extent a response is required, Defendant Hobbs denies the allegations in this Paragraph.

278. This Paragraph states a legal conclusion to which no response is required. To the extent a response is required, Defendant Hobbs denies the allegations in this Paragraph.



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

279. This Paragraph states a legal conclusion to which no response is required. To the extent a response is required, Defendant Hobbs denies the allegations in this Paragraph.

280. This Paragraph states a legal conclusion to which no response is required. To the extent a response is required, Defendant Hobbs denies the allegations in this Paragraph.

281. This Paragraph states a legal conclusion to which no response is required. To the extent a response is required, Defendant Hobbs denies the allegations in this Paragraph.

**Count 2**
**Race and Language Minority Discrimination,**
**Discriminatory Intent in Violation of Section 2 of the Voting Rights Act**
**52 U.C.S. § 10301**

282. Defendant Hobbs restates and incorporates by reference his responses to the allegations in the Complaint.

283. This Paragraph states a legal conclusion to which no response is required. To the extent a response is required, Defendant Hobbs denies the allegations in this Paragraph.

## PRAYER FOR RELIEF

Defendant Hobbs denies that Plaintiffs are entitled to any relief against him for their Complaint and is without information sufficient to form a belief as to whether Plaintiffs are entitled to relief against any other.

## AFFIRMATIVE DEFENSES

Defendant Hobbs' affirmative defenses to the Complaint are set forth below. By setting forth the following defenses, Defendant Hobbs does not assume burden of proof on the matter and issue other than those on which he has the burden of proof as a matter of law. Defendant Hobbs reserves the right to supplement these defenses.

1. Plaintiffs have failed to state a claim upon which relief can be granted.

2. Plaintiffs have failed to join all necessary parties.

3. Defendant Hobbs is an improper party.



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

4. One or more Plaintiffs lack individual or associational standing to bring this action.

**PRAYER FOR RELIEF**

1. Plaintiffs' Complaint against Defendant Hobbs is dismissed.

2. Defendant Hobbs be awarded his costs and reasonable attorney's fees, expert fees, and other reasonable litigation expenses.

3. Such other relief as the Court deems just and proper.

DATED this 16th day of February 2022.

ROBERT W. FERGUSON
*Attorney General*

*s/ Karl D. Smith*
KARL D. SMITH, WSBA No. 41988
Deputy Solicitor General
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
Karl.Smith@atg.wa.gov

*Attorney for Defendant Steven Hobbs*

**DECLARATION OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 16th day of February 2022, at Olympia, Washington.

*s/ Leena Vanderwood*
Leena Vanderwood
*Legal Assistant*
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
Leena.Vanderwood@atg.wa.gov