1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

SUSAN SOTO PALMER, et al.,

          Plaintiffs,

   v.

STEVEN HOBBS, et al.,

          Defendants.

NO. 3:22-cv-5035-RSL

JOINT STIPULATED MOTION AND
ORDER TO EXTEND DEFENDANTS'
TIME TO RESPOND TO COMPLAINT
FOR DECLARATORY AND
INJUNCTIVE RELIEF

The parties stipulate and request that the Court enter an order extending Defendants' time to file their answers or other responsive pleadings to February 28, 2022. Good cause exists for this request.

1.      Plaintiffs filed their Complaint for Declaratory and Injunctive Relief (Complaint) on January 19, 2022. On January 24, 2022, Plaintiffs issued electronically summonses to Defendants Hobbs, Billig, and Jinkins. Defendant Steven Hobbs received the summons on January 26, 2022, and Defendants Andy Billig and Laurie Jinkins received their summonses on February 3rd and 7th, 2022, respectively because of COVID-19 and legislative session related issues. Defendant Steven Hobbs' current deadline to answer or respond to the Complaint is February 16, 2022.

2.      Given the varying dates of service, the parties have agreed to extend the answer or response date for all Defendants to February 28, 2022, the current answer or response date for the

JOINT STIPULATED MOTION AND
ORDER TO EXTEND DEFENDANTS'
TIME TO RESPOND TO COMPLAINT
NO. 3:22-cv-5035-RSL

1

1   last served Defendant. This extension will have no impact on the Court's February 10, 2022 Order

2   Regarding Initial Disclosures, Joint Status Report, and Early Settlement, and the parties agree to

3   continue to work cooperatively on reducing the number of scheduling issues before the Court,

4   including related to Plaintiffs' anticipated motion for preliminary injunction and the detailed nature

5   of Plaintiffs' Complaint.

6       As such, for good cause shown, Defendants' deadline to answer or respond to Plaintiffs'

7   Complaint is extended to February 28, 2022.

8       IT IS SO ORDERED.

9

10      Dated this 17th day of February, 2022.

11

12      THE HONORABLE ROBERT S. LASNIK
        Senior United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26