UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN SOTO PALMER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN HOBBS, *et al.*, <br><br> Defendants. | Cause No. C22-5035RSL <br><br> ORDER DENYING PLAINTIFFS' MOTION FOR SCHEDULING CONFERENCE |

This matter comes before the Court on "Plaintiffs' Motion for Scheduling Conference." Dkt. # 26. On January 19, 2022, plaintiffs filed this action challenging the new boundaries for State Legislative District 15 on the ground that they dilute Latino voting power in violation of the Voting Rights Act. Plaintiffs assert that they intend to seek preliminary injunctive relief ahead of the primary election scheduled for August 2, 2022. Plaintiffs seek a scheduling conference to set a briefing schedule and hearing date for the proposed motion. The parties have conferred regarding the schedule, and defendants have committed to engaging in continuing discussions in good faith. Dkt. #31.

In February, the Court issued an order requiring the parties to submit a joint status report and setting a deadline for initial disclosures. Plaintiffs recently filed their motion for preliminary injunction, noting it on the Court's calendar for consideration on March 25, 2022. If the Court

ORDER DENYING PLAINTIFFS' MOTION
FOR SCHEDULING CONFERENCE - 1

cannot resolve the matter on the papers submitted, oral argument will be scheduled. Plaintiffs have not shown that the standard procedures for obtaining preliminary relief are deficient or that a scheduling conference is necessary.

For all of the foregoing reasons, plaintiffs' motion (Dkt. # 26) is DENIED.

Dated this 7th day of March, 2022.

*MrS Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING PLAINTIFFS' MOTION
FOR SCHEDULING CONFERENCE - 2