The Honorable Robert S. Lasnik

1

2

3

4

5

6

7

8        **UNITED STATES DISTRICT COURT**
        **WESTERN DISTRICT OF WASHINGTON**
9                  **AT TACOMA**

10   SUSAN SOTO PALMER, et al.,                    NO. 3:22-cv-5035-RSL

11                          Plaintiffs,            DEFENDANT STEVEN HOBBS'
                                                  AMENDED ANSWER TO COMPLAINT
12        v.                                       FOR DECLARATORY AND
                                                  INJUNCTIVE RELIEF
13   STEVEN HOBBS, et al.,

14                          Defendants.

15

16        Defendant Steven Hobbs hereby answers Plaintiffs' Complaint as follows. To the extent

17   an allegation is directed to either or both Defendant Laurie Jinkins or Andy Billig, Defendant

18   Hobbs is without sufficient information to form a belief as to the truth of the allegation and

19   therefore denies.

20        Defendant Hobbs reserves the right to amend this pleading as permitted by this Court's

21   rules and orders, including Fed. R. Civ. P. 15.

22                              **INTRODUCTION**

23        1.     This Paragraph and the statement preceding it state a legal conclusion to which

24   no response is required. To the extent a response is required, Defendant Hobbs is without

25   information sufficient to form a belief as to the truth of the allegations in this Paragraph, and

26   therefore denies.

DEFENDANT STEVEN HOBBS'                      1              ATTORNEY GENERAL OF WASHINGTON
AMENDED ANSWER TO COMPLAINT                                      1125 Washington Street SE
                                                                      PO Box 40100
FOR DECLARATORY AND INJUNCTIVE                                    Olympia, WA 98504-0100
RELIEF                                                              (360) 753-6200
NO. 3:22-cv-5035-RSL

2.      Defendant Hobbs admits that District 15 includes parts of the Yakima Valley and Pasco. The remaining allegation in this Paragraph states a legal conclusion to which no response is required. To the extent a response is required, Defendant Hobbs denies the remaining allegation in this Paragraph.

3.      This Paragraph states a legal conclusion to which no response is required. To the extent a response is required, Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies.

4.      Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

5.      Defendant Hobbs admits that the cities of Yakima, Toppenish, Wapato, and Mabton are located in Yakima County. Defendant Hobbs also admits that the Commission included communities in Benton, Grant, and Franklin counties. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

6.      Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

7.      Defendant Hobbs admits that the City of Othello is located in Adams County and is included in District 15. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

8.      This Paragraph states a legal conclusion and contains legal arguments to which no response is required. To the extent a response is required, Defendant Hobbs is without information sufficient to form a belief as to the truth of allegations in the remainder of this Paragraph, and therefore denies.

9.      This Paragraph states a legal conclusion to which no response is required. To the extent a response is required, Defendant Hobbs is without information sufficient to form a belief as to the truth of allegations in this Paragraph, and therefore denies.

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

10.     Secretary Hobbs admits that the Redistricting Commission designed the current Legislative District 15. The remainder of this Paragraph states a legal conclusion to which no response is required. To the extent a response is required, Defendant Hobbs is without information sufficient to form a belief as to the truth of allegation in this Paragraph, and therefore denies.

11.     This Paragraph states a legal conclusion to which no response is required. To the extent a response is required, Defendant Hobbs is without information sufficient to form a belief as to the truth of allegations in this Paragraph, and therefore denies.

12.     Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

13.     Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

14.     Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

15.     Defendant Hobbs admits that in the Adams County portion of District 15 (where Othello is located), former President Donald Trump received 60.73% of ballots counted. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegation in this Paragraph, and therefore denies.

16.     Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

17.     This Paragraph states a legal conclusion and contains legal arguments to which no response is required. To the extent a response is required, Defendant Hobbs is without information sufficient to form a belief as to the truth of allegations in this Paragraph, and therefore denies.

18.     Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

19.     Defendant Hobbs admits that legislative district elections are held every two years for the House of Representatives. Defendant Hobbs denies that elections for Senate depend on whether legislative districts are even- or odd-numbered. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

20.     Defendant Hobbs admits that the Commission assigned District 15 an odd number. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

21.     This Paragraph states a legal conclusion and contains legal arguments to which no response is required. To the extent a response is required, Defendant Hobbs denies the allegations in this Paragraph.

22.     This Paragraph states a legal conclusion and contains legal arguments to which no response is required. To the extent a response is required, Defendant Hobbs admits only that this Paragraph has accurately quoted a portion of *LULAC v. Perry*, 548 U.S. 399 (2006), which otherwise speaks for itself. To the extent a further response is required, denied.

23.     This Paragraph is a continuation of the previous Paragraph, and Defendant Hobbs incorporates his answer to that Paragraph by reference. To the extent a further response is required, Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

24.     Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

25.     Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

26.     Defendant Hobbs admits that current District 15 includes portions of Yakima County. Defendant Hobbs admits that, according to 5-year American Community Survey data, the former District 15 had an HCVAP of 39.49%.

