# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SUSAN SOTO PALMER et al., <br><br>Plaintiffs, <br><br> v. <br><br> STEVEN HOBBS, in his official capacity as Secretary of State of Washington, and the STATE OF WASHINGTON, <br><br>Defendants. <br><br>and <br><br>JOSE TREVINO, ISMAEL G. CAMPOS, and State Representative ALEX YBARRA, <br><br>Intervenor-Defendants. | NO. 3:22-cv-5035-RSL <br><br> STIPULATED MOTION AND ORDER EXTENDING DEFENDANT STATE OF WASHINGTON'S TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT FOR DECLARATORY AND INJUCTIVE RELIEF |

## STIPULATED MOTION AND ORDER

The parties stipulate and request that the Court enter an Order extending Defendant State of Washington's time to file its answer or other responsive pleadings to Plaintiffs' Amended Complaint to June 17, 2022. Good cause exists for this request in light of the complex and factually dense nature of Plaintiffs' allegations.

STIPULATED MOTION AND ORDER EXTENDING DEFENDANT STATE OF WASHINGTON'S TIME TO RESPOND TO AMENDED COMPLAINT
NO. 3:22-CV-5035-RSL

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1     As such, for good cause shown, Defendant State of Washington's deadline to answer or
2 respond to Plaintiffs' Amended Complaint is extended to June 17, 2022.
3     IT IS SO ORDERED.

5     ISSUED this 23rd day of May, 2022.

*[signature]*

THE HONORABLE ROBERT S. LASNIK
United States District Judge

STIPULATED MOTION AND
ORDER EXTENDING DEFENDANT
STATE OF WASHINGTON'S TIME
TO RESPOND TO AMENDED
COMPLAINT
NO. 3:22-CV-5035-RSL

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

Presented by:

ROBERT W. FERGUSON
Attorney General

s/ Andrew Hughes
ANDREW HUGHES, WSBA No. 49515
CRISTINA SEPE, WSBA No. 53609
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
andrew.hughes@atg.wa.gov
cristina.sepe@atg.wa.gov

Attorneys for Defendant State of Washington

ROBERT W. FERGUSON
Attorney General

s/ Karl D. Smith
KARL. D. SMITH, WSBA No. 41988
LESLIE GRIFFITH, WSBA No. 47197
Deputy Solicitors General
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
karl.smith@atg.wa.gov
leslie.griffith@atg.wa.gov

Attorneys for Defendant Steven Hobbs

s/ Andrew R. Stokesbary
ANDREW R. STOKESBARY,
WSBA No. 46097
Stokesbary PLLC
1003 Main Street, Suite 5
Sumner, WA 98390
(206) 486-0795
dstokesbary@stokesbarypllc.com

Attorney for Intervenor-Defendants

s/ Simone Leeper
EDWARDO MORFIN, WSBA No. 4781
Morfin Law Firm, PLLC
2602 N. Proctor Street, Suite 205
Tacoma, WA 98407

CHAD W. DUNN*
SONNI WAKNIN*
UCLA Voting Rights Project
3250 Public Affairs Building
Los Angeles, CA 90095
(310) 400-6019
chad@uclavrp.org
sonni@uclavrp.org

ANNABELLE HARLESS*
Campaign Legal Center
55 West Monroe Street, Suite 1925
Chicago, IL 60603
aharless@campaignlegal.org

MARK P. GABER*
SIMONE LEEPER*
ASEEM MULJI*
Campaign Legal Center
1191 14th Street NW, Suite 400
Washington, DC 20005
mgaber@campaignlegal.org
sleeper@campaignlegal.org
amulji@campaignlegal.org

THOMAS A. SAENZ*
ERNEST HERRERA*
LETICIA M. SAUCEDO*
DEYLIN THRIFT-VIVEROS*
Mexican-American Legal Defense and
Education Fund
643 South Spring Street, 11th Floor
Los Angeles, CA 90014

STIPULATED MOTION AND ORDER EXTENDING DEFENDANT STATE OF WASHINGTON'S TIME TO RESPOND TO AMENDED COMPLAINT
NO. 3:22-CV-5035-RSL

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

Case 3:22-cv-05035-RSL   Document 75   Filed 05/23/22   Page 4 of 4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

(213) 629-2512
tsaenz@maldef.org
eherrera@maldef.org
lsaucedo@maldef.org
dthrift-viveros@maldef.org

*Attorneys for Plaintiffs*
*\*Admitted pro hac vice*

STIPULATED MOTION AND ORDER EXTENDING DEFENDANT STATE OF WASHINGTON'S TIME TO RESPOND TO AMENDED COMPLAINT
NO. 3:22-CV-5035-RSL

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744