The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

SUSAN SOTO PALMER, et al.,

    Plaintiffs,

v.

STEVEN HOBBS, in his official capacity as Secretary of State of Washington, and the STATE OF WASHINGTON,

    Defendants,

  and

JOSE TREVINO, ISMAEL G. CAMPOS, and State Representative, ALEX YBARRA,

    Intervenor-Defendants.

Case No. 3:22-cv-05035-RSL

**STIPULATION OF VOLUNTARY DISMISSAL [FRCP 41(a)(1)(A)(ii)]**

    Plaintiff Brenda Rodriguez voluntarily dismisses her claims against Defendants Hobbs, *et al*., under Federal Rule of Civil Procedure 41(a)(1)(A). Parties herby stipulate that her claims be dismissed without prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may voluntarily dismiss their claims without a court order.

    Dated the 3rd of August 2022.

Respectfully submitted,

By: /s/ *Edwardo Morfin*

| | |
|---|---|
| CHAD W. DUNN* | Edwardo Morfin |
| Legal Director | WSBA No. 47831 |
| UCLA Voting Rights Project | Morfin Law Firm, PLLC |
| Brazil & Dunn, LLP | 2602 N. Proctor Street, Suite 205 |
| 4407 Bee Caves Road, Suite 111 | Tacoma, WA 98407 |
| Austin, TX 78746 | Telephone: 509-380-9999 |
| Telephone: 512-717-9822 | |
| chad@uclavrp.org | ANNABELLE HARLESS* |
| | Campaign Legal Center |
| SONNI WAKNIN* | 55 W. Monroe St., Ste. 1925 |
| UCLA Voting Rights Project | Chicago, IL 60603 |
| 3250 Public Affairs Building | aharless@campaignlegal.org |
| Los Angeles, CA 90095 | |
| Telephone: 310-400-6019 | THOMAS A. SAENZ** |
| Sonni@uclavrp.org | ERNEST HERRERA* |
| | LETICIA M. SAUCEDO* |
| MARK P. GABER* | DEYLIN THRIFT-VIVEROS* |
| SIMONE LEEPER* | Mexican American Legal |
| ASEEM MULJI* | Defense and Educational Fund |
| Campaign Legal Center | 643 S. Spring St., 11th Fl. |
| 1101 14th St. NW, Ste. 400 | Los Angeles, CA 90014 |
| Washington, DC 20005 | Telephone: (213) 629-2512 |
| mgaber@campaignlegal.org | tsaenz@maldef.org |
| sleeper@campaignlegal.org | eherrera@maldef.org |
| amulji@campaignlegal.org | lsaucedo@maldef.org |
| | dthrift-viveros@maldef.org |

*Admitted Pro Hac Vice
** Pro Hac Vice Application Forthcoming
   *Attorneys for Plaintiffs*

ROBERT W. FERGUSON
*Attorney General*

s/ *Karl D. Smith*
KARL D. SMITH, WSBA No. 41988
LESLIE A. GRIFFITH, WSBA No. 47197
*Deputy Solicitors General*
1125 Washington Street SE

STIPULATION OF VOLUNTARY
DISMISSAL [FRCP 41(a)(1)(A)(ii)]

2

PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
Karl.Smith@atg.wa.gov
Leslie.Griffith@atg.wa.gov

*Attorneys for Defendant Steven Hobbs*

*s/ Andrew Hughes*
ANDREW R.W. HUGHES, WSBA No. 49515
CRISTINA SEPE, WSBA No. 53609
*Assistant Attorneys General*
andrew.hughes@atg.wa.gov
cristina.sepe@atg.wa.gov

*Attorneys for Defendant State of Washington*

*s/ Andrew R. Stokesbary*

Andrew R. Stokesbary, WSBA #46097
Chalmers & Adams LLC
1003 Main Street, Suite 5
Sumner, WA 98390
Telephone: (206) 207-3920
dstokesbary@chalmersadams.com

*Counsel for Intervenor-Defendants*

STIPULATION OF VOLUNTARY
DISMISSAL [FRCP 41(a)(1)(A)(ii)]

3

**DECLARATION OF SERVICE**

I HEREBY CERTIFY that on August 3, 2022, the foregoing document was filed electronically (via CM/ECF), and that all counsel of record were served by CM/ECF.

*/s/ Edwardo Morfin*
Edwardo Morfin
WSBA No. 47831
Morfin Law Firm, PLLC
2602 N. Proctor Street, Suite 205
Tacoma, WA 98407
Telephone: 509-380-9999