UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN SOTO PALMER, et al., | NO. 3:22-cv-5035-RSL |
| Plaintiffs, | |
| v. | ORDER GRANTING DEFENDANT STATE OF WASHINGTON'S MOTION TO MODIFY SCHEDULING ORDER AND EXTEND TRIAL DATE AND RELATED DATES |
| STEVEN HOBBS, in his official capacity as Secretary of State of Washington, and the STATE OF WASHINGTON, | |
| Defendants, | |
| and | |
| JOSE TREVINO, ISMAEL G. CAMPOS, and State Representative ALEX YBARRA, | |
| Intervenor-Defendants. | |

This matter comes before the Court on defendant State of Washington's Motion to Modify Scheduling Order and Extend Trial Date and Related Dates. Dkt. # 79. The Court has reviewed the memoranda, declaration, and exhibit submitted and finds that there is good cause to extend the case management deadlines. The motion is therefore GRANTED. An amended case management order will be issued based on a trial date of May 1, 2023.

//

1   Dated this 14th day of August, 2022.

2

3   *Robert S. Lasnik*
    Robert S. Lasnik
4   United States District Judge

| | |
|---|---|
| 1 | Presented by: |
| 2 | ROBERT W. FERGUSON<br>Attorney General |
| 3 | |
| 4 | *s/Andrew R.W. Hughes*<br>ANDREW R.W. HUGHES, WSBA No. 49515<br>CRISTINA SEPE, WSBA No. 53609 |
| 5 | Assistant Attorneys General<br>800 Fifth Avenue, Suite 2000 |
| 6 | Seattle, WA 98104<br>(206) 464-7744 |
| 7 | andrew.hughes@atg.wa.gov<br>cristina.sepe@atg.wa.gov |

**DECLARATION OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 24th day of June 2022, at Seattle, Washington.

*s/ Andrew R.W. Hughes*
ANDREW R.W. HUGHES, WSBA No. 49515
Assistant Attorney General