The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

SUSAN SOTO PALMER, et. al.,

     *Plaintiffs,*

    v.

STEVEN HOBBS, et. al.,

     *Defendants,*

   and

JOSE TREVINO, ISMAEL CAMPOS, and ALEX YBARRA,

     *Intervenor-Defendants.*

Case No.: 3:22-cv-05035-RSL

Judge: Robert S. Lasnik

**PLAINTIFFS' DESIGNATION OF EXPERTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)(2)(A)**

## INTRODUCTION

Plaintiffs serves this Designation of Experts pursuant to the Scheduling Order (Dkt. # 93) in this case, and would respectfully show this Honorable Court as follows:

### I.
### Retained Expert Witnesses

1.     Dr. Loren Collingwood
      The University of New Mexico
      Department of Political Science
      Social Sciences Building #78
      MSC 05-3070
      1 University of New Mexico
      Albuquerque, NM 87131-0001

A summary of this expert's qualifications as well as their opinions and analysis have been provided in attached report marked as Exhibit "A" which was served on all counsel of record on November 2, 2022.

2.    Dr. Josué Estrada
Central Washington University
400 E. University Way
Ellenburg, WA 98926

A summary of this expert's qualifications as well as their opinions and analysis have been provided in attached report marked as Exhibit "B" which was served on all counsel of record on November 2, 2022.

3.    Dr. Henry Flores
University of Houston
2304 West Main Street
Houston, TX 77098

A summary of this expert's qualifications as well as their opinions and analysis have been provided in attached report marked as Exhibit "C" which was served on all counsel of record on November 2, 2022.

## II.
## Non-Retained Expert Witnesses

Plaintiffs hereby designate and states that they intend to call for the purpose of fact and/or opinion testimony those persons listed in the witness disclosures of each party, as appropriate. Plaintiffs make this designation without conceding the qualifications, relevancy, reliability or admissibility of such witness' opinions.

Without limitation of the foregoing, Plaintiffs hereby designate the following persons:

1.  Matt Barreto, Ph.D.
University of California, Los Angeles
3250 Public Affairs Building
Los Angeles, CA 90065
barretom@ucla.edu
909-489-2955
Dr. Barreto will testify regarding the racially polarized voting analysis that he provided to Commissioners Walkinshaw and Simms during the 2021 Washington

Redistricting Commission process. This report was publicly made available here: https://senatedemocrats.wa.gov/wp-content/uploads/2021/10/Barreto-WA-Redistricting-Public-Version.pdf

  Dr. Barreto will testify to the facts and underlying information contained in this analysis and other versions of this analysis that was provided to the Washington Redistricting Commissioners and has been disclosed in discovery. Dr. Barreto will testify to the analysis and opinions he provided members of the Washington redistricting commission.  In addition, he will testify to the conversations and events he participated in during the activities of the Washington Redistricting Commission.

**III.**
**Additional Designation**

  Plaintiffs hereby cross designate and state that Plaintiffs may call any expert witness identified or designated by any party or any employee or representative of any party, subject to any objections that Plaintiffs may make concerning the designation or qualifications of those witnesses.

  Plaintiffs reserve the right to elicit by way of cross examination, opinion testimony from experts or representatives or other witnesses who may be qualified to render expert testimony designated and/or called by other parties to the suit.

  Plaintiffs reserve the right to elicit by way or direction/cross examination, opinion testimony from fact witnesses who may be qualified to render expert testimony, but are not retained or designated experts at this time and who have expertise in certain areas regarding the facts of this case. Such non-retained expert witnesses may be employees of the State of Washington, a county in Washington or another governmental unit but they have not been employed for the purpose of providing expert testimony.

  Plaintiffs reserve the right to elicit by way of direct/cross examination, opinion testimony for experts designated and/or called by other parties to the suit.

Plaintiffs reserve the right to supplement this designation as necessary and to solicit opinion testimony from such persons as appropriate during both discovery and trial.

Plaintiff designates and reserves the right to call any expert designated by Defendants or Intervenor-Defendants and/or called by Defendants and/or Intervenor Defendants at hearing or trial.

Respectfully submitted,

Dated: November 4, 2022

By: /s/ Edwardo Morfin

Chad W. Dunn*
Sonni Waknin*
UCLA Voting Rights Project
3250 Public Affairs Building
Los Angeles, CA 90095
Telephone: 310-400-6019
Chad@uclavrp.org
Sonni@uclavrp.org

Mark P. Gaber*
Simone Leeper*
Aseem Mulji*
Campaign Legal Center
1101 14th St. NW, Ste. 400
Washington, DC 20005
mgaber@campaignlegal.org
sleeper@campaignlegal.org
amulji@campaignlegal.org

  *Admitted pro hac vice

*Counsel for Plaintiffs*

Edwardo Morfin
WSBA No. 47831
Morfin Law Firm, PLLC
2602 N. Proctor Street, Suite 205
Tacoma, WA 98407
Telephone: 509-380-9999

Annabelle E. Harless*
Campaign Legal Center
55 W. Monroe St., Ste. 1925
Chicago, IL 60603
aharless@campaignlegal.org

Thomas A. Saenz*
Ernest Herrera*
Leticia M. Saucedo*
Deylin Thrift-Viveros*
Mexican American Legal Defense
 and Educational Fund
643 S. Spring St., 11th Fl.
Los Angeles, CA 90014
Telephone: (213) 629-2512
tsaenz@maldef.org
eherrera@maldef.org
lsaucedo@maldef.org
dthrift-viveros@maldef.org

PLAINTIFFS' DESIGNATION
OF EXPERTS PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE
26(a)(2)(A)

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

### CERTIFICATE OF SERVICE

I certify that all counsel of record were served a copy of the foregoing this 4th Day of November 2022 via the Court's CM/ECF system.

*/s/ Edwardo Morfin*

Edwardo Morfin
WSBA No. 47831
Morfin Law Firm, PLLC
2602 N. Proctor Street, Suite 205
Tacoma, WA 98407
Telephone: 509-380-9999

PLAINTIFFS' DESIGNATION
OF EXPERTS PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE
26(a)(2)(A)