<pre>                                                          The Honorable Robert S. Lasnik</pre>

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUSAN SOTO PALMER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>STEVEN HOBBS, in his official capacity as Secretary of State of Washington, and the STATE OF WASHINGTON,<br><br>    Defendants,<br><br>and<br><br>JOSE TREVINO, ISMAEL G. CAMPOS, and State Representative, ALEX YBARRA,<br><br>    Intervenor-Defendants. | Case No. 3:22-cv-05035-RSL<br><br>**STIPULATION OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(ii)** |

Plaintiff Southcentral Coalition of People of Color for Redistricting voluntarily dismisses its claims against Defendants Hobbs et al., under Federal Rule of Civil Procedure 41(a)(1)(A). The parties herby stipulate that its claims be dismissed. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may voluntarily dismiss their claims without a court order.

Dated this 2nd day of December, 2022.

| | |
|---|---|
| | Respectfully submitted, |
| | By: */s/ Edwardo Morfin* |
| CHAD W. DUNN* | Edwardo Morfin |
| Legal Director | WSBA No. 47831 |
| UCLA Voting Rights Project | Morfin Law Firm, PLLC |
| Brazil & Dunn, LLP | 2602 N. Proctor Street, Suite 205 |
| 4407 Bee Caves Road, Suite 111 | Tacoma, WA 98407 |
| Austin, TX 78746 | Telephone: 509-380-9999 |
| Telephone: 512-717-9822 | |
| chad@uclavrp.org | ANNABELLE HARLESS* |
| | Campaign Legal Center |
| SONNI WAKNIN* | 55 W. Monroe St., Ste. 1925 |
| UCLA Voting Rights Project | Chicago, IL 60603 |
| 3250 Public Affairs Building | aharless@campaignlegal.org |
| Los Angeles, CA 90095 | |
| Telephone: 310-400-6019 | THOMAS A. SAENZ** |
| Sonni@uclavrp.org | ERNEST HERRERA* |
| | LETICIA M. SAUCEDO* |
| MARK P. GABER* | DEYLIN THRIFT-VIVEROS* |
| SIMONE LEEPER* | Mexican American Legal |
| ASEEM MULJI* | Defense and Educational Fund |
| BENJAMIN PHILLIPS** | 643 S. Spring St., 11th Fl. |
| Campaign Legal Center | Los Angeles, CA 90014 |
| 1101 14th St. NW, Ste. 400 | Telephone: (213) 629-2512 |
| Washington, DC 20005 | tsaenz@maldef.org |
| mgaber@campaignlegal.org | eherrera@maldef.org |
| sleeper@campaignlegal.org | lsaucedo@maldef.org |
| amulji@campaignlegal.org | dthrift-viveros@maldef.org |
| bphillips@campaignlegal.org | |
| | *Admitted Pro Hac Vice* |
| | ** *Pro Hac Vice Application Forthcoming* |
| */s/ Andrew R.W. Hughes* | |
| Andrew R.W. Hughes, WSBA No. 49515 | |
| Cristina Sepe, WSBA No. 53609 | |
| Erica Franklin | |
| Assistant Attorneys General | |
| Complex Litigation Division | |
| 800 Fifth Avenue, Suite 2000 | |
| Seattle, WA 98104 | |
| (206) 464-7744 | |
| andrew.hughes@atg.wa.gov | |
| cristina.sepe@atg.wa.gov | |

| | |
|---|---|
| 1 | erica.franklin@atg.wa.gov |
| 2 | */s/ Karl D. Smith*           |
| 3 | Karl D. Smith, WSBA No. 41988 |
| | Kate S. Worthington |
| 4 | 1125 Washington Street SE PO Box 40100 |
| | Olympia, WA 98504-0100 |
| 5 | (360) 753-6200 |
| 6 | Karl.Smith@atg.wa.gov |
| | Kate.Worthington@atg.wa.gov |
| 7 | *Attorneys for Defendant Steven Hobbs* |
| 8 | |
| | */s/ Andrew Stokesbary*         |
| 9 | Andrew R. Stokesbary, WSBA #46097 |
| | CHALMERS & ADAMS LLC |
| 10 | 1003 Main Street, Suite 5 |
| | Sumner, WA 98390 |
| 11 | T: (206) 207-3920 |
| 12 | dstokesbary@chalmersadams.com |
| 13 | Dallin B. Holt |
| | Brennan Bowen |
| 14 | Hotlzman Vogel Baran Torchinsky & Josefiak PLLC |
| 15 | Esplande Tower IV, 2575 East Camelback Road, Suite 860 |
| | Phoenix, AZ 85016 |
| 16 | T: 540-341-8808 |
| | dholt@holtzmanvogel.com |
| 17 | bbowen@holtzmanvogel.com |
| 18 | |
| | Jason B. Torchinsky |
| 19 | HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC |
| | 2300 N St. NW, Ste. 643A |
| 20 | Washington, DC 20037 |
| 21 | 202-737-8808 |
| | jtorchinsky@holtzmanvogel.com |
| 22 | Phillip M. Gordon |
| 23 | HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC (VA) |
| | 15405 John Marshall Hwy |
| 24 | Haymarket, VA 20169 |
| 25 | 540-341-8808 |
| | pgordon@holtzmanvogel.com |
| 26 | *Attorneys for Intervenor-Defendants* |

STIPULATION OF VOLUNTARY
DISMISSAL UNDER FRCP 41(a)(1)(A)(ii)

# CERTIFICATE OF SERVICE

I certify that all counsel of record were served a copy of the foregoing this 2nd day of December, 2022 via the Court's CM/ECF system.

*/s/ Edwardo Morfin*
Edwardo Morfin
WSBA No. 47831
Morfin Law Firm, PLLC
2602 N. Proctor Street, Suite 205
Tacoma, WA 98407
Telephone: 509-380-9999