The Honorable Robert S. Lasnik

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| SUSAN SOTO PALMER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN HOBBS, in his official capacity as Secretary of State of Washington, and the STATE OF WASHINGTON, <br><br> Defendants, <br><br> and <br><br> JOSE TREVINO, ISMAEL G. CAMPOS, and State Representative, ALEX YBARRA, <br><br> Intervenor-Defendants. | Case No. 3:22-cv-05035-RSL <br><br> **STIPULATION OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(ii)** |

Plaintiff Lizette Parra voluntarily dismisses her claims against Defendants Hobbs et al., under Federal Rule of Civil Procedure 41(a)(1)(A). The parties herby stipulate that her claims be dismissed. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may voluntarily dismiss their claims without a court order.

Dated this 6th day of December, 2022.

STIPULATION OF VOLUNTARY
DISMISSAL UNDER FRCP 41(a)(1)(A)(ii)

1

Respectfully submitted,

By: /s/ *Edwardo Morfin*
Edwardo Morfin
WSBA No. 47831
Morfin Law Firm, PLLC
2602 N. Proctor Street, Suite 205
Tacoma, WA 98407
Telephone: 509-380-9999

CHAD W. DUNN*
Legal Director
UCLA Voting Rights Project
Brazil & Dunn, LLP
1900 Pearl Street
Austin, TX 78705
Telephone: 512-717-9822
chad@uclavrp.org

ANNABELLE HARLESS*
Campaign Legal Center
55 W. Monroe St., Ste. 1925
Chicago, IL 60603
aharless@campaignlegal.org

SONNI WAKNIN*
UCLA Voting Rights Project
3250 Public Affairs Building
Los Angeles, CA 90095
Telephone: 310-400-6019
Sonni@uclavrp.org

THOMAS A. SAENZ**
ERNEST HERRERA*
LETICIA M. SAUCEDO*
DEYLIN THRIFT-VIVEROS*
Mexican American Legal
Defense and Educational Fund
643 S. Spring St., 11th Fl.
Los Angeles, CA 90014
Telephone: (213) 629-2512
tsaenz@maldef.org
eherrera@maldef.org
lsaucedo@maldef.org
dthrift-viveros@maldef.org

MARK P. GABER*
SIMONE LEEPER*
ASEEM MULJI*
BENJAMIN PHILLIPS**
Campaign Legal Center
1101 14th St. NW, Ste. 400
Washington, DC 20005
mgaber@campaignlegal.org
sleeper@campaignlegal.org
amulji@campaignlegal.org

*Admitted Pro Hac Vice*
** *Pro Hac Vice Application Forthcoming*

/s/ *Andrew R.W. Hughes*
Andrew R.W. Hughes, WSBA No. 49515
Cristina Sepe, WSBA No. 53609
Erica Franklin
Assistant Attorneys General
 Complex Litigation Division
 800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

STIPULATION OF VOLUNTARY
DISMISSAL UNDER FRCP 41(a)(1)(A)(ii)

2

andrew.hughes@atg.wa.gov
cristina.sepe@atg.wa.gov
erica.franklin@atg.wa.gov

*Attorneys for Defendant State of Washington*

/s/ Karl D. Smith
Karl D. Smith, WSBA No. 41988
Kate S. Worthington
1125 Washington Street SE PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
Karl.Smith@atg.wa.gov
Kate.Worthington@atg.wa.gov

*Attorneys for Defendant Steven Hobbs*

/s/ Dallin Holt
Dallin B. Holt
Brennan Bowen
Hotlzman Vogel Baran Torchinsky & Josefiak PLLC
Esplande Tower IV, 2575 East Camelback Road, Suite 860
Phoenix, AZ 85016
T: 540-341-8808
dholt@holtzmanvogel.com
bbowen@holtzmanvogel.com

Jason B. Torchinsky
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC
2300 N St. NW, Ste. 643A
Washington, DC 20037
202-737-8808
jtorchinsky@holtzmanvogel.com

Phillip M. Gordon
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC (VA)
15405 John Marshall Hwy
Haymarket, VA 20169
540-341-8808
pgordon@holtzmanvogel.com

Andrew R. Stokesbary, WSBA #46097
CHALMERS & ADAMS LLC
1003 Main Street, Suite 5
Sumner, WA 98390

T: (206) 207-3920
dstokesbary@chalmersadams.com

*Attorneys for Intervenor-Defendants*

**CERTIFICATE OF SERVICE**

I certify that all counsel of record were served a copy of the foregoing this 6th day of December, 2022 via the Court's CM/ECF system.

/s/ Edwardo Morfin
Edwardo Morfin
WSBA No. 47831
Morfin Law Firm, PLLC
2602 N. Proctor Street, Suite 205
Tacoma, WA 98407
Telephone: 509-380-9999

STIPULATION OF VOLUNTARY
DISMISSAL UNDER FRCP 41(a)(1)(A)(ii)

5