UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SUSAN SOTO PALMER et al.,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>STEVEN HOBBS, in his official capacity as Secretary of State of Washington, et al.,<br><br>    *Defendants*,<br><br>  and<br><br>JOSE TREVINO et al.,<br><br>    *Intervenor-Defendants*. | Case No.: 3:22-cv-5035-RSL<br><br>STIPULATED MOTION AND ORDER TO ALLOW DEPOSITIONS OUT OF TIME AND EXTENSION OF WRITTEN DISCOVERY RESPONSES |

    Pursuant to Local Rule 7(d)(1), Plaintiffs, Defendant/Cross-Defendant State of Washington, Defendant/Cross-Defendant Secretary Hobbs, and Intervenor-Defendants/Cross-Plaintiffs, (collectively the "Parties") hereby stipulate and request the Court adjust the dates associated with the close of discovery as follows:

    1.    The Parties were prepared to take the depositions of Intervenor-Defendant Jose Trevino, Plaintiff Susan Soto Palmer, and Dr. Matt Barreto within the timeframe set by the Court's Scheduling Order (Dkt. # 93). However, because of pre-existing family, work, and travel commitments, the Parties are not able to depose the above witnesses before the Court's January 1, 2023 deadline.

2. The Parties have discussed and agreed to the following dates to conduct the depositions:

    A. Jose Trevino on January 9, 2023;

    B. Susan Soto Palmer on January 10, 2023; and

    D. Dr. Matt Barreto on January 23, 2023.

3. The Parties have also discussed and agreed to an extension of all pending written discovery responses and related motions. The Parties' proposed extensions are as follows:

    A. All written discovery responses, including requests for production, requests for admissions, and interrogatories, that are presently served upon the Parties, by other Parties, shall be due to the requesting party by January 6, 2023; and

    B. All motions regarding written discovery shall be filed with the Court no later than January 10, 2023.

4. The Parties are not requesting an extension of the dipositive motion deadline.

Based on the foregoing, the Parties stipulate and agree that good cause exists to conduct these depositions after the January 1, 2023 deadline; to extend all pending written discovery deadlines to January 6, 2023; and to extend the deadline to file any motions regarding discovery to January 10, 2023.

IT IS SO ORDERED.

Dated this 30th day of December, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

*s/ Andrew R. Stokesbary*

| | |
|---|---|
| Andrew R. Stokesbary, WSBA No. 46097 | Jason B. Torchinsky *(admitted pro hac vice)* |
| CHALMERS & ADAMS LLC | Phillip M. Gordon *(admitted pro hac vice)* |
| 1003 Main Street, Suite 5 | Andrew B. Pardue *(admitted pro hac vice)* |
| Sumner, WA 98390 | HOLTZMAN VOGEL BARAN |
| T: (206) 207-3920 | TORCHINSKY & JOSEFIAK PLLC |
| dstokesbary@chalmersadams.com | 15405 John Marshall Hwy |
| | Haymarket, VA 20169 |
| | T: (540) 341-8808 |
| | jtorchinsky@holtzmanvogel.com |
| | pgordon@holtzmanvogel.com |
| | apardue@holtzmanvogel.com |
| | |
| | Dallin B. Holt *(admitted pro hac vice)* |
| | Brennan A.R. Bowen *(admitted pro hac vice)* |
| | HOLTZMAN VOGEL BARAN |
| | TORCHINSKY & JOSEFIAK PLLC |
| | Esplanade Tower IV |
| | 2575 East Camelback Rd |
| | Suite 860 |
| | Phoenix, AZ 85016 |
| | T: (540) 341-8808 |
| | dholt@holtzmanvogel.com |
| | bbowen@holtzmanvogel.com |

*Counsel for Intervenor-Defendants and Cross-Plaintiffs*

*s/ Cristina Sepe*

| | |
|---|---|
| ANDREW R.W. HUGHES, WSBA No. 49515 | CRISTINA SEPE, WSBA No. 53609 |
| ERICA R. FRANKLIN, WSBA No. 43477 | Deputy Solicitor General |
| Assistant Attorneys General | 1125 Washington Street SE |
| 800 Fifth Avenue, Suite 2000 | PO Box 40100 |
| Seattle, WA 98104 | Olympia, WA 98504-0100 |
| (206) 464-7744 | (360) 753-62000 |
| andrew.hughes@atg.wa.gov | cristina.sepe@atg.wa.gov |
| erica.franklin@atg.wa.gov | |

*Attorneys for Defendant/Cross-Defendant State of Washington*

*s/ Kate S. Worthington*
Karl D. Smith, WSBA No. 41988
Kate S. Worthington, WSBA No. 47556
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
Karl.Smith@atg.wa.gov
Kate.Worthington@atg.wa.gov

*Attorneys for Defendant/Cross-Defendant Steven Hobbs*

*s/ Edwardo Morfin*
Edwardo Morfin, WSBA No. 47831
Morfin Law Firm, PLLC
2602 N. Proctor Street, Suite 205
Tacoma, WA 98407
Telephone: 509-380-9999

ANNABELLE HARLESS*
Campaign Legal Center
55 W. Monroe St., Ste. 1925
Chicago, IL 60603
aharless@campaignlegal.org

THOMAS A. SAENZ**
ERNEST HERRERA*
LETICIA M. SAUCEDO*
DEYLIN THRIFT-VIVEROS*
Mexican American Legal Defense and Educational Fund
643 S. Spring St., 11th Fl.
Los Angeles, CA 90014
Telephone: (213) 629-2512
tsaenz@maldef.org
eherrera@maldef.org
lsaucedo@maldef.org
dthrift-viveros@maldef.org

CHAD W. DUNN*
Legal Director
UCLA Voting Rights Project
Brazil & Dunn, LLP
1900 Pearl Street
Austin, TX 78705
Telephone: 512-717-9822
chad@uclavrp.org

SONNI WAKNIN*
UCLA Voting Rights Project
3250 Public Affairs Building
Los Angeles, CA 90095
Telephone: 310-400-6019
Sonni@uclavrp.org

MARK P. GABER*
SIMONE LEEPER*
ASEEM MULJI*
BENJAMIN PHILLIPS**
Campaign Legal Center
1101 14th St. NW, Ste. 400
Washington, DC 20005
mgaber@campaignlegal.org
sleeper@campaignlegal.org
amulji@campaignlegal.org

*Attorneys for Plaintiffs*

*Admitted Pro Hac Vice
** Pro Hac Vice Application Forthcoming