UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN SOTO PALMER et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> STEVEN HOBBS, in his official capacity as Secretary of State of Washington, et al., <br><br> *Defendants*, <br><br> and <br><br> JOSE TREVINO et al., <br><br> *Intervenor-Defendants*. | Case No.: 3:22-cv-5035-RSL <br><br> ORDER GRANTING IN PART INTERVENOR-DEFENDANTS' AND CROSS-PLAINTIFFS' MOTION TO EXPEDITE CONSIDERATION OF RENEWED MOTION TO STAY PROCEEDINGS |

This matter comes before the Court on "Intervenor-Defendants' and Cross-Plaintiffs' Motion to Expedite Consideration of Renewed Motion to Stay Proceedings." Dkt. # 124. Having reviewed the motion and the remainder of the record in this matter, the Court orders as follows:

The Clerk of Court is directed to note Dkt. # 123 on the Court's calendar for consideration on Friday, January 13, 2023. Any opposition to the motion to stay shall be filed by noon on Thursday, January 12, 2023. No reply will be filed. The Court will hear argument regarding the motion to stay at the hearing scheduled on Friday morning.

Dated this 9th day of January, 2023.

                       *Robert S. Lasnik* (signature)
                       Robert S. Lasnik
                       United States District Judge