UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN SOTO PALMER, et. al., <br><br> *Plaintiffs*, <br><br> v. <br><br> STEVEN HOBBS, et. al., <br><br> *Defendants*, <br> and <br><br> JOSE TREVINO, ISMAEL CAMPOS, and ALEX YBARRA, <br><br> *Intervenor-Defendants*. | Case No.: 3:22-cv-05035-RSL <br><br> **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE REGARDING SUBPOENAS TO BENANCIO GARCIA III** |

This matter came before the Court on Plaintiffs' Unopposed Motion to Extend Discovery Deadline Regarding Subpoenas to Benancio Garcia III. The motion is GRANTED. The discovery deadline with respect to Mr. Garcia's subpoenas, including any discovery-related motions that relate only to Mr. Garcia's subpoena responses and possible continued deposition, is extended to **March 3, 2023**.

IT IS SO ORDERED.

DATED this 7th day of February, 2023.

_____
Robert S. Lasnik
United States District Judge