1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

SUSAN SOTO PALMER, et. al.,

     *Plaintiffs*,

    v.

STEVEN HOBBS, et. al.,

     *Defendants*,
   and

JOSE TREVINO, ISMAEL CAMPOS,
and ALEX YBARRA,

     *Intervenor-Defendants*.

Case No.: 3:22-cv-05035-RSL

**ORDER GRANTING**
**PLAINTIFFS' MOTION TO**
**EXTEND DEADLINE FOR**
**DEPOSITION OF BENANCIO**
**GARCIA III**

    This matter came before the Court on Plaintiffs' Motion to Extend Deadline for Deposition of Benancio Garcia III. The motion is GRANTED. The deadline to complete a continued deposition of Mr. Garcia will be reset following the Court's resolution of the State's Motion for Inquiry, Dkt. #150.

    Dated this 28th day of February, 2023.

*MMR S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFFS'
MOTION TO EXTEND DEADLINE FOR
DEPOSITION OF BENANCIO GARCIA III

1