UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN SOTO PALMER, *et. al.*, | Case No.: 3:22-cv-05035-RSL |
| Plaintiffs, | **ORDER** |
| v. | |
| STEVEN HOBBS, *et. al.*, | |
| Defendants, and | |
| JOSE TREVINO, *et al.*, | |
| Intervenor-Defendants. | |

At the hearing scheduled for March 7, 2023, the parties shall be prepared to respond to the Court's inquiries regarding the existence of potential and actual conflicts in this case and to discuss appropriate remedies if the Court finds that a conflict exists.

Dated this 3rd day of March, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1