UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN SOTO PALMER, *et. al.*, | Case No.: 3:22-cv-05035-RSL |
| Plaintiffs, | **ORDER** |
| v. | |
| STEVEN HOBBS, *et. al.*, | |
| Defendants, and | |
| JOSE TREVINO, *et al.*, | |
| Intervenor-Defendants. | |

The Court has now inquired regarding the conflict of interest issues raised by the State of Washington. Dkt. # 150. Having heard from counsel and reviewed the client affidavits submitted on March 9, 2023, the Court finds that the Intervenor-Defendants have been adequately informed of the potential conflicts arising from counsels' representation of multiple individuals and that the clients' litigation positions are not directly adverse to each other.

Dated this 13th day of March, 2023.

Robert S. Lasnik
United States District Judge

ORDER    1