UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN SOTO PALMER, *et. al.*,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN HOBBS, *et. al.*,<br><br>Defendants,<br>and<br><br>JOSE TREVINO, *et al.*,<br><br>Intervenor-Defendants. | Case No.: 3:22-cv-05035-RSL |
| BENANCIO GARCIA III,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN HOBBS, *et. al.*,<br><br>Defendants. | Case No.: C22-5152-RSL-DGE-LJCV<br><br>**ORDER EXPEDITING BRIEFING REGARDING MOTION FOR CLARIFICATION** |

This matter comes before the Court on "Plaintiffs' Motion for Clarification Regarding Trial Schedule" (Dkt. # 174) and "Plaintiffs' Motion to Expedite" (Dkt. # 175) filed in the *Soto*

*Palmer* case. By way of clarification, both of the above-captioned cases are currently set for trial beginning on June 5, 2023, and will be heard concurrently between June 5th and June 9th. Plaintiffs have been notified that three of the five Commissioners have scheduled international trips during that time frame and assert that it will be impossible for the parties to adequately present the three claims at issue – (1) discriminatory results under Section 2 of the Voting Rights Act, (2) discriminatory intent under Section 2 of the Voting Rights Act, and (3) racial gerrymandering under the Equal Protection Clause – in the time allotted.

The fact that the two cases would be tried jointly within the five days provided has been, or should have been, obvious since January 2023, and the Commissioners' decision to absent themselves from the district during the scheduled trial is troubling. While the *Soto Palmer* plaintiffs have presented a proposal for addressing the issues they have identified, namely that the undersigned hear their discriminatory results claim as currently scheduled on June 5th and continue the trial of the discriminatory intent and racial gerrymandering claims until the summer, rescheduling the three judges who make up the district court in *Garcia* will be extremely difficult.

Given the time sensitive nature of this issue, the Motion to Expedite (Dkt. # 175) is GRANTED and the Court hereby renotes the Motion for Clarification (Dkt. # 174) for consideration on Wednesday, May 10, 2023. Responses and counterproposals shall be filed no later than noon on Tuesday, May 9th. The *Soto Palmer* plaintiffs may file a reply by 5:00 p.m. on

//

//

Wednesday, May 10th. The parties in both cases are strongly encouraged to meet and confer in an attempt to develop a joint proposal that keeps the current trial schedule and meets the needs of all concerned.

Dated this 2nd day of May, 2023.

Robert S. Lasnik
United States District Judge