UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN SOTO PALMER, et. al., <br><br> *Plaintiffs*, <br><br> v. <br><br> STEVEN HOBBS, et. al., <br><br> *Defendants*, <br> and <br><br> JOSE TREVINO, ISMAEL CAMPOS, and ALEX YBARRA, <br><br> *Intervenor-Defendants*. | Case No.: 3:22-cv-05035-RSL <br><br> **ORDER REGARDING PLAINTIFFS' MOTION TO FILE UNDER SEAL THEIR MOTION TO RESOLVE STATE OF WASHINGTON'S PRIVILEGE OBJECTION** |

This matter came before the Court on "Plaintiffs' Motion for Leave to File Under Seal Their Motion to Resolve State of Washington's Privilege Objection." Dkt. # 192. Under the local rules of this district, a contested motion cannot be noted on the Court's calendar for consideration before the trial is scheduled to begin. *See* LCR 7(d). The motion to file under seal is therefore DENIED. The parties are directed to meet and confer regarding the claim of privilege and shall be prepared to argue the matter at trial on Friday, June 1, 2023.

ORDER REGARDING PLAINTIFFS' MOTION TO    1
FILE UNDER SEAL

1 | Dated this 30th day of May, 2023.

2

3 |                                     */s/ Robert S. Lasnik*
                                    Robert S. Lasnik

4 |                                     United States District Judge

ORDER REGARDING PLAINTIFFS' MOTION TO   2
FILE UNDER SEAL