*Susan Soto Palmer, et al. v. Hobbs, et al. v. Trevino, et al.*
3-22-cv-05035-RSL

*Benancio Garcia III v. Hobbs, et al.*
3:22-cv-05152-RSL-DGE-LJCV

# TRIAL WITNESS LIST

| Witness Name | Date(s) Testified |
|---|---|
| Faviola Lopez | 06-02-2023 |
| Dr. Loren Collingwood | 06-02-2023 |
| Dr. Josué Q. Estrada | 06-02-2023 |
| Sen. Rebecca Saldaña | 06-02-2023 |
| April Sims | 06-05-2023 |
| Susan Soto Palmer | 06-05-2023 |
| Brady Walkinshaw | 06-05-2023 |
| Anton Grose | 06-05-2023 |
| Joe Fain | 06-06-2023 |
| Dr. Mark Owens | 06-06-2023 |
| Dr. Matt Barreto | 06-06-2023 |
| Paul Graves | 06-07-2023 |
| Alison O'Neil | 06-07-2023 |
| Gabriel Portugal | 06-07-2023 |
| Dr. John Alford | 06-07-2023 |