UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| SUSAN SOTO PALMER et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> STEVEN HOBBS, in his official capacity as Secretary of State of Washington, et al., <br><br> *Defendants*, <br><br> and <br><br> JOSE TREVINO et al., <br><br> *Intervenor-Defendants*. | Case No.: 3:22-cv-5035-RSL <br><br> **ORDER GRANTING INTERVENOR-DEFENDANTS' MOTION TO FILE AN OVER-LENGTH POST-TRIAL BRIEF** |
| BENANCIO GARCIA III, <br><br> *Plaintiff*, <br><br> v. <br><br> STEVEN HOBBS, in his official capacity as Secretary of State of Washington, et al., <br><br> *Defendants*. | Case No.: 3:22-cv-5152-RSL-DGE-LJCV <br><br> **ORDER GRANTING PLAINTIFF'S MOTION TO FILE AN OVER-LENGTH POST-TRIAL BRIEF** |

THIS MATTER has come before the Court, on the request of *Soto Palmer* Intervenor-Defendants Jose Trevino, Ismael Campos and Alex Ybarra, and *Garcia* Plaintiff Benancio Garcia III (collectively, "Movants") that the Court grant leave to file a single, joint brief in excess of the forty (40) pages directed by the Court, (*see* Trial Tr. 880:3–12).

1 | Having reviewed the Movants' Motion to File Over-Length Post-Trial Brief, and finding
2 | good cause for granting Movants' motion, the Court hereby rules as follows:
3 | Movants' Motion to File Over-Length Post-Trial Brief is hereby GRANTED. Movants are
4 | granted leave to file a post-trial brief with ten (10) additional pages, for a total of fifty (50) pages.

6 | Dated this 12th day of July, 2023.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE