UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN SOTO PALMER, et. al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>STEVEN HOBBS, et. al.,<br><br>*Defendants*,<br>and<br><br>JOSE TREVINO, ISMAEL CAMPOS, and ALEX YBARRA,<br><br>*Intervenor-Defendants*. | Case No.: 3:22-cv-05035-RSL<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR FEES AND BILL OF COSTS** |

Plaintiffs request, and Defendants and Intervenor-Defendants do not oppose, that the Court grant Plaintiffs' Motion extending the deadlines to move for attorneys' fees and expenses and file a bill of costs. Given the ongoing nature of the case, including but not limited to the remedial phase and any appeal, good cause exists for this request to preserve the time and resources of the Court and parties so that briefing and calculation regarding fees and costs will be completed only once.

As such, for good cause shown, it is hereby ORDERED that Plaintiffs' Motion is GRANTED and the deadlines for Plaintiffs to submit their motion for fees and bill of costs is extended to 30 days after the remedial process is complete, any appeal has been resolved, or the time to file a notice of appeal has elapsed, whichever of these three occurrences is latest.

IT IS SO ORDERED.

Dated this 21st day of August, 2023.

*[signature: Robert S. Lasnik]*
Robert S. Lasnik
United States District Judge

By: /s/ Edwardo Morfin

| | |
|---|---|
| Chad W. Dunn* | Edwardo Morfin |
| Sonni Waknin* | WSBA No. 47831 |
| UCLA Voting Rights Project | Morfin Law Firm, PLLC |
| 3250 Public Affairs Building | 2602 N. Proctor Street, Suite 205 |
| Los Angeles, CA 90095 | Tacoma, WA 98407 |
| Telephone: 310-400-6019 | Telephone: 509-380-9999 |
| Chad@uclavrp.org | |
| Sonni@uclavrp.org | Annabelle E. Harless* |
| | Campaign Legal Center |
| Mark P. Gaber* | 55 W. Monroe St., Ste. 1925 |
| Simone Leeper* | Chicago, IL 60603 |
| Aseem Mulji* | aharless@campaignlegal.org |
| Benjamin Phillips** | |
| Campaign Legal Center | Thomas A. Saenz** |
| 1101 14th St. NW, Ste. 400 | Ernest Herrera* |
| Washington, DC 20005 | Leticia M. Saucedo* |
| mgaber@campaignlegal.org | Deylin Thrift-Viveros* |
| sleeper@campaignlegal.org | Mexican American Legal Defense and |
| amulji@campaignlegal.org | Educational Fund |
| bphillips@campaignlegal.org | 643 S. Spring St., 11th Fl. |
| | Los Angeles, CA 90014 |
| | Telephone: (213) 629-2512 |
| | tsaenz@maldef.org |
| | eherrera@maldef.org |
| | lsaucedo@maldef.org |
| | dthrift-viveros@maldef.org |

*Admitted pro hac vice
** Pro hac vice application forthcoming
*Counsel for Plaintiffs*

ORDER GRANTING UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE    2
MOTION FOR FEES AND BILL OF COSTS