UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUSAN SOTO PALMER, *et al.*,

        Plaintiffs,

    v.

STEVEN HOBBS, *et al.*,

        Defendants,

    And

JOSE TREVINO, *et al.*,

        Intervenor-Defendants.

CASE NO. 3:22-cv-05035-RSL

ORDER

On August 10, 2023, the Court found that the boundaries of Washington Legislative District 15, in combination with the social, economic, and historical conditions in the Yakima Valley region, results in an inequality in the electoral opportunities enjoyed by white and Latino voters in the area. Judgment was entered in plaintiffs' favor on their Section 2 Voting Rights Act claim, and the State of Washington was given an opportunity to adopt revised legislative district maps for the Yakima Valley region pursuant to the process set forth in the Washington State Constitution and state statutes. News reports

ORDER - 1

indicate, however, that the Legislature does not intend to reconvene the bipartisan redistricting commissions.

      The State shall file a status report on or before September 29, 2023, formally notifying the Court regarding the Legislature's position. If, as appears to be the case, the Legislature intends to leave the redistricting process to the Court, additional input and information from the parties will be requested.

      Dated this 15th day of September, 2023.

                                             Robert S. Lasnik
                                             United States District Judge

ORDER - 2