The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN SOTO PALMER, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>STEVEN HOBBS, in his official capacity as Secretary of State of Washington, and the STATE OF WASHINGTON,<br><br>　　　　　　Defendants,<br><br>　　and<br><br>JOSE TREVINO, ISMAEL G. CAMPOS, and State Representative, ALEX YBARRA,<br><br>　　　　　　Intervenor-Defendants. | NO. 3:22-cv-05035-RSL<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>**(CLERK'S ACTION REQUIRED)** |

TO:　　　　CLERK OF THE ABOVE-ENTITLED COURT

AND TO:　　COUNSEL FOR PLAINTIFFS

AND TO:　　COUNSEL FOR DEFENDANT STEVEN HOBBS

AND TO:　　COUNSEL FOR DEFENDANT STATE OF WASHINGTON

AND TO:　　COUNSEL FOR INTERVENOR-DEFENDANTS

　　　　PLEASE TAKE NOTICE that ELANA S. MATT, Assistant Attorney General, hereby withdraws as counsel for Defendants Laurie Jinkins, in her official capacity as Speaker of the

NOTICE OF WITHDRAWAL OF
COUNSEL -- NO. 3:22-cv-05035-RSL

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1  Washington State House of Representatives (terminated April 13, 2022); and Andy Billig, in his
2  official capacity as Majority Leader of the Washington State Senate (terminated April 13, 2022),
3  in the above-entitled action, effective immediately. All future correspondence should be directed
4  to Defendants Laurie Jinkins and Andy Billig's remaining counsel of record.
5      DATED this 2nd day of October 2023.

ROBERT W. FERGUSON
Attorney General

*/s/ Elana S. Matt*
ELANA S. MATT, WSBA #37719
Assistant Attorney General

NOTICE OF WITHDRAWAL OF
COUNSEL -- NO. 3:22-cv-05035-RSL

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744