# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 7, 2023

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Jose Trevino, et al.
           v. Susan Soto Palmer, et al.
           No. 23-484
           (Your No. 23-35595)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 3, 2023 and placed on the docket November 7, 2023 as No. 23-484.

                    Sincerely,

                    **Scott S. Harris**, Clerk

                    by

                    Rashonda Garner
                    Case Analyst