UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN SOTO PALMER, *et al.*,<br><br>              Plaintiffs,<br><br>    v.<br><br>STEVEN HOBBS, *et al.*,<br><br>              Defendants,<br><br>    And<br><br>JOSE TREVINO, *et al.*,<br><br>              Intervenor-Defendants. | CASE NO. 3:22-cv-05035-RSL<br><br>MINUTE ORDER |

      The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

      On November 8, 2023, Intervenors filed an "Emergency Motion to Stay Proceedings." Dkt. # 232. The motion is of a type not specifically listed in LCR 7(d)(1), 7(d)(2), or 7(d)(3) and must therefore be noted for consideration on a date no earlier than the third Friday after filing and service. LCR 7(d)(3). The Clerk of Court is directed to renote the motion to stay (Dkt. # 232) on the Court's calendar for Friday, November 24, 2023.

MINUTE ORDER - 1

DATED this 9th day of November, 2023.

/s/ Victoria Ericksen
Victoria Ericksen, Deputy Clerk to
the Honorable Robert S. Lasnik, Judge

MINUTE ORDER - 2