# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
> Jose A. Trevino, Ismael G. Campos, and Alex Ybarra

Name(s) of counsel (if any):
> Jason B. Torchinsky; Andrew R. Stokesbary; Dallin B. Holt; Phillip M. Gordon; Caleb Acker; Brennan A.R. Bowen

Address: 2300 N Street, NW Suite 643a Washington, DC 20037

Telephone number(s): (202) 737-8808; (540) 341-8808; (206) 813-9322

Email(s): jtorchinsky@HoltzmanVogel.com; (continued on additional page)

Is counsel registered for Electronic Filing in the 9th Circuit?    ● Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
> STATE OF WASHINGTON

Name(s) of counsel (if any):
> Andrew R.W. Hughes; Cristina Sepe

Address: 800 5th Avenue Suite 2000 Seattle, WA 98104

Telephone number(s): (206) 464-7744; (360) 753-7085

Email(s): andrew.hughes@atg.wa.gov; cristina.sepe@atg.wa.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                        1                                  New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:
STEVEN HOBBS, in his official capacity as Secretary of State of Washington

Name(s) of counsel (if any):
Karl D. Smith; Kate S. Worthington

Address: P.O. Box 40100 1125 Washington Street, SE Olympia, WA 98504

Telephone number(s): (360) 664-2510; (360) 709-6470

Email(s): Karl.Smith@atg.wa.gov; kate.worthington@atg.wa.gov

Name(s) of party/parties:
SUSAN SOTO PALMER; ALBERTO MACIAS; FABIOLA LOPEZ; CATY PADILLA; HELIODORA MORFIN

Name(s) of counsel (if any):
Ernest Israel Herrera; Chad W. Dunn; Mark Gaber; Annabelle Harless; Simone Tyler Leeper; Aseem Mulji; Benjamin Phillips; Sonni Waknin

Address: 1101 14th Street, NW Suite 400 Washington, DC 20005

Telephone number(s): (213) 629-0266; (512) 515-9355; (202) 736-2200

Email(s): eherrera@maldef.org; (continued on additional page)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                             2                             *New 12/01/2018*

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

## Form 6. Representation Statement
## (Additional Pages)

**Appellants' Emails (cont.):**

dholt@holtzmanvogel.com; dstokesbary@chalmersadams.com; pgordon@holtzmanvogel.com; cacker@holtzmanvogel.com; bbowen@holtzmanvogel.com

**Appellees' Emails (cont.):**

chad@brazilanddunn.com; mgaber@campaignlegalcenter.org; aharless@campaignlegalcenter.org; simoneleeper@gmail.com; amulji@campaignlegalcenter.org; bphillips@campaignlegalcenter.org; sonni@uclavrp.org