# Exhibit A

VITA

# DAVID R. ELY

Compass Demographics, Inc.
6575 N. Vista Street
San Gabriel, CA 91775
(626) 807-0719
E-mail:  ely@compass-demographics.com

**Employment:**

**2007 to present**
David Ely is the president and founder of Compass Demographics, a consulting and database management firm specializing in projects involving census and election data, redistricting projects, demographic analysis, and analysis of voting behavior.

**1986 to 2007**
Director of Research for the Redistricting and Reapportionment practice of Pactech Data and Research, Pasadena, California.  As Director of Research, Mr. Ely testified or consulted to counsel in a variety of litigation involving the configuration of election districts as well as providing database construction and redistricting consulting for numerous jurisdictions.

**Education:**
California Institute of Technology in Pasadena, CA with a B.S. in Social Sciences and Mechanical Engineering in 1987.

### Redistricting Consulting
Activities include database construction, demographic and voter analysis, development of districting plans, public hearings and presentation of plans, technical assistance, and analysis of alternative redistricting plans.

2022  Mission Springs Water District Board Redistricting

2022 Desert Hot Springs Council District Formation

2022 Palmdale City Council Redistricting

2022 Alhambra City Council Redistricting

2022 Coalinga City Council Redistricting

2022 Coalinga-Huron Recreation & Parks Board Redistricting

David R. Ely, Vita, page 2

(**Redistricting Consulting, cont**.)

2022 Garden Grove City Council Redistricting

2021 Compton Unified School District Trustee Area Redistricting

2021 Pasadena City Council Redistricting

2021 Los Angeles County Supervisorial Redistricting

2021 Los Angeles City Council Redistricting

2020  Malibu City Council District Analysis

2020  Mission Springs Water District Board District Formation

2020  Richmond City Council District Formation

2019  Compton Unified School District Trustee District Formation

2019  Carson City Council District Formation

2018  Coalinga City Council District Formation

2018  Coalinga-Huron Recreation & Parks Board Member District Formation

2017   San Marcos Unified School District Trustee Area Formation

2016   Upland City Council District Formation

2016   Costa Mesa City Council District Formation

2015   Garden Grove City Council District Formation

2015   Fullerton City Council District Formation

2014   Saugus Union School District Trustee Area Formation

2014   Whittier City Council District Formation

2014   Sulphur Springs School District Trustee Area Formation

2014   Lancaster Elementary School District Trustee Area Formation

2012   Los Angeles Unified School District Redistricting

2012   Los Angeles City Council Redistricting

2012   Pasadena Unified School Board Districting

2012   Pasadena City Council Redistricting

David R. Ely, Vita, page 3
**(Redistricting Consulting, cont.)**

2011  Bay Area Rapid Transit (BART) Board Redistricting

2011  California Legislative Redistricting

2011  Los Angeles County Redistricting

2008  Ceres Unified School District Redistricting

2008  Madera Unified School District Redistricting

2008  Merced Elementary School District Redistricting

2008  Merced High School District Redistricting

2005  Hanford Joint Union High School District Redistricting

2003  Oakland City Council and Oakland Unified School Board Redistricting

2002  Los Angeles City Council Redistricting

2002  Los Angeles Unified School District Board Member Redistricting

2002  Pasadena, California, City Council Redistricting

2001  California Legislative Redistricting (Senate, Assembly, and Congressional)

2001  Los Angeles County Supervisorial Redistricting

2001  Bay Area Rapid Transit Board Member Districts Redistricting

1992  Rancho Mirage, California, City Council Redistricting

1992  Three Valleys Municipal Water District Redistricting

1992  Los Angeles Unified School Board Member Redistricting

1992  Los Angeles City Council Redistricting

1992  Pasadena, California, City Council Redistricting

1991  California Congressional Redistricting

1991  California State Assembly Redistricting

1991  Los Angeles County Board of Supervisors Redistricting

1987  City of Boston, Massachusetts Redistricting

1986  Los Angeles City Council Redistricting

1987 to 2012, California State Legislature, Redistricting Database construction

David R. Ely, Vita, page 4

**Litigation Analysis**
Activities include database construction, demographic analysis, expert witness testimony, surname matching, geocoding of registered and actual voter lists, and construction of illustrative districting plans.

