# Exhibit B

The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SUSAN SOTO PALMER, et. al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>STEVEN HOBBS, et. al.,<br><br>*Defendants*,<br>and<br><br>JOSE TREVINO, ISMAEL CAMPOS, and ALEX YBARRA,<br><br>*Intervenor-Defendants*. | Case No.: 3:22-cv-05035-RSL<br><br>Judge: Robert S. Lasnik<br><br>**AFFIDAVIT OF DAVID ELY REGARDING SPECIAL MASTER CANDIDACY** |

Under Federal Rule of Civil Procedure 53(b) and this Court's Order (Dkt. 230), I declare the following:

I have familiarized myself with the identity of the parties in this case and with the Court's order for the parties to identify special master candidates. I can attest and affirm that I know of no grounds for disqualification under 28 U.S.C. § 455 that would prevent me from serving as Special Master in the above-captioned matter.

I am interested in serving as Special Master to assist the Court in the assessment of proposed remedial plans and to make modifications to those plans as necessary. I have the

1

capability and availability to serve as Special Master based on my understanding of the requirements of doing so.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on December 1, 2023.

_____
David Ely