# Exhibit C

**Curriculum Vitae**
**Karin Mac Donald**

**Q2 Data & Research, LLC**                                **UC Office**
1225 Peralta Street                                        University of California,
Oakland, CA 94607                                          School of Law
510.367.7527                                               Berkeley, CA 94720-7200


**Education**

University of California, Berkeley, Department of Political Science, Ph.D. program 1997-1999
University of California, Berkeley, M.A. Political Science, 1998
(Thesis: A Case for Public Participation; Oakland: Communities define their Interests)
University of California, Berkeley, B.A., 1995


        **Professional Experience Summary**

| | |
|---|---|
| 2012 - 2020 | Election Administration Expert - University of California Election Observation and Technical Assistance Group; International Observer of Constitutional Referendum (Republic of Arsakh 2017); Team Leader of International Election Observer Group from 4 countries in Nagorno Karabakh (2015 Parliamentary Elections); Team Leader of California Election Observation Group in Nagorno Karabakh (2012 Presidential Election) |
| 2010 - 2012 | Director, Redistricting Group at Berkeley Law; design and implementation of outreach strategies to the public; establishment of redistricting assistance sites in 6 California jurisdictions 2010/2011; development of redistricting trainings and materials; design and teaching of workshops on data, criteria and voting rights for experts, journalists, advocates and the general public |
| 2007 | International Observer/Election Administration Expert in State Election of Baja, Mexico |
| 2006 - | Manager/Senior Researcher and Principal Consultant, Q$^2$ Data & Research LLC; specializing in Redistricting, Voting Rights, Election Administration, Implementation and Public Administration/Public Policy, Election and Census Data Research; Various California Voting Rights Act conversions from At-large to By-district election systems;  Districtings and Redistrictings of Special Districts, including Transportation, Fire, Sanitation, Park, Hospital, Irrigation and School Districts (2008-ongoing); Principal Consultant to CA Citizen Redistricting Commission (2011/2021) and other local Commissions;  Various Voting Rights Act research projects, California Voting Rights Act vulnerability studies and Racially Polarized Voting Analyses for Civil Rights groups and local jurisdictions (2008 – ongoing); Contracts with California Association of Clerks and Election Officials to design data collection instruments and interfaces; Study of election costs; Implementation Study of Vote Centers. |

| | |
|---|---|
| 2005 - | Director - Election Administration Research Center, University of California, Berkeley; Research Director - Evaluation of Poll Worker Training in California - Grant awarded 1/2005; Contracts with California Secretary of State's office to study poll workers throughout the State of California (2006 and 2007); Online Voter Registration Study in Washington and Arizona funded by Pew Center on the States (2008-2010); Study of all mail-ballot elections in Yolo County (2013); Statewide study of Access to electoral system by residents of Long Term Care facilities in California (2013) |
| 2000 – 2005 | Owner - Karin Mac Donald – Data Consulting; various contracts in the areas of Redistricting (San Diego, San Francisco, Special districts), Public Opinion Research, Public Administration, Public Policy, Implementation, Election Administration, Election and Census data analysis, etc |
| 1994 - | Director - Statewide Database (Redistricting Database for California), University of California, Berkeley (funded annually through the California State Budget); Various research grants from Pew Charitable Trusts, The James Irvine Foundation, The JEHT foundation, etc. to study implementation of redistricting criteria and processes, and build longitudinal datasets that allow for pre/post redistricting analysis on the same unit of analysis. Construction of geographic datasets. California State Lead for Phase I of the Census Redistricting Data Program (delineation of block boundaries) in 1998, 2008 and 2016/2017. Liaison for the State of California to the Census Redistricting and Voting Rights Data office, 2008 - ongoing. |
| 1995 | Research Associate, UCDATA, Survey Research Center, UC Berkeley - California Work Pays Demonstration Project |
| 1994 | Research Assistant, UCDATA, Survey Research Center, UC Berkeley, Assistance Payments Demonstration Project |

**Awards**

Co-recipient of the *Raymond Vernon Prize*, acknowledging outstanding contributions to the study and practice of policy analysis and public management, awarded annually by the American Association for Public Administration and Management, with Bonnie E. Glaser and Marcia Meyers, 1998

