# Exhibit D

Karin Mac Donald
Director, Statewide Database
University of California
M126 Berkeley Law
Berkeley, CA 94720-7200


Principal Consultant
Q2 Data & Research, LLC
1225 Peralta St.
Oakland, CA 94607                                                                                          November 29, 2023



Re: Statement of Interest to be considered as Special Master to the Court


Dear Judge Lasnik;

I am writing to declare my interest to serve as special master to the court in Soto Palmer v. Hobbs, to assist the court in evaluating remedial redistricting plans.

My expertise includes all facets of redistricting, including the assessment and implementation of districts that comply with the Federal Voting Rights Act (FVRA).

I've worked in the redistricting space from three different perspectives. One, as director of the redistricting database for the State of California, I became an expert on the data that are necessary to construct districts.  Two, as a technical consultant, I gained applied knowledge on using these and other necessary data, to construct and evaluate districts. And three, as a political scientist at UC Berkeley, I have conducted academic studies and authored multiple papers on redistricting.

At the Statewide Database (SWDB), I have more than 28 years of experience in overseeing the building of a public and transparent redistricting database which allows for state and local districts to be constructed using the smallest geographic units, census blocks. The SWDB utilizes census data and geography and merges those with voter registration data, election returns and geography.  California law requires the use of the resulting longitudinal dataset for construction of all statewide and most local districts.  These data are used for voting rights assessments and compliance under the FVRA, as well as the implementation of by-district election systems under the California Voting Rights Act.

As a redistricting consultant to a variety of jurisdictions, I have gained hands-on experience in building electoral districts that comply with all criteria.  I've served as the principal technical consultant for jurisdictions as large as the State of California (Independent Redistricting Commissions of 2011 and 2021) and as small as a city with a total population of fewer than 35,000.  California is a highly diverse state that was partially covered under Section 5 of the FVRA when it was still in effect and continues to have complicated FVRA challenges and opportunities.  In virtually every districting and redistricting in

1

California, areas are assessed under the FVRA and frequently Section 2 compliant districts must be drawn. Often, there are data challenges and methodological choices must be made to ensure that the best possible approaches are employed to assess the potential districts.  I have over 23 years of experience with the FVRA, including evaluating racially polarized voting analyses, collecting data to assess Senate factors, and implementing districts.

California's approach to redistricting encourages public participation and submissions of maps covering partial and entire jurisdictions are very common. As a redistricting consultant, I have evaluated hundreds of submissions to assess their adherence to the redistricting criteria, and on whether or how they can be implemented into existing plans.

Finally, I have conducted independent studies on redistricting ranging from criteria interactions (what does 'competition' as a criterion do to a potential FVRA seat?) to how members of the public define communities of interest. I've authored and co-authored academic articles on redistricting, and I frequently teach about criteria, methods and data issues.

My professional life, as Director of the Statewide Database, as an academic and a consultant, has been defined by a mission to be of service to the public.  I am strictly non-partisan and have been able to successfully work with people from all backgrounds.  If my expertise can be of assistance for this project then I would be happy to work with you.  I appreciate your consideration.

Best regards,

Karin Mac Donald