# Exhibit F

 **National Demographics Corporation**

November 30, 2023

Dear Judge Lasnik,

I am writing to share my interest and availability to serve as a redistricting special master for the Court in the matter of *Soto Palmer v. Hobbs.* I believe I (and my team) offer the court a unique level of service:

- A Ph.D. in Political Science, I wrote my dissertation on the promises and challenges facing independent redistricting commissions, including a case study approach to the early city and state independent redistricting commissions and their struggles to resist partisan efforts to undermine their independence.
- As an academic researcher, my writings and insights are widely quoted in papers, newspapers, and television coverage of districting and redistricting.
- As President of one of, if not the most, prolific redistricting demographic firms in the country I have personally drawn or supervised districting and redistricting plans in over 500 projects at all levels of government from statewide independent redistricting commissions (Arizona in 2001 and 2021) to counties, cities, large and small school districts, and a wide variety of special districts ranging from fire protection districts to airport districts to health care districts.
- In *Covington vs North Carolina*, US Fourth District Court Judge James A Wynn said about me, "Here's a great expert. . . . today you bring him in for what sounds like good information, very smart man up here," – despite ruling against the side that brought me in as an expert.

My firm pioneered tools for public participation in redistricting way back in 1990, and we have constantly updated and innovated both the tools themselves and the efficient means of presenting and evaluating public map submissions. We regularly receive dozens of public map submissions even in small and medium-size city districting and redistricting projects, and our goal in every project is to generate sufficient public engagement, education and empowerment that jurisdictions adopt a resident-drawn map.

At NDC, we view our role as the experts in the data, process, criteria and tools of redistricting, but our role is to empower local decision-making in each client jurisdiction, not to dictate what the "best" map should be in our outside opinion. We are there to implement local rules and decision-making, and to identify and respect local communities, not to dictate to those who know the local communities best.

The California Voting Rights Act of 2001 led to an increase in the number of California cities using by-district City Council elections from 29 cities in 2002 to 230 today. Over 85% of those transitioning cities hired my firm, NDC, as their districting demographer due to our experience, how we provide and using an unprecedented amount of socio-economic data in every project (far beyond the simple ethnic, racial and voting data the overwhelming majority of redistricting demographers use), and for our non-partisan focus on employing our skills, experience and tools to provide the map the local laws and communities consider best, not what our personal preferences might predetermine as best.

More details are in the attached resume. If selected, I would be aided by NDC Vice-President Dr. Justin Levitt. He is a 20-year veteran of redistricting and has considerable knowledge of Washington State communities and demographics to assist me with this project, as he grew up in the Seattle area.

Thank you for your consideration,

Douglas Johnson, President