UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUSAN SOTO PALMER, *et al.*,

        Plaintiffs,

   v.

STEVEN HOBBS, *et al.*,

        Defendants,

      and

JOSE TREVINO, *et al.*,

        Intervenor-Defendants.

CASE NO. 3:22-cv-05035-RSL

ORDER REGARDING RETENTION OF KARIN MAC DONALD

This matter comes before the Court on the "Parties' Joint Submission of Proposed Special Master Candidates." Dkt. # 244. The parties have been unable to reach an agreement on a remedial legislative district map proposal, and the Court finds that the assistance of an election administration and redistricting expert in assessing proposed remedial plans and making modifications to those plans will be helpful. The Court further finds that Karin Mac Donald, with her background in assisting government entities and independent commissions with redistricting matters, her emphasis on public service, and her commitment to non-partisanship, is the best candidate for this position.

The Court has confirmed Ms. Mac Donald's ability and willingness to assist in this litigation and will send her the constitutional and statutory provisions regarding redistricting considerations in Washington State, the testimony and reports of the experts who appeared at trial, the Memorandum of Decision, the Order establishing the schedule for the parties' submissions of proposed remedial plans, plaintiff's December 1, 2023, filing, a copy of this Order, and any other materials she may need from the docket. Plaintiffs are directed to send Ms. Mac Donald the block assignment and geojson files used to view their proposed remedial maps (as emailed to the Court on December 1, 2023), along with the Dropbox link where the html files can be downloaded and viewed in a browser window. Ms. Mac Donald's preferred email address is karinmacdonald.q2@gmail.com. All subsequent submissions in opposition to or support of plaintiffs' proposed remedial plans shall be sent directly to Ms. Mac Donald on or before the date they are filed with the Court.

      Ms. Mac Donald is hereby retained to assist the Court in evaluating the remedial maps proposed by the parties. As is her normal procedure, she will be working with two other individuals on this matter. The goal of the remedial mapping process is to provide equal electoral opportunities for both white and Latino voters in the Yakima Valley region, keeping in mind the social, economic, and historical conditions discussed in the Memorandum of Decision and traditional redistricting principles, such as population equality, compactness, contiguity, respect for political subdivisions, and preservation of communities of interest. If modifications to the proposed maps are necessary in order to

meet that goal, Ms. Mac Donald shall further assist in suggesting options and making the modifications.

In light of the limited time between the submission of the reply memoranda and the deadline for transmitting the revised maps to the Secretary of State, the Court anticipates a collaborative process between itself and Ms. Mac Donald. No formal report will be generated. The Court will, however, schedule a hearing in the beginning of March to discuss the Court's preferred remedial option and will make clear in its decision the extent to which Ms. Mac Donald's input and analysis impacted the choice of remedy.

Because redistricting is the State's responsibility, the State of Washington shall pay the hourly rates of Ms. Mac Donald and her two collaborators for their services in this matter. Ms. Mac Donald's hourly rate is $275. The State's attorney is directed to contact her regarding the details of billing and payment.

Dated this 20th day of December, 2023.

Robert S. Lasnik
United States District Judge