UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 21 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SUSAN SOTO PALMER; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> STEVEN HOBBS, in his official capacity as Secretary of State of Washington; STATE OF WASHINGTON, in his official capacity as Secretary of State of Washington, <br><br> Defendants-Appellees, <br><br> JOSE A. TREVINO; et al., <br><br> Intervenor-Defendants-Appellants. | No. 23-35595 <br><br> D.C. No. 3:22-cv-05035-RSL <br> Western District of Washington, Tacoma <br><br> ORDER |

Before: RAWLINSON and HURWITZ, Circuit Judges.

The motion to stay the district court's challenged order and to stay further proceedings in the district court (Docket Entry No. 34) is denied. *See Nken v. Holder*, 556 U.S. 418, 434 (2009) (defining standard for stay pending appeal). The request to stay proceedings in this appeal is also denied.

The existing briefing schedule remains in effect.