The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| SUSAN SOTO PALMER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>STEVEN HOBBS, et al.,<br><br>    Defendants.<br><br>JOSE TREVINO, et al.<br><br>    Intervenor-Defendants. | NO. 3:22-cv-05035-RSL<br><br>DECLARATION OF NICHOLAS PHARRIS IN SUPPORT OF DEFENDANT SECRETARY OF STATE STEVEN HOBBS'S RESPONSE TO PLAINTIFFS' BRIEF IN SUPPORT OF REMEDIAL PROPOSALS |

I, Nicholas Pharris, declare as follows:

1.  I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge. I am currently employed as the Support Lead for the VoteWA/TotalAddress election management system in the Elections Division of the Office of the Secretary of State, a position I have held since 2019.

2.  In 2011 and 2012, I worked for the Washington State Redistricting Commission as a GIS and data analyst.

3.  I served as Washington's designated Redistricting Data Liaison for the 2020 Census.
DECLARATION OF NICHOLAS PHARRIS IN SUPPORT OF DEFENDANT STEVEN HOBBS'S RESPONSE TO PLAINTIFFS' BRIEF IN SUPPORT OF REMEDIAL PROPOSALS
NO. 3:22-cv-05035-RSL

1

5. Following the adoption of the 2021 Redistricting Commission's final plan, I worked with county election administrators to review the proposed redistricting changes and identify technical fixes to district lines necessary for effective election administration.

6. I have reviewed and analyzed the block assignment and geojson files of Plaintiffs' remedial proposals, which Plaintiffs made available on December 1, 2023.

7. As part of my review of Plaintiffs' remedial maps, I identified the counties affected by each proposal. Plaintiffs' Remedial Proposal 1 affects the following counties: Adams, Benton, Chelan, Clark, Douglas, Franklin, Grant, King, Klickitat, Lewis, Pierce, Thurston, and Yakima. Plaintiffs' Remedial Proposal 2 affects the following counties: Adams, Benton, Clark, Franklin, Grant, King, Klickitat, Lewis, Pierce, Thurston, and Yakima. Plaintiffs' Remedial Proposal 3 affects the following counties: Adams, Benton, Chelan, Clark, Douglas, Franklin, Grant, King, Klickitat, Pierce, Thurston, and Yakima. Plaintiffs' Remedial Proposal 4 affects the following counties: Adams, Benton, Clark, Franklin, Grant, King, Klickitat, Pierce, Thurston, and Yakima. Plaintiffs' Remedial Proposal 5 affects the following counties: Benton, Klickitat, and Yakima.

8. As part of my review of Plaintiffs' proposed remedial maps, I also identified positions for which incumbents would be displaced (i.e., under which the incumbent would no longer live in the district that the incumbent currently represents). I made this determination using the same method that the Office of the Secretary of State uses to determine a candidate's eligibility to hold office, which relies on the candidate or officeholder's residential address in the voter registration database.

9. Plaintiffs' Remedial Proposal 1 would have the following impacts on incumbent officeholders: The current LD 8 Representative, Position 1 would reside in LD 16; the current LD 12 Senator would reside in LD 7; the current LD 14 Senator and Representative, Position 1 would reside in LD 15; the current LD 14 Representative, Position 2 would reside in LD 17; the

DECLARATION OF NICHOLAS PHARRIS IN SUPPORT OF DEFENDANT STEVEN HOBBS'S RESPONSE TO PLAINTIFFS' BRIEF IN SUPPORT OF REMEDIAL PROPOSALS
NO. 3:22-cv-05035-RSL

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1  current LD 15 Senator would reside in LD 16; and the current LD 31 Senator and Representative, Position 1 would reside in LD 5.

10.  Plaintiffs' Remedial Proposal 2 would have the following impacts on incumbent officeholders: The current LD 8 Representative, Position 1 would reside in LD 16; the current LD 14 Senator and Representative, Position 1 would reside in LD 15; the current LD 14 Representative, Position 2 would reside in LD 17; and the current LD 15 Senator would reside in LD 16.

11.  Plaintiffs' Remedial Proposal 3 would have the following impacts on incumbent officeholders: The current LD 8 Representative, Position 1 would reside in LD 16; the current LD 12 Senator would reside in LD 7; the current LD 14 Senator and Representative, Position 1 would reside in LD 15; the current LD 14 Representative, Position 2 would reside in LD 17; the current LD 15 Senator would reside in LD 16; and the current LD 31 Senator would reside in LD 5.

12.  Plaintiffs' Remedial Proposal 4 would have the following impacts on incumbent officeholders: The current LD 8 Representative, Position 1 would reside in LD 16; the current LD 14 Senator and Representative, Position 1 would reside in LD 15; the current LD 14 Representative, Position 2 would reside in LD 17; and the current LD 15 Senator would reside in LD 16.

13.  Plaintiffs' Remedial Proposal 5 would have the following impacts on incumbent officeholders: The current LD 14 Representative, Position 1 would reside in LD 13; the current LD 14 Representative, Position 2 would reside in LD 16; and the current LD 15 Representatives, Positions 1 and 2, would reside in LD 14.

DECLARATION OF NICHOLAS PHARRIS IN SUPPORT OF DEFENDANT STEVEN HOBBS'S RESPONSE TO PLAINTIFFS' BRIEF IN SUPPORT OF REMEDIAL PROPOSALS
NO. 3:22-cv-05035-RSL

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

SIGNED this 21st day of December 2023, at Olympia, Washington.

_____
NICHOLAS PHARRIS
VoteWA Support Lead

DECLARATION OF NICHOLAS PHARRIS IN SUPPORT OF DEFENDANT STEVEN HOBBS'S RESPONSE TO PLAINTIFFS' BRIEF IN SUPPORT OF REMEDIAL PROPOSALS
NO. 3:22-cv-05035-RSL

4

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

**DECLARATION OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 22nd day of December 2023, at Olympia, Washington.

*s/ Leena Vanderwood*
Leena Vanderwood
*Paralegal*
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
Leena.Vanderwood@atg.wa.gov

DECLARATION OF NICHOLAS PHARRIS IN SUPPORT OF DEFENDANT STEVEN HOBBS'S RESPONSE TO PLAINTIFFS' BRIEF IN SUPPORT OF REMEDIAL PROPOSALS
NO. 3:22-cv-05035-RSL

5

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200