The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SUSAN SOTO PALMER, et al., | NO. 3:22-cv-5035-RSL |
| Plaintiffs, | STATE OF WASHINGTON'S RESPONSE TO PLAINTIFFS' REMEDIAL PROPOSALS |
| v. | |
| STEVEN HOBBS, in his official capacity as Secretary of State of Washington, and the STATE OF WASHINGTON, | |
| Defendants, | |
| and | |
| JOSE TREVINO, et al., | |
| Intervenor-Defendants. | |

Pursuant to this Court's October 4, 2023 Order (Dkt. # 230), the State of Washington submits the following response to the proposed remedial maps submitted by Plaintiffs.

The State does not dispute Plaintiffs' assertion that each map "is a complete and comprehensive remedy to Plaintiffs' Section 2 harms . . . ." Dkt. # 245 at p. 2. The State defers to the Court on which remedial map best provides Latino voters with an equal opportunity to elect candidates of their choice while also balancing traditional redistricting criteria and federal law.

STATE OF WASHINGTON'S
RESPONSE TO PLAINTIFFS'
REMEDIAL PROPOSALS
NO. 3:22-cv-5035-RSL

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

Additionally, as the Court is well aware, one key consideration in creating LD 15 was respecting the sovereign interests of the Yakama Nation. These interests should likewise be respected in any court-ordered remedial map. To the extent the Yakama Nation wishes to be heard on the matter, the State defers to them to express their own sovereign interests.

DATED this 22nd day of December 2023.

ROBERT W. FERGUSON
Attorney General

*/s/ Andrew R.W. Hughes*
ANDREW R.W. HUGHES, WSBA #49515
Assistant Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
andrew.hughes@atg.wa.gov

CRISTINA SEPE, WSBA #53609
Deputy Solicitor General
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
cristina.sepe@atg.wa.gov

*Attorneys for Defendant State of Washington*

I certify that this memorandum contains 149 words, in compliance with the Local Civil Rules.

STATE OF WASHINGTON'S
RESPONSE TO PLAINTIFFS'
REMEDIAL PROPOSALS
NO. 3:22-cv-5035-RSL

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

## DECLARATION OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 22nd day of December 2023, at Seattle, Washington.

*/s/ Andrew R.W. Hughes*
ANDREW R.W. HUGHES, WSBA #49515
Assistant Attorney General

STATE OF WASHINGTON'S
RESPONSE TO PLAINTIFFS'
REMEDIAL PROPOSALS
NO. 3:22-cv-5035-RSL

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744