# Exhibit D

| | |
|---|---|
| **From:** | McLean, Lisa |
| **To:** | Comment |
| **Subject:** | FW: Comment Letter from the Yakama Nation Chairman to contribute towards Monday"s educational session. |
| **Date:** | Saturday, June 5, 2021 9:58:34 AM |
| **Attachments:** | Letter_Delano Saluskin_Hon.Sarah Augustine_RE_ 2021 Redistricting Commission-Single District Representation for the Yakama Reservation_(06.03.21).pdf<br>image001.png<br>image002.png<br>image003.png<br>image004.png<br>image005.png<br>image007.png |

Hi Commissioners –

Please see the attached letter from the Yakama Nation.

Thanks,
Lisa


Lisa C. McLean

Executive Director



PO Box 40948

Olympia, WA 98504-0948

Office: 360-999-5209

Mobile: 360-522-0373

www.redistricting.wa.gov

   


**From:** Showalter, Lorri <Lorri.Showalter@redistricting.wa.gov>
**Sent:** Friday, June 4, 2021 4:35 PM
**To:** McLean, Lisa <Lisa.McLean@redistricting.wa.gov>
**Subject:** Comment Letter from the Yakama Nation Chairman to contribute towards Monday's educational session.

Lisa,

Attached is a letter from Delano Saluskin, Chairman of the Yakama Nation Tribal Council, to contribute towards Monday's educational session.

Lorri Showalter
Executive Assistant



PO Box 40948
Olympia, WA 98504-0948
[Lorri.Showalter@redistricting.wa.gov](mailto:Lorri.Showalter@redistricting.wa.gov)
Mobile:  360-790-8534
Office: 360-999-5209

   



Confederated Tribes and Bands
of the Yakama Nation

Established by the
Treaty of June 9, 1855

June 3, 2021

<u>Sent via Email</u>

Hon. Sarah Augustine, Chair
Washington State 2021 Redistricting Commission
P.O. Box 40948
Olympia, WA 98504

**Re: 2021 Redistricting Commission – Single District Representation For The Yakama Reservation**

Dear Chair and Commissioners,

On behalf of the Confederated Tribes and Bands of the Yakama Nation (the "Yakama Nation"), I urge the 2021 Redistricting Commission ("Commission") adopt a redistricting map that places the Yakama Reservation inside a single representative district. Additionally, the Commission is requested for government-to-government consultation with the Yakama Nation Tribal Council in Toppenish, Washington. The Yakama Nation is a sovereign federally-recognized Native Nation pursuant to the Treaty with the Yakamas of June 9, 1855 (the "Treaty").[1] The Yakama Nation has more than 11,000 enrolled members living across a nearly 1.4 million acre reservation and dispersed throughout a 10 million acre homeland of Yakama's traditional Treaty-territory.

Prior to 2011, the Yakama Reservation was represented by the 15th Legislative District and the 4th Congressional District – which allowed for Yakama members to cast their votes and manifest political will in unified representative districts at the state and federal level. The Yakama Nation opposes the existing legislative district map, adopted in 2012, which split representation for the Yakama Reservation between the 14th and 15th Legislative Districts along state highway 97. Additionally, the Yakama Reservation now has divided representation between the 3rd and 4th Congressional Districts along the Yakima-Klickitat County boundary line. This absurd quartering of the Yakama Nation's representative districts means that enrolled members living on different sides of the Yakama Reservation do not have any shared legislative representation at state or federal

---

[1] Treaty with the Yakamas, U.S. – Yakama Nation, 12 Stat. 951 (June 9, 1855, ratified March 8, 1859, proclaimed April 18, 1959).

levels.  Indigenous voters and potential indigenous candidates between the municipalities of Toppenish and Glenwood are easily confused or overwhelmed by the array of representative candidates and bodies that emerge on the local, county, legislative district, and congressional district levels.  Today's districts harm the Yakama Nation's ability to engage and benefit from the political process.  Resolving the split representation for the legislative and congressional districts will improve both voter participation and meaningful representation of the voters' interests.

Yakama Nation urges the Redistricting Commission to reject any legislative map that divides the Yakama Reservation into separate representative districts.  Additionally, many enrolled members reside on off-Reservation trust parcels, at traditional family homesteads, or in communities near the usual and accustom fishing sites along the Columbia River.  The Redistricting Commission should further reject any legislative mapping that demonstrably 'cracks' the indigenous voting population located south of the Yakama Reservation in Klickitat and Skamania Counties.

The 2011 Redistricting Commission split the elected representation of tribal communities across Washington.  Now, the Yakama Nation calls on this Redistricting Commission to bring fairness and transparency back to the political process by restoring voting equity for the Yakama People.  If you have any questions or concerns regarding this letter, please contact the Yakama Nation legislative staff, Mr. Anthony Aronica, (509) 833-9350, anthony@yakamanation-olc.org and Ms. Dawn Vyvyan at (206) 628-3014, dpvyvyan@outlook.com.

Respectfully,

*Delano Saluskin*

Delano Saluskin, Chairman
Yakama Nation Tribal Council