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

4

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1    27.    Defendant Hobbs admits that Maria Cantwell was a candidate for U.S. Senate

2    in 2018. Defendant Hobbs denies that Maria Cantwell received 43.3% of the vote. Defendant

3    Hobbs admits that Evangelina Aguilar was a candidate for state senate in District 15 that year

4    and that she received 39.41% of ballots counted. Defendant Hobbs is without information

5    sufficient to form a belief as to the truth of the allegations in the remainder of this Paragraph,

6    and therefore denies.

7    28.    Defendant Hobbs is without information sufficient to form a belief as to the truth

8    of the allegations in this Paragraph, and therefore denies.

9    29.    Defendant Hobbs is without information sufficient to form a belief as to the truth

10   of the allegations in this Paragraph, and therefore denies.

11   30.    Defendant Hobbs admits that this Paragraph contains references to two articles

12   from the Seattle Times and Crosscut from November 10, 2021, and October 21, 2021,

13   respectively. Defendant Hobbs otherwise denies.

14   31.    Defendant Hobbs is without information sufficient to form a belief as to the truth

15   of the allegations in this Paragraph, and therefore denies.

16   32.    With the exception of presidential preference primaries, Defendant Hobbs denies

17   that races require political affiliation. Defendant Hobbs is without information sufficient to form

18   a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

19   33.    Defendant Hobbs is without information sufficient to form a belief as to the truth

20   of the allegations in this Paragraph, and therefore denies.

21   34.    This Paragraph states a legal conclusion and contains legal arguments to which

22   no response is required. To the extent a response is required, Defendant Hobbs denies the

23   allegations in this Paragraph.

24                              **JURISDICTION AND VENUE**

25   35.    This Paragraph asserts legal conclusions and questions of law to be determined

26   by the Court, to which no response is required. To the extent that a response is required,

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

5

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

Defendant Hobbs admits that this Court has jurisdiction over the federal law claims in this action, but denies all necessary parties have been joined.

36.     This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits that the referenced provisions relate to the award of costs and attorney's fees.

37.     This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits that he is a state official who resides in Washington and performs official duties in Olympia, Washington.

38.     This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits only that venue is proper in this judicial district and that he is a state official performing official duties in the Western District of Washington.

**PARTIES**

39.     Defendant Hobbs admits that Plaintiff Susan Soto Palmer is a registered voter in the State of Washington and has attested that she is over the age of eighteen and a United States citizen. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph.

40.     Defendant Hobbs admits that Plaintiff Soto Palmer has provided a residential address that is in Yakima Washington, in Yakima County, and that the address is in the current District 15. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph.

41.     Defendant Hobbs admits that Plaintiff Alberto Isaac Macias is a registered voter in the State of Washington and has attested that he is over the age of eighteen and a United States

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

6

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

citizen. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph.

42.     Defendant Hobbs admits that Plaintiff Macias has provided a residential address in Yakima, Washington, in Yakima County, and that the address is in the current District 15. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph.

43.     Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph.

44.     Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph.

45.     Defendant Hobbs admits that Plaintiff Fabiola Lopez is a registered voter in the State of Washington and has attested that she is over the age of eighteen and a United States citizen. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph.

46.     Defendant Hobbs admits that Plaintiff Lopez has a provided a residential address in Toppenish, Washington, in Yakima County, and that the address is in the current District 14. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph.

47.     Defendant Hobbs admits that Plaintiff Caty Padilla is a registered voter in the State of Washington (under the surname Padilla Johnson) and has attested that she is over the age of eighteen and a United States citizen. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph.

48.     Defendant Hobbs admits that Plaintiff Padilla has provided a residential address in Toppenish, Washington, in Yakima County, and that the address is in the current District 14. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph.

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

7

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

49.    Defendant Hobbs admits that Plaintiff Evangelina Aguilar is a registered voter in the State of Washington and has attested that she is over the age of eighteen and a United States citizen. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph.

50.    Defendant Hobbs admits that Plaintiff Aguilar has provided a residential address in Sunnyside, Washington, in Yakima County, and that the address is in the current District 15. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph.

51.    Defendant Hobbs admits that Plaintiff Lizette Parra is a registered voter in the State of Washington and has attested that she is over the age of eighteen and a United States citizen. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph.

52.    Defendant Hobbs admits that Plaintiff Parra has provided a residential address in Pasco, Washington, in Franklin County, and that the address is in the current District 15. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph.

53.    Defendant Hobbs admits that Plaintiff Heliodora Morfin is a registered voter in the State of Washington and has attested that she is over the age of eighteen and a United States citizen. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph.

54.    Defendant Hobbs admits that Plaintiff Morfin has provided a residential address in Pasco, Washington, in Franklin County, and that the address is in the current District 15. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph.

55.    This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required,

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

8

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

56.     Defendant Hobbs admits that Southcentral Coalition of People of Color for Redistricting is a Washington non-profit organization. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

57.     Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

58.     Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

59.     Defendant Hobbs admits that the language in quotations in the second sentence of this Paragraph accurately quotes a portion of Wash. Rev. Code § 29A.04.230. Defendant Hobbs admits that Wash. Rev. Code § 29A.04.255 provides the Secretary of State will accept and file certain documents, including some declarations of candidacy. Defendant Hobbs admits that the Complaint purports to assert a claim against Defendant Hobbs in his official capacity as the Secretary of State of Washington. Otherwise, this Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs denies.