2000-Present Provided analysis on numerous voting rights investigations not listed.

*Milligan v. Allen (2023), Special Master team cartographer (Alabama)*

*Shafer and Murphey v. Pearland ISD (2023), expert witness (Texas)*

*Parietti v. Rockland County (2023), expert witness (New York)*

*Dixon v. Lewisville Independent School District (2022), expert witness (Texas)*

*Contreras et al v. Illinois State Board of Elections (2021)*

*Vaughan v. Lewisville Independent School District* (2020), expert witness (Texas)

*Kumar v. Frisco Independent School District* (2020), expert witness (Texas)

*Terrebonne Parish NAACP et al vs. Governor of Louisiana et al* (2019), Special Master

*Tyson v. Richardson Independent School District* (2018), expert witness (Texas)

*Yumori-Kaku v. City of Santa Clara* (2018), expert witness (California)

*Loya v. City of Santa Monica* (2018), expert witness (California)

*Luna v. Kern County* (2017), expert witness (California)

*Patino v. City of Pasadena* (2015), expert witness (Texas)

*Garrett v. City of Highland* (2015), expert witness (California)

*Ramos v. Carrollton-Farmers Branch Independent School District* (2015), expert witness (Texas)

*Rodriguez v. City of Grand Prairie* (2015), expert witness (Texas)

*Rodriguez v. Grand Prairie Independent School District* (2014), expert witness (Texas)

*Navajo Nation v. San Juan County* (2014), expert witness (Utah)

*Solis v. City of Santa Clarita (*2014), expert witness (California)

*Jauregui v. City of Palmdale* (2013), expert witness (California)

*Gonzalez v. City of Compton* (2012), expert witness (California)

*Fabela v. City of Farmers Branch* (2011), expert witness (Texas)

David R. Ely, Vita, page 5

**(Litigation Analysis, cont.)**

*Benavidez v. Irving Independent School District* (2008, 2013), expert witness (Texas)

*Benavidez v. City of Irving* (2008), expert witness (Texas)

*Avitia v. Tulare Local Health Care District* (2008), expert witness (California)

*U.S. v. City of Euclid (2007), election data consultant (Ohio)*

*Bexar Metropolitan Water District (2007), election data consultant (Texas)*

*U.S. v. City of Springfield, Massachusetts* (2006)

*U.S. v. State of Missouri* (2006), election data consultant

*U.S. v. City of Philadelphia and Philadelphia City Commission* (2006), Pennsylvania

*State of Georgia v. Ashcroft,* (2004) election data consultant

*Gomez v. Hanford Joint Union High School District*, (2004) California

*Sanchez v. City of Modesto*, (2004), California

*Governor Gray Davis v. Kevin Shelley*, (2003) data analysis and declaration (California)

*U.S. v. Alamosa County,* (2002), expert witness (Colorado)

*Cano v. Davis,* (2002), election data consultant, (California)

*U.S. v. City of Lawrence*, (2000), expert witness (Massachusetts)

*U.S. v. City of Santa Paula*, (2000) voting rights litigation (California)

*U.S. v. Upper San Gabriel Valley Municipal Water District,* (2000) voting rights litigation (California)

*U.S. v. Passaic* (2000) voting rights litigation (New Jersey)

*U.S. v. City of Lawrence*, (1999) voting rights litigation (Massachusetts)

*Bonilla v. Chicago City Council* (1992-1998), expert witness (Illinois)

*Ruiz v. City of Santa Maria*, (1992-1998), expert witness (California)

*Garza v. County of Los Angeles*, (1988-90), Constructed databases and designed remedial plans for Los Angeles County Supervisorial Districts