**Recent Selected Census, Redistricting, Voting Rights Projects and Elections, Studies, Lectures, Talks and Trainings (UC Berkeley)**

| | |
|---|---|
| 4/2023 | Faculty; Rethinking Communities of Interest Mapping Summit; NAACP LDF, New Orleans, LA |
| 2021 | Implement Inmate Data Reallocation; Adjust Decennial Census Data for the State of California |
| 2021 | Revise research methodology to identify precincts statewide for language assistance requirements for Limited English Proficiency voters to adapt to new census privacy constraints: for CA Secretary of State |
| 1/2021 | Training: Census Data, Mapping Technology and Tools; at California Local Redistricting Training for City and County Officials |
| 1/2021 | Lecture: The Census and your Dataset; at National Conference of State Legislatures "Making the Maps" Seminar |

| | |
|---|---|
| 12/2020 | Talk: Anticipating the 2020 Census Data – A User Perspective; at National Conference of State Legislatures Census Data Updates Meeting |
| 9/2020 | Training: Redistricting Data and the Process of Map-Drawing; California Citizens Redistricting Commission hearing |
| 8/2020 | Training: Citizen Voting Age Population Data and Voting Rights Act Compliance; with Angelo Ancheta; California Citizens Redistricting Commission hearing |
| 2019 – 2022 | Design and direct Redistricting Access Sites throughout the State of CA (technical sites to provide in-person assistance and access to data and software. |
| 2019 - 2020 | Design and direct Census Access Points, UC Berkeley (set up staffed terminals in libraries and meeting areas on campus to increase student participation in 2020 Census) |
| 11/2019 | Presentations: Redistricting in CA and Statewide Database Methodology; at Tufts-MIT Fall Workshop on Census and Electoral Geospatial Data, Cambridge, MA |
| 10/2019 | Training: Preparing your Redistricting Database; with Mike Vatter; National Conference of State Legislatures Meeting, Columbus, OH |
| 8/2019 | Training: Redistricting Data & Processes to Aid the Evaluation of Applicants; California Citizens Redistricting Commission Applicant Review Panel |
| Fall 2019 | Develop and Co-teach (with Jaime Clark) Graduate level course on Redistricting and Voting Rights at Mills College |
| 7/2019 | Presentations: Metric Geometry and Gerrymandering Group at Tufts University, Summer Redistricting and Voting Rights Institute |
| 4/2019 | Presentation: Reallocation of Inmate Data for Census 2020; California Citizens Redistricting Commission hearing |
| 2018 – 2019 | Direct the Census Bureau's School District Review Program for the State of California |
| 2018 – 2021 | Lead the design and implementation of online and desktop redistricting software products to allow Californians to participate in the redistricting process |
| 2018 - 2021 | Lead the design and implementation of the first in the nation online tool to collect data on Communities of Interest.  DrawmyCAcommunity is available in 18 languages. |
| 12/2018 | Design and Teach Certification Course: Census and Re/districting – An Overview of Criteria, Data & Processes; for California Association of Clerks and Elections Officials |
| 3/2018 | Presentation: Metric Geometry and Gerrymandering Group Conference, San Francisco; Redistricting and Voting Rights Implementation (with Denise Hulett) |
| 2017 | Design new research methodology (Special ACS Tabulation from Census Bureau) to identify precincts statewide for language assistance requirements for Limited English Proficiency voters; for CA Secretary of State. |
| 2016 - | Design and implement Incarcerated Person Data reallocation project for census 2020 redistricting database; consult on technical clean-up bill; provide expert testimony before legislative committees on Assembly Bill 2172 (Weber) |
| 2016 - 2017 | Direct the Census Bureau's Block Boundary Suggestion Project for Census 2020 for the State of California; Coordinating outreach programs to local jurisdictions and assisting with geographic updates. |
| 2013 | Qualitative and quantitative studies of Mail Ballot Elections in Yolo County, CA (under CA Elections Code 4001 et al) |
| 2013/2018 | Design and implementation of statewide analysis of precincts with Limited English Proficiency voters (CA Elections Code 14201; for CA Secretary of State; similar analyses conducted in previous years) |