60.     Defendant Hobbs admits that Defendant Jinkins is the current Speaker of the Washington State House of Representatives and that the Complaint purports to assert claims against Defendant Jinkins in her official capacity. Otherwise, this Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs denies.

61.     Defendant Hobbs admits that Defendant Billig is the current Senate Majority Leader of the Washington State Senate and that the Complaint purports to assert a claim against him in his official capacity. Otherwise, this Paragraph asserts legal conclusions and questions of

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

9

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1  law to be determined by the Court, to which no response is required. To the extent that a response
2  is required, Defendant Hobbs denies.

3  **LEGAL BACKGROUND**

4  62.    This Paragraph asserts legal conclusions and questions of law to be determined
5  by the Court, to which no response is required. To the extent that a response is required,
6  Defendant Hobbs admits that the language in quotations is accurate but denies that the Paragraph
7  is a complete or accurate recitation or summary of the referenced law.

8  63.    This Paragraph asserts legal conclusions and questions of law to be determined
9  by the Court, to which no response is required. To the extent that a response is required,
10  Defendant Hobbs admits only that this Paragraph has accurately quoted a portion of *Thornburg*
11  *v. Gingles*, 478 U.S. 30 (1986), which otherwise speaks for itself. To the extent a further response
12  is required, denied.

13  64.    This Paragraph asserts legal conclusions and questions of law to be determined
14  by the Court, to which no response is required. To the extent that a response is required,
15  Defendant Hobbs admits only that this Paragraph has accurately quoted a portion of *Thornburg*
16  *v. Gingles*, 478 U.S. 30 (1986), which otherwise speaks for itself. To the extent a further response
17  is required, denied.

18  65.    This Paragraph asserts legal conclusions and questions of law to be determined
19  by the Court, to which no response is required. To the extent that a response is required,
20  Defendant Hobbs admits only that this Paragraph has accurately quoted a portion of *N. Carolina*
21  *State Conf. of NAACP v. McCrory*, 831 F.3d 204 (4th Cir. 2016), which otherwise speaks for
22  itself. To the extent a further response is required, denied.

23  66.    This Paragraph asserts legal conclusions and questions of law to be determined
24  by the Court, to which no response is required. To the extent that a response is required, denied.

25  67.    This Paragraph asserts legal conclusions and questions of law to be determined
26  by the Court, to which no response is required. To the extent that a response is required, denied.

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

10

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

68.     This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, denied.

69.     This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits only that this Paragraph has accurately quoted a portion of *United States v. Marengo Cnty. Comm'n*, 731 F.2d 1546 (11th Cir. 1984), which otherwise speaks for itself. To the extent a further response is required, denied.

70.     This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, admitted.

71.     This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits only that this Paragraph has accurately quoted portions of *Village of Arlington Heights v. Metropolitan Housing Development Corp.*, 429 U.S. 252 (1977) and *N. Carolina State Conf. of NAACP v. McCrory*, 831 F.3d 204 (4th Cir. 2016), which otherwise speak for themselves. To the extent a further response is required, denied.

72.     This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits only that this Paragraph has accurately quoted a portion of *N. Carolina State Conf. of NAACP v. McCrory*, 831 F.3d 204 (4th Cir. 2016), which otherwise speaks for itself. To the extent a further response is required, denied.

73.     This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits only that this Paragraph has accurately quoted a portion of *Hunter v. Underwood*, 471 U.S. 222 (1985), which otherwise speaks for itself. To the extent a further response is required, denied.

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

11

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

74.     This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits only that this Paragraph has cited two authorities, *Thomas v. Bryant*, 366 F. Supp. 3d 786 (S.D. Miss. 2019), *aff'd*, 938 F.3d 134 (5th Cir. 2019) and *Mo. State Conf. of the NAACP v. Ferguson–Florissant Sch. Dist.*, 894 F.3d 924 (8th Cir. 2018), which both speak for themselves. To the extent a further response is required, denied.

75.     This Paragraph states a legal conclusion and contains legal arguments to which no response is required. To the extent a response is required, Defendant Hobbs admits only that this Paragraph has accurately quoted a portion of *LULAC v. Perry*, 548 U.S. 399 (2006), which otherwise speaks for itself. To the extent a further response is required, admitted.

76.     This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits only that this Paragraph has cited a case, *Perez v. Abbott*, 250 F. Supp. 3d 123 (W.D. Tex. 2017), which speaks for itself. To the extent a further response is required, denied.

77.     This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits only that this Paragraph has cited a case, *Perez v. Abbott*, 250 F. Supp. 3d 123 (W.D. Tex. 2017), and accurately quoted a portion of *LULAC v. Perry*, 548 U.S. 399 (2006), which otherwise both speak for themselves. To the extent a further response is required, denied.

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

12

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

# FACTUAL ALLEGATIONS

**A.     2020 Demographic Changes in Washington State**

78.     Defendant Hobbs admits that, according to 2020 Census data, more than one million people in Washington State identify as Hispanic or Latino.

79.     Defendant Hobbs admits that, according to 2020 Census data, Washington State has the eleventh largest number of people who identify as Hispanic or Latino of the fifty states.