| | |
|---|---|
| 02/2013 | Guest Lecturer, Hastings College of the Law (Redistricting, Voting Rights Act and conducting Racially Polarized Voting Analyses) |
| 05/2012 | Speaker, California Studies Conference, Oakland, CA (Redistricting California: From the inside looking out) |
| 03/2011 | Designed and taught training on census data and redistricting for California Elections officials (CACEO) |
| 02/2011 | Speaker, Redistricting California Collaborative; San Francisco, CA (public participation in redistricting) |
| 02/2011 | Speaker at Redistricting Seminar for National Conference of State Legislatures, Washington DC (public participation, data and public input databases) |
| 01/2011 | Speaker/Trainer; Redistricting California Conference; Los Angeles, CA (redistricting data and how to participate) |
| 2010 -2012 | Lecturer, Speaker, Participant at multiple national voting rights act and redistricting seminars and convenings, including for the National Association of Latino Elected and Appointed Officials, the Chief Justice Earl Warren Institute on Race, Ethnicity and Diversity, and the Mexican American Legal Defense and Educational Fund |
| 2010 -2011 | Conceived, designed project, wrote grant, received funding (The James Irvine Foundation) and implemented statewide redistricting assistance sites that allowed the public access to software, technical assistance and infrastructure to participate in the California statewide redistricting process |
| 2010 -2011 | Taught dozens of seminars throughout California on Redistricting (Data, Criteria, VRA) and how to participate; and on the implementation of Prop 11 |
| 2010 | Designed and taught multiple trainings for California Bureau of State Audits, on general redistricting data, and criteria; Trained Applicant Review Panel members on skills Commissioners need for Redistricting Commission (CRC); Trainings on California geographic, racial and ethnic diversity |
| 06/2010 | Faculty: Community Census and Redistricting Institute; Expert Preparation Program; Southern Coalition for Social Justice; Duke University |
| 04/2010 | Guest lecturer, University of California, School of Law; (Data use in Redistricting Litigation) |
| 11/2009 | Guest lecturer, Séminaire Frontières des villes, Paris 8 University, France (Implementation of California Proposition 11) |
| 06/2009 | Faculty at Redistricting Seminar for National Conference of State Legislatures San Francisco (Implementation of Redistricting) |
| 08/2009 | Guest lecturer; University of California, Berkeley, School of Law; Voting Rights Seminar (Implementation of Voting Rights Act Section 2) |

**Selected Consulting Projects with Q2 Data & Research, LLC**

| | |
|---|---|
| 2023 | Consultant to Asian Americans Advancing Justice/Asian Law Caucus and CA Common Cause to research alternate datasources and methodologies to identify small Limited English Proficient population groups |
| 2022 | Napa Valley Unified School District; Research technical specs and requirements and assist in the Implementation of School Facility Improvement District |

| | |
|---|---|
| 2021 –2022 | Principal redistricting consultant to various jurisdictions including<br>Cities: City of Antioch; City of Oceanside; City of San Juan Capistrano; City of Murrieta; City of Oroville; City of Oakley; City of Escondido (Independent Redistricting Commission)<br>Special and School Districts: Napa Valley Unified School District; Novato Sanitary District; Novato Fire District; Delta College District; Eden Health District; Turlock Irrigation District;<br>Counties: County of Alameda; County of Stanislaus (only provided data and process trainings and support to Advisory Commission and staff); City and County of San Francisco (Redistricting Task Force) |
| 2021 –2022 | California Citizens Redistricting Commission (CRC) - Principal Consultant; construction of Assembly, Senate and Congressional Districts for the State of California; Responsible for all technical aspects of state redistricting; |
| 2021 – 2022 | Eden Health District; Districting of the Board of Directors Areas |
| 2020 | San Joaquin Delta College District; Districting of Board of Trustee Areas |
| 2020 | Napa Valley Unified School District; Redistricting of Board of Trustee Areas |
| 2020 | City of Oroville; Districting Consultant; Creation of first City Council districts |
| 2019 | Novato Sanitary District; Districting Consultant; Creation of first Election Divisions for Board of Directors |
| 2019 | Town of Windsor; Districting Consultant; Creation of first City Council districts |
| 2018 | City of Antioch; Districting Consultant; Creation of first City Council districts |
| 2017 | City of Oceanside; Districting Consultant; Creation of first City Council districts |
| 2016 - 2018 | Quantitative Election Cost study for 58 counties; Fiscal workshops; Consultant to the California Association of Clerks and Election Officials (CACEO) |
| 2016 | County of San Mateo; Study of the all-mail-ballot Election of 2016 (CA Elections Code Section 4001 et al) |
| 2016 | City of San Juan Capistrano; Districting consultant; Creation of first City Council districts |
| 2014 - 2016 | Qualitative and quantitative multi-year study of various elections topics with the California Association of Clerks and Election Officials (CACEO) |
| 2015 | City of Chula Vista; Consultant to the Districting Commission; Creation of first City Council districts |
| 2014 | The Women's Foundation of California; project to analyze and map poverty data for single-woman headed households for legislative districts |
| 2013 | City of Escondido; Consultant to the Independent Districting Commission; Creation of first City Council districts |
| 2012 - | Multiple local jurisdictions (CA): Conduct Racially Polarized Voting Analyses; Vulnerability Studies under the California Voting Rights Act (CVRA) |
| 2012 | City and County of San Francisco; Consultant to the Election Task Force for Redistricting to redraw the Supervisorial Districts |
| 2011 - 2012 | Gibson, Dunn & Crutcher, LLP; Redistricting Expert/Litigation Support Consultant to defend California Senate and Congressional Districts |
| 2011 | County of Stanislaus; Consultant to the Ad-Hoc Citizens Advisory Redistricting Commission; designed outreach strategy, educational materials for public participation and Community of Interest input approach. Conducted Community and Commission Trainings. |
| 2011 -2012 | California Citizens Redistricting Commission (CRC) - Principal Consultant; construction of Assembly, Senate and Congressional Districts for the State of California; Responsible for all technical aspects of state redistricting; also designed statewide outreach and public participation strategy for the CRC; developed outreach materials; designed public input database. |