80.     This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits only that this Paragraph cites a statute, 13 U.S.C. § 141(c), which speaks for itself. To the extent a further response is required, denied.

81.     Admitted.

82.     This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits only that this Paragraph cites a statute, Wash. Rev. Code § 44.05.140, which speaks for itself. To the extent a further response is required, denied.

83.     Admitted.

84.     Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

85.     Defendant Hobbs admits that, according to 2020 Census data, the number of people in Washington who identify as Hispanic or Latino has increased by 303,423 people since 2010 and that this represents an increase of 40.1%. Defendant Hobbs admits that the increase in population of persons who do not identify as Hispanic or Latino is 11.3%.

86.     Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

87.     Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

13

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

88. Defendant Hobbs admits that, according to 2020 Census data, there has been an increase since 2010 of more than 20,000 people in Yakima County who identify as Hispanic or Latino.

89. Admitted.

90. Defendant Hobbs admits that, according to 2020 Census data, the number of people in Yakima County in 2020 who identify as Hispanic or Latino was 130,049. Defendant Hobbs admits that, according to 2020 Census data, people who identify as Hispanic or Latino comprise 50.65% of the population of Yakima County. Defendant Hobbs admits that, according to 2010 Census data, people who identify as Hispanic or Latino comprised 45.0% of the population of Yakima County.

91. Defendant Hobbs admits that, according to 2020 Census data, there has been an increase since 2010 of more than 12,000 people in Franklin County who identify as Hispanic or Latino.

92. Defendant Hobbs admits that, according to 2020 Census data, 52,445 people in Franklin County identify as Hispanic or Latino and that this represents 54.2% of the population of Franklin County.

93. Defendant Hobbs admits that, according to 2020 Census data, 49,339 people in Benton County identify as Hispanic or Latino and that this represents an increase of 16,643 people as compared to data from the 2010 Census.

94. Admitted.

95. Admitted.

96. Admitted.

97. Defendant Hobbs admits that, according to 2020 Census data, the total population of people in 2020, in Yakima County, Franklin County, and Benton County who identified as Hispanic or Latino was 231,833. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

14

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

98.     Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

**B.      The Washington State Redistricting Commission**

99.     This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits that article II, section 43 of the Washington Constitution provides a process for establishing a five-member bipartisan redistricting commission in every year ending in one.

100.    Admitted.

101.    Admitted.

102.    This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits that this Paragraph accurately quotes article II, section 43 of the Washington Constitution, which speaks for itself.

103.    This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits that this Paragraph accurately quotes Wash. Rev. Code § 44.05.100, which otherwise speaks for itself. To the extent a further response is required, denied.

104.    This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits that this Paragraph cites to two statutory authorities, Wash. Rev. Code § 44.05.090 and Wash Rev. Code § 44.05.140, both of which speak for themselves. To the extent a further response is required, denied.

105.    This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required,

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

15

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

Defendant Hobbs admits that this Paragraph cites to a statutory authority, Wash. Rev. Code § 44.05.110, which speaks for itself. To the extent a further response is required, denied.

106. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits that this Paragraph includes a reference to a statutory authority, Wash. Rev. Code § 44.05.110, which speaks for itself. To the extent a further response is required, denied.

107. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits that this Paragraph accurately quotes Wash. Rev. Code § 44.05.110, which otherwise speaks for itself. To the extent a further response is required, denied.

108. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits that this Paragraph accurately quotes Wash. Rev. Code § 44.05.120, which otherwise speaks for itself. To the extent a further response is required, denied.

109. This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, admitted.

**C. 2021 Washington State Redistricting Commission's Official Actions and Approval of Final Maps**

110. Admitted.

111. Admitted.

112. Admitted.

113. Admitted.

114. Admitted.

115. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

16

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

116.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

117.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

118.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

119.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

120.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

121.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

122.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

123.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

124.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

125.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

126.    Defendant Hobbs admits that a document titled *Assessment of Voting Patterns in Central/Eastern Washington and Review of Federal Voting Rights Act, Section 2 Issues*, dated October 19, 2021, with the name Dr. Matt Barreto, UCLA Political Science & Chicana/o Studies, Faculty Director of the UCLA Voting Rights Project on it, can be found at https://senatedemocrats.wa.gov/wp-content/uploads/2021/10/Barreto-WA-Redistricting-Public-Version.pdf. To the extent a further response is required, Defendant Hobbs is without

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

17

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

127.   Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

128.   Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

129.   Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

130.   Defendant Hobbs admits that page 18 of the document referenced in Defendant's response to Paragraph 126 of the Complaint includes the phrase "Text-book 'cracking' of Latino population[.]" Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

131.   This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits that this Paragraph cites to a case, *Clerveaux v. E. Ramapo Cent. Sch. Dist.*, 984 F.3d 213 (2d Cir. 2020), which speaks for itself. To the extent a further response is required, Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

132.   Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

133.   Defendant Hobbs admits that a document titled *Proposed WA redistricting maps may violate Voting Rights Act*, dated October 21, 2021, updated at 11:16 a.m. on Thursday, Oct. 21, with the name Melissa Santos on it, can be found at https://crosscut.com/politics/2021/10/proposed-wa-redistricting-maps-may-violate-voting-rights-act. Defendant Hobbs further admits that additional websites reference statements made by Dr. Barreto. Defendant Hobbs is

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

18

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1    without information sufficient to form a belief as to the truth of the allegations in the remainder

2    of this Paragraph, and therefore denies.