| | |
|---|---|
| 2010 | California Bureau of State Audits; Designed and taught redistricting and data trainings for the initial 8 Commissioners; |
| 2009 – 2011 | California Bureau of State Audits; Consultant; trained Auditor Staff charged with developing regulations and implementing new redistricting initiative, assisted with outreach including co-hosting blogger web meeting with State Auditor |
| 2008 - | Various California and Federal Voting Rights Act - racially polarized voting analyses for Lawyers' Committee of Civil Rights under Law, Mexican American Legal Defense and Educational Fund, Hanson Bridgett, LLP; Local jurisdictions |
| 2004-2006 | United States Election Assistance Commission, Consultant in study of the implementation of the electronic transmission of voting materials, and voters covered by the Uniformed and Overseas Citizens Absentee Voting Act; including qualitative study of administrative procedures in 4 states; quantitative analysis of voter experiences, sample and large N survey design and implementation. |
| 2004-2008 | Consultant to The Election Center; Development and teaching of redistricting and voting rights course for Professional Certification Curriculum of California's Clerks and Registrars of Voters. |
| 2002 | City and County of San Francisco, Consultant to the Election Task Force for Redistricting to redraw the Supervisorial Districts |
| 2001 | Alameda-Contra Costa Transit District; Sub-Contractor/Redistricting Consultant to the Board of Directors to redraw the Ward Boundaries |
| 2001 | Peralta Community College District; Sub-Contractor/Redistricting Consultant to the District to redraw Community College Board of Trustee Areas |
| 2001 | City of San Diego; Consultant to the Redistricting Commission to redraw City Council Boundaries |
| 2000 | City of Modesto; Consultant to the Mayor's Ad-Hoc Committee on Term Limits and District Elections; Re-Design of a district-based Election System for the City of Modesto |
| 1999/2000 | City of Oakland, Analysis of 1990 Census Undercount by Census Block; Census Steering Committee |
| 1999 | Los Angeles Times; Creation of merged marketing and electoral database |
| 1999 | The San Francisco Examiner; Local Election Analysis |
| 1998/99 | City of Los Angeles, Establishment of a Department of Neighborhoods; Definition and Boundary Methodology of Neighborhoods for Formation of Councils |
| 1998 | Asian Pacific American Legal Foundation, Los Angeles; Survey and Exit Poll Design |
| 1998 | The Sacramento Bee; California Statewide Demographic Trend and Election Analysis |
| 1997 | National Coalition for Immigrant Rights; Naturalization and Registration Database Design and Implementation |
| 1996 | The Feminist Majority; Voter Registration and Demographic Analysis |
| 1996 | State of California, Office of the Legislative Analyst, Implementation of Public Policy through Department of Social Services |