3        134.    Defendant Hobbs admits that the Senate Democratic Caucus posted a webpage,

4    https://senatedemocrats.wa.gov/blog/2021/10/21/new-definitive-analysis-by-ucla-voting-

5    rights-expert-final-washington-state-legislative-plan-must-include-vra-compliant-district-in-

6    the-yakima-valley/, which includes a hyperlink to the document referenced in Defendant's

7    response to Paragraph 126 of the Complaint. The Senate Democratic Caucus webpage includes

8    a date of October 21. Defendant Hobbs is without information sufficient to form a belief as to

9    the truth of the allegations in the remainder of this Paragraph, and therefore denies.

10       135.    Defendant Hobbs is without information sufficient to form a belief as to the truth

11    of the allegations in this Paragraph, and therefore denies.

12       136.    Defendant Hobbs is without information sufficient to form a belief as to the truth

13    of the allegations in this Paragraph, and therefore denies.

14       137.    Defendant Hobbs admits that that the document referenced in Defendant's

15    response to Paragraph 126 of the Complaint contains a slide 22, titled *VRA Complaint Option-*

16    *1: Yakima-Columbia River Valley*, and a slide 23, titled *VRA Compliant Option-2: Yakama*

17    *Reservation*. Otherwise, this Paragraph asserts legal conclusions and questions of law to be

18    determined by the Court, to which no response is required. To the extent a further response is

19    required, Defendant Hobbs is without information sufficient to form a belief as to the truth of

20    the allegations in the remainder of this Paragraph, and therefore denies.

21       138.    Defendant Hobbs admits that the document referenced in Defendant's response

22    to Paragraph 126 of the Complaint contains a slide 22, titled *VRA Compliant Option-1: Yakima-*

23    *Columbia River Valley*, which includes a text box with the phrase "Latino CVAP 60%."

24    Otherwise, this Paragraph asserts legal conclusions and questions of law to be determined by the

25    Court, to which no response is required. To the extent a further response is required, Defendant

26

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

19

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

139.    Defendant Hobbs admits that the document referenced in Defendant's response to Paragraph 126 contains a slide 23, titled *VRA Compliant Option-2: Yakama Reservation*, which contains a text box which includes the phrase "Latino CVAP 52%." Otherwise, this Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent a further response is required, Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

140.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

141.    Defendant Hobbs admits that the quoted language appeared in the document referenced in Defendant's response to Paragraph 133 of the Complaint. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

142.    Defendant Hobbs admits that the website http://redistricting.wa.gov includes links to "Revised Map October 25, 2021" with another link to "View Revised Map & Comment Online" under the names of both Commissioner Piñero Walkinshaw and Commissioner Sims. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

143.    Defendant Hobbs admits that the documents referenced in Defendant's response to Paragraph 142 of the Complaint purport to include legislative districts for the entirety of the State of Washington. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

144.    This Paragraph states a legal conclusion to which no response is required. To the extent a response is required, denied.

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

20

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

145.     Defendant Hobbs admits that the Washington Supreme Court issued an order on December 3, 2021, describing a letter sent to the Court on November 16, 2021, by Sarah Augustine, the chair of the Washington State Redistricting Commission (Commission), "stating that the Commission was unable to adopt a redistricting plan by the midnight deadline of November 15, 2021." General Order No. 25700-B-676, *In re Washington State Redistricting Commission's Letter to the Supreme Court on November 16, 2021 and the Commission Chair's November 21, 2021, Declaration* (Wash.), https://www.courts.wa.gov/content/publicUpload/Redistricting/Order%2025700B676.pdf. The remainder of this Paragraph states a legal conclusion to which no response is required. To the extent a further response is required, denied.

146.     Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

147.     Defendant Hobbs admits that that the Washington Supreme Court issued an order on December 3, 2021, describing a letter sent to the Court on November 16, 2021, by Sarah Augustine, the chair of the Washington State Redistricting Commission (Commission), with "what she described as a full redistricting plan, consisting of a resolution signed by all four commissioners approving the plan, a signed letter transmitting the plan to the majority and minority leaders of the Washington State Senate and House of Representatives, and maps and legal descriptions of the new congressional and legislative districts." General Order No. 25700-B-676, *In re Washington State Redistricting Commission's Letter to the Supreme Court on November 16, 2021 and the Commission Chair's November 21, 2021, Declaration* (Wash.), https://www.courts.wa.gov/content/publicUpload/Redistricting/Order%2025700B676.pdf. The remainder of this Paragraph states a legal conclusion to which no response is required. To the extent a further response is required, denied.

148.     Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

21

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

149.    Defendant Hobbs admits that in a December 3, 2021 order the Washington Supreme Court "decline[d] to exercise its authority under article II, subsection 43(6) and chapter 44.05 Wash. Rev. Code to adopt a redistricting plan because it concludes that the plan adopted by the Washington State Redistricting Commission met the constitutional deadline and substantially complied with the statutory deadline to transmit the matter to the legislature." General Order No. 25700-B-676, *In re Washington State Redistricting Commission's Letter to the Supreme Court on November 16, 2021 and the Commission Chair's November 21, 2021, Declaration* (Wash.), https://www.courts.wa.gov/content/publicUpload/Redistricting/Order%2025700B676.pdf.