**Selected Professional Activities/Memberships**

| | |
|---|---|
| 2020-2022 | Member, Advisory Data Council, Redistricting Data Hub |
| 2019-2022 | Member, Stakeholder Group, Redistricting Data Hub |
| 2019 - | Member, Census Quality Reinforcement (CQR) Task Force |

| | |
|---|---|
| 2018 | Expert Witness – California Legislature; Hearings on AB2172 (Weber); (Inmate Reallocation/Census Adjustment) |
| 2018- | Member, National Conference of State Legislatures Elections and Redistricting Standing Committee; Policy Working Group |
| 2017- | Member, National Conference of State Legislatures Elections and Redistricting Standing Committee |
| 2013-2016 | Task Force on Redistricting and Elections; National Conference of State Legislatures |
| 2008- | California State Liaison to the Bureau of the Census Voting Rights and Redistricting Data Program |
| 2008-2012 | California Secretary of State (Bowen), Help America Vote Act Implementation Advisory Committee |
| 2007-2012 | California Secretary of State (Bowen), VoteCal Advisory Committee |
| 1998-2012 | National Conference of State Legislatures (NCSL), Redistricting Taskforce |
| 2005/2006 | California Secretary of State (McPherson), Statewide Voter Registration Database Advisory Committee |
| 2006 | Expert Witness – California State Senate; Committee on Elections, Reapportionment and Constitutional Amendments |
| 2005 | Expert Witness – California State Assembly; Committee on Elections, Redistricting and Constitutional Amendments |
| 2000/2001 | Information Facilitator Working Group, Global Disaster Information Network |
| 2000 | Global Disaster Information Network, GDIN, U.S. Delegation to Turkey |
| 2000 | Latino Steering Committee, Census 2000, City of Oakland |
| 2000 | African American Steering Committee, Census 2000, City of Oakland |
| 1999/2000 | Census Complete Count Committees, Alameda County and Oakland |
| 1998 | California State Implementation Coordinator for Census 2000 Phase II |
| 1998 - 2006 | Bay Area Automated Mapping Association |
| 1996 - 2004 | American Political Science Association |
| 1998 - 2000 | American Association of Public Administration and Management |

**Academic Publications**

"Making Maps: A Practitioner's Perspective," with Megan Gall and Fred McBride
    In *Political Geometry*, Moon Duchin, Ari Nieh, Olivia Walsh, Editors;
    Basel, 4/2022

"Redistricting Commissions" in *Redistricting Law 2020*; National Conference of State
    Legislatures, November, 2019

"Community of Interest Methodology and Public Testimony," (with Bruce Cain)
    UC Irvine Law Review, Volume 3, August 2013.

"Adventures in Redistricting – A Look at the California Redistricting Commission,"
    Election Law Journal – Special Redistricting Volume, January 2013.

'Implementation of Proposition 11, Part One: Setting the Rules, Soliciting Applications, and
    Forming a Commission,' (with Bruce E. Cain and Bonnie E. Glaser) California Journal of
    Politics and Policy, 2013.

"Election Results," *Data for Democracy – Improving Elections through Metrics and Measurement,* The Pew Center on The States, Make Voting Work, December 2008

"Administering the Overseas Vote," (with Bruce E. Cain and Michael Murakami), *Public Administration Review*, Volume 68, Issue 5, September/October 2008

"Sorting or Self-Sorting: Competition and Redistricting in California?" (with Bruce E. Cain and Iris Hui), *The New Political Geography of California*, Frederick Douzet, Thad Kousser and Kenneth Miller, eds., Berkeley: Public Policy Press, 2008.

"Voting from Abroad: A Survey of UOCAVA Voters," (with Bruce E. Cain and Bonnie E. Glaser), United States Election Assistance commission, http://www.eac.gov, March 2008

"UOCAVA Voters and the Electronic Transmission of Voting Materials in Four States" (with Bonnie E. Glaser), United States Election Assistance Commission, http://www.eac.gov, October 2007

"The Implications of Nesting in California Redistricting" (with Bruce E. Cain), University of California, Berkeley, Institute of Governmental Studies, August 2007

"Explaining Voting System Performance: Do Technology, Training, and Poll Worker Characteristics Matter?" (with Bonnie E. Glaser, Iris Hui, and Bruce Cain), prepared for presentation at the 2007 Annual Meeting of the American Political Science Association, August 2007