150.    Admitted.

**D.    Elections in the Yakima Valley Region Exhibit Racially Polarized Voting**

151.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

152.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

153.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

154.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

155.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

156.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

157.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

22

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

158.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

159.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

160.    Defendant Hobbs admits that in the 2012 State Representative election for Legislative District 15, Pablo Gonzalez lost to David Taylor. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

161.    Defendant Hobbs admits that in the 2014 State Senate election for Legislative District 15, Gabriel Muñoz lost to Jim Honeyford. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

162.    Defendant Hobbs admits that in the 2014 State Representative election for Legislative District 15, Teodora Martinez-Chavez lost to David Taylor. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

163.    Defendant Hobbs admits that in the 2018 State Senate election for Legislative District 15, Evangalina Aguilar lost to Jim Honeyford. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

164.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

165.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

166.    Defendant Hobbs admits that in the 2018 State Senate election for Legislative District 15, Evangelina Aguilar received 72.62% of ballots counted in Yakima County

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

23

Precinct 104. Defendant Hobbs admits that a majority of the total population of Yakima County Precinct 104 identifies as Hispanic or Latino.

167. Defendant Hobbs admits that in the 2018 State Senate election for Legislative District 15, Evangelina Aguilar received 70.00% of ballots counted in Yakima County Precinct 501. Defendant Hobbs admits that a majority of the total population of Yakima County Precinct 501 identifies as Hispanic or Latino. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

168. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

169. Defendant Hobbs admits that, using adjusted 2020 Census data, there were 50 precincts in the former Legislative District 15 in which more than 50% of the total population identified as Hispanic or Latino. Evangelina Aguilar received a majority of the ballots cast in 24 of those 50 precincts. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

170. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

171. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

172. Defendant Hobbs admits that in the 2018 State Senate election for Legislative District 15, Evangelina Aguilar received 21.51% of ballots counted in Yakima County Precinct 4616. Defendant Hobbs denies that a majority of the population in Precinct 4616 identifies as White. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

173. Defendant Hobbs admits that in the 2018 State Senate election for Legislative District 15, Evangelina Aguilar received 22.00% of ballots counted in Yakima County Precinct 4106. Defendant Hobbs admits that, according to adjusted Census 2020 data, a majority

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

24

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

of the total population of Yakima County Precinct 4106 identifies as white alone, not Hispanic. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

174.    Defendant Hobbs admits that under Wash. Rev. Code § 29A.04.110, legislative state offices are "partisan offices" for which a candidate may indicate a political party preference on his or her declaration of candidacy. Defendant Hobbs further admits that Republican Party and Democratic Party are party preferences declared by some Washington State legislature candidates. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

175.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

176.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

177.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

178.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

179.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

180.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

181.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

182.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

25

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

183.   This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits only that this Paragraph has cited a case, *Montes v. City of Yakima*, 40 F. Supp. 3d 1377 (E.D. Wash. 2014), which speaks for itself. To the extent a further response is required, denied.

184.   This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits only that this Paragraph has cited a case, *Aguilar v. Yakima County*, Case No. 20-2-0018019 (Kittitas Cnty. Sup. Ct. July 13, 2020), which would speak for itself. To the extent a further response is required, Defendant Hobbs is without sufficient information to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

185.   Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

186.   This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits only that this Paragraph has cited a case, *Glatt v. City of Pasco*, No. 4:16-CV-05108-LRS (E.D. Wash. Jan. 27, 2017), which speaks for itself. To the extent a further response is required, Defendant Hobbs is without sufficient information to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

187.   This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits only that this Paragraph has cited a case from California, *Luna v. County of Kern*, 291 F. Supp. 3d 1088 (E.D. Cal. 2018), which speaks for itself. To the extent a further response is required, Defendant Hobbs is without sufficient information to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

26

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

188.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

189.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

190.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

**E.      The Washington Redistricting Commission's Approved State Legislative Map Dilutes the Strength of Latino Voters in the Yakima Valley Region**

191.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

192.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

193.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

194.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

195.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

196.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

197.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

198.    Defendant Hobbs admits that the Commission's version of Legislative District 15 does not include the cities of Wapato, Toppenish, and Mabton, and does not include areas of the City of Yakima. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

27

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

199.     Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

200.     Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

201.     Defendant Hobbs admits that the City of Othello is located in Adams County and is included in District 15. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

202.     Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

203.     Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

204.     Defendant Hobbs denies that 16,147 Adams County voters are included in Legislative District 15. Defendant Hobbs admits that 16,147 Adams County residents are included the Legislative District 15. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

205.     Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

206.     Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

207.     Defendant Hobbs admits that of the Adams County precincts included in Legislative District 15, former President Trump received 60.73% of ballots counted in 2020. Defendant Hobbs admits that President Biden received more votes than former President Trump in three Adams County precincts that are included in Legislative District 15. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

28

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

208.    Defendant Hobbs denies that, in the 2020 general election, voters who reside in the new District 15 voted to elect Republican Donald Trump for President in 2020. Defendant Hobbs admits that, in the 2020 general election, voters who reside in the new District 15 voted to elect Culp for Governor and Larkin for Attorney General. Defendant Hobbs admits that, in the 2018 general election, voters who reside in the new District 15 voted to elect Newhouse for U.S. Congress and Hutchison for U.S. Senate. Defendant Hobbs admits that in, in the 2016 general election, voters who reside in the new District 15 voted to elect Republican Donald Trump for President and Bryant for Governor. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

209.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

210.    This Paragraph states a legal conclusion to which no response is required. To the extent a response is required, Defendant Hobbs denies the allegations in this Paragraph.