"The Attraction of Working from 6 am to 9:30 pm for a Fraction of Minimum Wage: Poll Workers and Their Motivation to Serve," (with Bonnie E. Glaser), prepared for presentation at the 2007 Annual Meeting of the Midwest Political Science Association, April 2007

"From Locomotive to Bullet Train: Street-Level Implementation of E-Voting," (with Bonnie E. Glaser) prepared for presentation at the 2007 Annual Meeting of the Midwest Political Science Association, April 2007

"Voting Rights Act Reinforcement: Navigating Between High and Low Expectations," (with Bruce E. Cain), in *The Future of the Voting Rights Act*, David Epstein et al, editors, New York: Russell Sage, 2006.

"Transparency and Redistricting," (with Bruce E. Cain), University of California, Berkeley, Institute of Governmental Studies, http://igs.berkeley.edu/redistricting_research; November 2006

"Competition and Redistricting in California: Lessons for Reform," (with Bruce E. Cain and Iris Hui), University of California, Berkeley, Institute of Governmental Studies, http://igs.berkeley.edu/redistricting_research; February 2006

"From Equality to Fairness: The Path of Political Reform since Baker v Carr" (with Bruce E. Cain and Michael P. McDonald), in *Party Lines: Competition, Partisanship and Congressional Redistricting*, Bruce E. Cain, Thomas Mann, eds., Washington, DC, Brookings Institution, 2005.

"Pushbutton Gerrymanders? Have Computers changed Redistricting?" (with Micah Altman and Michael P. McDonald), in *Party Lines: Competition, Partisanship and Congressional Redistricting*, Bruce E. Cain, Thomas Mann, eds., Washington, DC, Brookings Institution, 2005.

"From Crayons to Computers: The Evolution of Computer Use in Redistricting" (with Micah Altman and Michael P. McDonald) *Social Science Computer Review 23(3)*, 2005

"California: Low-Tech Solutions Meet High-Tech Possibilities," (with Bruce E. Cain) in *Election Reform,* Daniel J. Palazzolo and James W. Ceaser, eds., Lanham: Lexington Books, 2005

"Rethinking Communities of Interest" in *Public Affairs Report*, University of California, Berkeley, Vol. 42, No. 3, Fall 2001

"Census 2000 - this is your future" (with Bruce E. Cain) in *California County, Journal of the California State Association of Counties*, May/June 2000, Vol. 16, No. 3.

"Affirmative Action as a Wedge Issue: Prop 209 and the 1996 Presidential Election" (with Bruce Cain; UC Los Angeles Civil Rights Project, 1998.

"Nativism, Partisanship and Immigration; An Analysis of Prop. 187" (with Bruce Cain), in *Racial and Ethnic Politics in California*, Vol. II, Michael Preston, Bruce Cain, and Sandra Bass, Eds. Berkeley: IGS Press, 1998.

"Race and Party Politics in the 1996 US Presidential Election" (with Bruce Cain), in *Racial and Ethnic Politics in California*, Vol. II, Michael Preston, Bruce Cain, and Sandra Bass, Eds. Berkeley: IGS Press, 1998.

"On the Front Lines of Service Delivery: Are Workers Implementing Policy Reforms?" (With Marcia Meyers and Bonnie Glaser), *Journal of Policy Analysis and Management*, Vol. 17, No. 1, Winter 1998.

"La question raciale et la politique des partis aux elections presidentielles de 1996" (with Bruce E. Cain), in *Herodote (Journal of Geo-Politics)*, Paris, France: La Decouverte, Spring 1997.

"Institutional Paradoxes: Why Welfare Workers Can't Reform Welfare" (with Marcia K. Meyers, Bonnie Glaser, and Nara Dillon), February 1996 - Working Paper #7, UCDATA, Survey Research Center, University of California, Berkeley.

"Beyond Quantitative Research: Exploring the Reality of Welfare Policy," (with Bonnie E.Glaser) prepared for presentation at the Annual Meeting of the National Association of Welfare Research and Statistics, July 1996.

"Discretion, Devolution and Equity: Public Bureaucracies and Community Based Organizations in the Implementation of Welfare Reform," (with Bonnie E. Glaser and Marcia Meyers) prepared for presentation at the 1996 Annual Meeting of the American Political Science Association, 1996.