211.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

**F.    The Totality of the Circumstances Demonstrates That Latino Voters in the Yakima Valley Region Have Less Opportunity Than Others to Participate in the Political Process and Elect Candidates of Choice**

212.    This Paragraph states a legal conclusion to which no response is required. To the extent a response is required, Defendant Hobbs is without information sufficient to form a belief as to the truth of allegations in this Paragraph, and therefore denies

213.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

214.    Admitted.

215.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

29

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

216.     This Paragraph asserts legal conclusions and questions of law to be determined by the Court, to which no response is required. To the extent that a response is required, Defendant Hobbs admits only that this Paragraph has cited a case from California, *Luna v. County of Kern*, 291 F. Supp. 3d 1088 (E.D. Cal. 2018), which speaks for itself. To the extent a further response is required, Defendant Hobbs is without sufficient information to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

217.     Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

218.     Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

219.     Defendant Hobbs admits that a document titled *Yakima's cultural divide*, with the names Mike Faulk and YakimaHerald.com, and a date of October 16, 2015, appears at the link contained in Paragraph 219 of the Complaint. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

220.     Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

221.     Defendant Hobbs admits that, according to news coverage, Antonio Zambrano-Montes was shot and killed by Pasco, Washington police. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remainder of the allegations in this Paragraph, and therefore denies.

222.     Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

223.     Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

30

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

224.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

225.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

226.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

227.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

228.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

229.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

230.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

231.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

232.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

233.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

234.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

235.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

236.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

31

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

237.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

238.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

239.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

240.    Defendant Hobbs admits that the hyperlink referenced in footnote 2 links to a webpage headed "Yakima Health District" with information titled *Race and Ethnicity Breakdown of COVID-19 Positive Individuals*. The website states "[t]his information will be updated every two weeks." Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

241.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

242.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

243.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

244.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

245.    Defendant Hobbs admits that the hyperlink referenced in footnote 3 links to a webpage headed "Yakima County Auditor" with information titled *2020 General Election Voter Participation by surname*. Defendant Hobbs further admits that the number 37,978 appears in a column titled *Issued* and a row titled *Spanish surname*, and the number 21,281 appears in a column titled *Returned* and a row titled *Spanish surname*. Defendant Hobbs further admits that the number 89,713 appears in a column titled *Issued* and a row titled *Non-Spanish surname*, and the number 75,704 appears in a column titled *Returned* and a row titled *Non-Spanish surname*.

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

32

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

246.     Defendant Hobbs admits that a February 1, 2022, Performance Audit by the Office of the Washington State Auditor found that ballots of white voters were rejected at a lower rate than those of all other racial or ethnic groups. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

247.     Defendant Hobbs admits that a document titled *Investigation finds Latino ballots in WA more likely to be rejected*, with a date of February 15, 2021, and the name Joy Borkholder, can be found at the hyperlink in this Paragraph. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

248.     Defendant Hobbs admits that a document titled *Investigation finds Latino ballots in WA more likely to be rejected*, with a date of February 15, 2021, and the name Joy Borkholder, can be found at the hyperlink in this Paragraph. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

249.     Defendant Hobbs admits that the lawsuit *Reyes v. Chilton*, case number 4:21-cv-05075, was filed in the United States District Court for the Eastern District of Washington on May 7, 2021. Defendant Hobbs admits that the original complaint listed the Latino Community Fund, the League of United Latin American Citizens, and an individual voter as named plaintiffs. Defendant Hobbs admits that the original complaint named officials from three counties, including Yakima County, as defendants. Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in the remainder of this Paragraph, and therefore denies.

250.     Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

33

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

251.    Defendant Hobbs admits that Gabriel Muñoz was a state senate candidate in the former Legislative District 15 in 2014. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

252.    Defendant Hobbs admits that Ron Anderson was a candidate for Yakima County Board of Commissioners in 2016. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

253.    Defendant Hobbs admits that Dulce Gutierrez was a candidate for Yakima City Council in 2015. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

254.    Defendant Hobbs admits that Jose Trevino was a candidate for mayor for the City of Granger in 2015. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

255.    Defendant Hobbs admits that Jose Trevino was a candidate for Yakima County Clerk in 2014, and Yakima County Commissioner District 3 in 2018. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

256.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

257.    Admitted.

258.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

259.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

260.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

34

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

261.    Defendant Hobbs admits that Pablo Gonzalez, Teodora Martinez-Chavez, and Bengie Aguilar have each been candidates for state legislative positions in the former Legislative District 15 and that each did not win. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

262.    Defendant Hobbs admits that the current Legislative District 15 is represented by Bruce Chandler and Jeremie Dufault in the state house and Jim Honeyford in the state senate. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

263.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

264.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

265.    Defendant Hobbs admits that Susan Soto Palmer ran for State Representative in the 2016 Legislative District 14 election and was not elected. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

266.    Defendant Hobbs admits that Legislative District 14 is currently represented by Representatives Chris Corry and Gina Mosbrucker and Senator Curtis King. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

267.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

268.    Defendant Hobbs admits that Jesse Palacios was elected to the Yakima County Board of Commissioners in 1998 and 2002. Defendant Hobbs is without information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and therefore denies.