**Professional Publications**

"Providing Election Services to People in Residential Care Facilities in California; Case Studies and a Pilot Project," (with Arshia Singh) The Information Technology and Innovation Foundation; Accessible Voting Technology Initiative; Working Paper; December 2013

"Study of the March 5, 2013, All Mail Elections in Yolo County," (with Ken McCue) Report for Yolo County and the California Legislature; December 2013

"Implementation of Proposition 11, Soliciting Applicants: The trials and tribulations of a unique outreach campaign," (with Bonnie E. Glaser) in draft September 2010.

"Implementation of Proposition 11, Step One: Sorting out the rules, regulations, and logistics of forming a commission," (with Bonnie E. Glaser), February 2010.

"Part II: Online Voter Registration Implementation Study," in Online Voter Registration (OLVR) Systems in Arizona and Washington: Evaluating Usage, Public Confidence And Implementation Processes, (with Bonnie E. Glaser) Pew Center on the States, April 1, 2010

"Survey of Poll Workers in California – General Election November 7, 2006 Report for *Contra Costa County," (with Bonnie E. Glaser), May 1, 2007  [*equivalent report prepared for eight California Counties]

"Voices from the Polling Place," recommendations prepared for the California Secretary of State's Office, (with Bonnie E. Glaser), April 1, 2007

"The Why, How, What and When of Precinct Boards: Reactions from the Front Lines; A Survey of California Poll Workers in the Primary Election of 2006; Report for *Alameda County," (with Bonnie E. Glaser), September 1, 2006 [*equivalent report prepared for twenty-four California Counties]

"The Why, How, What and When of Precinct Boards: Reactions from the Front Lines; A Survey of California Poll Workers in the Primary Election of 2006," prepared for the Annual Conference of California Association of Clerks and Election Officials (CACEO), (with Bonnie E. Glaser), July 25, 2006

"Report to the Ad Hoc Committee on District Elections and Term Limits," City of Modesto, Evaluation of Voter Participation and Overview of Possible Changes to the Election System to Increase Participation, (with Bruce E. Cain), 2000

"California Work Pays Demonstration Project, A Process Evaluation Phase IV: 1996" (with Barbara West Snow, Bonnie Glaser, and Christopher Jewell), UCDATA, Survey Research Center, 1997

"California Work Pays Demonstration Project, A Process Evaluation Phase III: 1995" (with Barbara West Snow, Bonnie Glaser, and Christopher Jewell), UCDATA, Survey Research Center, 1997.

"California Work Pays Demonstration Project Process Evaluation: Communication of Work Incentives," (with Bonnie E. Glaser) UC DATA Report, 1994.

**Selected Academic Papers/Invited Talks**

"A New Era or 1981 Revisited? California's Redistricting in 2001" presented at Lanier Public Policy Conference, University of Texas, Houston; December 2000

"Preparing for Redistricting in 2001 - Communities define their Interests" presented at American Political Science Association, Annual Meeting, Boston, 1998

"Wedge Issues and Polarization" 1997, presented at the Latino Civil Rights Crisis Research Conference of the Civil Rights Project, Harvard University; Brookings Institution, Washington D.C. 1997

"Race, Ethnicity, And Affirmative Action: The Impact of Proposition 209 on Presidential Voting" (with Bruce E. Cain and Kenneth McCue), [S.l.: s.n., 1997].

"Discretion, Devolution and Equity: Public Bureaucracies and Community Based Organizations in the Implementation of Welfare Reform" (with Marcia Meyers and Bonnie Glaser) 1996; presented at American Political Science Association Annual Meeting, San Francisco, August 1996

"Immigration, Social Cost and Fairness: The Determinants of California's Prop. 187" (with Bruce Cain and Ken McCue) 1996, presented at American Political Science Association Annual Meeting, San Francisco, 1996

"Bridging the Borders of Research; Qualitative Methodology in a Quantitative Environment" (with Bonnie Glaser) 1996; presented at National Association of Welfare Research and Statistics, Annual Conference, San Francisco, June 1996

"The Effect of Immigration on the Vote for Proposition 187" (with Bruce Cain) Quantitative Statistical Seminar Series, UC Berkeley, 1995

"Why Welfare Workers Can't Reform Welfare" (with Marcia K. Meyers, Bonnie Glaser, and Nara Dillon) 1995; presented at American Political Science Association Annual Meeting 1995