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

35

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

269.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

270.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

271.    Defendant Hobbs is without information sufficient to form a belief as to the truth of the allegations in this Paragraph, and therefore denies.

272.    This Paragraph states a legal conclusion to which no response is required. To the extent a response is required, Defendant Hobbs is without information sufficient to form a belief as to the truth of allegations in this Paragraph, and therefore denies.

## CLAIMS FOR RELIEF

### Count 1
**Race and Language Minority Discrimination,
Discriminatory Results in Violation of Section 2 of the Voting Rights Act
52 U.S.C. § 10301**

273.    Defendant Hobbs restates and incorporates by reference his responses to the allegations in the Complaint.

274.    52 U.S.C. § 10301(a) speaks for itself. This Paragraph states a legal conclusion to which no response is required. To the extent a response is required, Defendant Hobbs denies the allegations in this Paragraph.

275.    This Paragraph states a legal conclusion to which no response is required. To the extent a response is required, Defendant Hobbs denies the allegations in this Paragraph.

276.    This Paragraph states a legal conclusion to which no response is required. To the extent a response is required, Defendant Hobbs denies the allegations in this Paragraph.

277.    This Paragraph states a legal conclusion to which no response is required. To the extent a response is required, Defendant Hobbs denies the allegations in this Paragraph.

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

36

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1   278.    This Paragraph states a legal conclusion to which no response is required. To the

2   extent a response is required, Defendant Hobbs denies the allegations in this Paragraph.

3   279.    This Paragraph states a legal conclusion to which no response is required. To the

4   extent a response is required, Defendant Hobbs denies the allegations in this Paragraph.

5   280.    This Paragraph states a legal conclusion to which no response is required. To the

6   extent a response is required, Defendant Hobbs denies the allegations in this Paragraph.

7   281.    This Paragraph states a legal conclusion to which no response is required. To the

8   extent a response is required, Defendant Hobbs denies the allegations in this Paragraph.

9
**Count 2**
**Race and Language Minority Discrimination,**
10
**Discriminatory Intent in Violation of Section 2 of the Voting Rights Act**
**52 U.C.S. § 10301**
11

12   282.    Defendant Hobbs restates and incorporates by reference his responses to the

13   allegations in the Complaint.

14   283.    This Paragraph states a legal conclusion to which no response is required. To the

15   extent a response is required, Defendant Hobbs denies the allegations in this Paragraph.

16                              **PRAYER FOR RELIEF**

17   Defendant Hobbs takes no position on whether Plaintiffs are entitled to any relief

18   requested except that Defendant Hobbs denies that Plaintiffs are entitled to an award of costs,

19   expenses, disbursements, or reasonable attorneys' fees as against Defendant Hobbs.

20                            **AFFIRMATIVE DEFENSES**

21   Defendant Hobbs' affirmative defenses to the Complaint are set forth below. By setting

22   forth the following defenses, Defendant Hobbs does not assume burden of proof on the matter and

23   issue other than those on which he has the burden of proof as a matter of law. Defendant Hobbs

24   reserves the right to supplement these defenses.

25   1.    Plaintiffs have failed to join all necessary parties.

26

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1      2.      One or more Plaintiffs lack individual or associational standing to bring this

2   action.

3                                    **PRAYER FOR RELIEF**

4      1.      Such relief as the Court deems just and proper.

5      DATED this 9th day of March 2022.

6                                              ROBERT W. FERGUSON
                                               *Attorney General*
7
                                               *s/ Karl D. Smith*
8                                              KARL D. SMITH, WSBA No. 41988
                                               LESLIE GRIFFITH, WSBA No. 47197
9                                              *Deputy Solicitors General*
                                               1125 Washington Street SE
10                                             PO Box 40100
                                               Olympia, WA 98504-0100
11                                             (360) 753-6200
                                               Karl.Smith@atg.wa.gov
12                                             Leslie.Griffith@atg.wa.gov

13                                             *Attorneys for Defendant Steven Hobbs*

14

15

16

17

18

19

20

21

22

23

24

25

26

1

## **<u>DECLARATION OF SERVICE</u>**

2

I hereby declare that on this day I caused the foregoing document to be electronically

3

filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of

4

this document upon all counsel of record.

5

DATED this 9th day of March 2022, at Olympia, Washington.

6

7

*s/ Leena Vanderwood*
Leena Vanderwood
*Legal Assistant*

8

1125 Washington Street SE
PO Box 40100

9

Olympia, WA 98504-0100
(360) 753-6200

10

Leena.Vanderwood@atg.wa.gov

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT STEVEN HOBBS'
AMENDED ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE
RELIEF
NO. 3:22-cv-5035-RSL

39

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200