# Exhibit E

| | |
|---|---|
| **From:** | McLean, Lisa |
| **To:** | Comment |
| **Subject:** | Report: Yakama Nation Consultation |
| **Date:** | Friday, August 6, 2021 11:21:49 AM |
| **Attachments:** | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | Agenda_August_Yakama Consultation (8.4.21).pdf |
| | Yakama Presentation_Aug 4 2021.pdf |
| | image007.png |

Hello all —

Below are key points made at the Tribal Consultation with the Yakama Nation on Wednesday, August 4 – and copies of two videos shown at the event.

Attached is: 1) the agenda with copies of their suggested maps; and 2) a scanned copy of the presentation that they made to us – again, with the suggested maps, but also other historical maps of interest.

In general, I believe that the Tribal Council appreciated the effort the Commission made to come and listen to their concerns.

Let us know if you have any questions.

Thanks,

Lisa

Presentation Key Points
- While the Yakima Reservation is 1.3 million acres, the service benefit area and environmental stewardship areas extend much further, particularly to the south of the Yakima Reservation
- In the 1991 and 2001 redistricting maps (see maps in "Yakama Presentation" pdf), the Yakima Reservation and Tribal interest areas along the Columbia were contained within single districts.
- The fundamental interest of the Yakama Nation is to remain in a single district.
- In the 2010 districts, the state legislative lines split the reservation East/West, along State Route 97. The congressional boundaries split the reservation North/South, along the Yakima and Klickitat county boundary. These lines left the Yakima Reservations "basically quartered."
- The 2010 redistricting used State Route 97 as the dividing line between Legislative Districts 14 and 15, dividing the Yakima Nation. While roads may often be natural boundaries in some places, this highway is not such a case.
- The division of the Yakama nation between congressional districts makes it difficult to advocate with federal agencies, such as the Bonneville Power Authority.
- The Yakama Nation's suggested maps (see maps in Agenda and Presentation documents attached) use the natural boundaries of the Yakima and Columbia rivers as boundary guides.

As part of the presentation, we watched two videos to better understand the Yakama Nation's history and culture:
1. 2021 "Land of the Yakamas" video produced by the Yakama Nation Fisheries Program regarding resource protection projects, https://yakamafish-nsn.gov
2. 2018 video produced for the Yakama Nation hosting the Affiliated Tribes of Northwest Indians, https://drive.google.com/file/d/1P21lty4dREUZ3PRoF0l4N-gE6v2yqyZN/view?usp=sharing (The link leads to an uploaded google drive file).

Lisa C. McLean
Executive Director



PO Box 40948
Olympia, WA 98504-0948
Office: 360-999-5209
Mobile: 360-522-0373
www.redistricting.wa.gov

  



**YAKAMA NATION TRIBAL COUNCIL**
Legends Casino Hotel Event Center,
Wednesday August 4, 2021 1:30 – 2:30PM

PURPOSE:  Discussion between the Yakama Nation Tribal Council and Members of the Washington State 2021 Redistricting Commission.

❖ (Informal, non-agenda) Lunch Invitation from the Tribal Council Legislative Committee to the guest Redistricting Commissioners and staff.  [Location: Columbia Room, Legends Casino, 580 Fort Road, 12:00 – 1:15 PM].

I. <u>Tribal Council Agenda: Introductions</u>.

> Yakama Nation Tribal Council Members.
>
> Yakama Nation General Council Executive Officers.
>
> Yakama Nation Attendant Staff.
>
> Redistricting Commissioners: Chair Sarah Augustine; Commissioner April Sims; and Commissioner Paul Graves.
>
> Redistricting Commission Staff: Lisa McLean, Executive Director; Daniel Pailthorp, Public Outreach Coordinator; Osta Davis, Redistricting Analyst; Paul Campos, Staff Coordinator; and, Adam Hall, Staff Counsel.

II. <u>Discussion The Yakama Nation's Concern/Request To Be Represented By Single Legislative & Congressional Districts</u>.

> Discussion Of Current And Proposed Legislative and Congressional District Maps.

III. <u>Additional Material For Reference</u>.

> Letter from Chairman Saluskin to Redistricting Commission, dated June 3, 2021, attached below.
>
> Redistricting Commission Tribal Consultation Policy Letter.

# Current State Legislative Districts



# Current Congressional Districts



PRELIMINARY DRAFT LEGISLATIVE DIST. (YAKAMA RESERVATION IN INSIDE ORANGE)



PRELIMINARY DRAFT CONGRESSIONAL DIST. (YAKAMA RESERVATION IN INSIDE RED)





Confederated Tribes and Bands
of the Yakama Nation

Established by the
Treaty of June 9, 1855

June 3, 2021

<u>Sent via Email</u>

Hon. Sarah Augustine, Chair
Washington State 2021 Redistricting Commission
P.O. Box 40948
Olympia, WA 98504

**Re: 2021 Redistricting Commission – Single District Representation For The Yakama Reservation**

Dear Chair and Commissioners,

On behalf of the Confederated Tribes and Bands of the Yakama Nation (the "Yakama Nation"), I urge the 2021 Redistricting Commission ("Commission") adopt a redistricting map that places the Yakama Reservation inside a single representative district. Additionally, the Commission is requested for government-to-government consultation with the Yakama Nation Tribal Council in Toppenish, Washington. The Yakama Nation is a sovereign federally-recognized Native Nation pursuant to the Treaty with the Yakamas of June 9, 1855 (the "Treaty").[1] The Yakama Nation has more than 11,000 enrolled members living across a nearly 1.4 million acre reservation and dispersed throughout a 10 million acre homeland of Yakama's traditional Treaty-territory.

Prior to 2011, the Yakama Reservation was represented by the 15th Legislative District and the 4th Congressional District – which allowed for Yakama members to cast their votes and manifest political will in unified representative districts at the state and federal level. The Yakama Nation opposes the existing legislative district map, adopted in 2012, which split representation for the Yakama Reservation between the 14th and 15th Legislative Districts along state highway 97. Additionally, the Yakama Reservation now has divided representation between the 3rd and 4th Congressional Districts along the Yakima-Klickitat County boundary line. This absurd quartering of the Yakama Nation's representative districts means that enrolled members living on different sides of the Yakama Reservation do not have any shared legislative representation at state or federal

---

[1] Treaty with the Yakamas, U.S. – Yakama Nation, 12 Stat. 951 (June 9, 1855, ratified March 8, 1859, proclaimed April 18, 1959).

levels.  Indigenous voters and potential indigenous candidates between the municipalities of Toppenish and Glenwood are easily confused or overwhelmed by the array of representative candidates and bodies that emerge on the local, county, legislative district, and congressional district levels.  Today's districts harm the Yakama Nation's ability to engage and benefit from the political process.  Resolving the split representation for the legislative and congressional districts will improve both voter participation and meaningful representation of the voters' interests.

Yakama Nation urges the Redistricting Commission to reject any legislative map that divides the Yakama Reservation into separate representative districts.  Additionally, many enrolled members reside on off-Reservation trust parcels, at traditional family homesteads, or in communities near the usual and accustom fishing sites along the Columbia River.  The Redistricting Commission should further reject any legislative mapping that demonstrably 'cracks' the indigenous voting population located south of the Yakama Reservation in Klickitat and Skamania Counties.

The 2011 Redistricting Commission split the elected representation of tribal communities across Washington.  Now, the Yakama Nation calls on this Redistricting Commission to bring fairness and transparency back to the political process by restoring voting equity for the Yakama People.  If you have any questions or concerns regarding this letter, please contact the Yakama Nation legislative staff, Mr. Anthony Aronica, (509) 833-9350, anthony@yakamanation-olc.org and Ms. Dawn Vyvyan at (206) 628-3014, dpvyvyan@outlook.com.

Respectfully,

Delano Saluskin, Chairman
Yakama Nation Tribal Council



**Washington State
Redistricting Commission**

**2021 Redistricting Commission Tribal Consultation Policy**

Pursuant to RCW 43.376, the 1989 Centennial Accord, and the 1999 Millennium Agreement, the Redistricting Commission adopted the following Tribal consultation policy on April 12, 2021.

The 2021 Redistricting Commission is committed to respectful and effective communication with Tribal governments on redistricting matters. This Tribal consultation policy is intended to provide a consistent and equitable standard for the Redistricting Commission to consult and work with the 29 Federally Recognized Tribes in Washington State. Consultation means respectful, constructive communication in a cooperative process that respects the Government-to-Government relationship but is not a guarantee of agreement on outcomes. By implementing these principles of consultation, the Redistricting Commission hopes to better understand and respect the sovereign rights and interests of the 29 Federally Recognized Tribes as they impact redistricting matters.

Government-to-Government consultation with the 29 Federally Recognized Tribes will occur independent of any public participation process, but representatives of Tribal governments and Tribal members have equal access to the Commission's public participation processes as well.

Meeting requests or requests for consultation with the 29 Federally Recognized Tribes may be initiated by the Redistricting Commission or by a Tribe. The Executive Director has been designated as the Redistricting Commission Tribal Liaison and is charged with the overall coordination of consultation with 29 Federally Recognized Tribes. Questions, comments, or issues pertaining to the actions, management, or operations of the Redistricting Commission should be first directed to the Executive Director. Depending on the nature of the issue under consideration, consultation may be appropriately held between the Executive Director or designated Commissioners and the recognized governing body of the Tribe or their designee.

The Redistricting Commission will make every effort to reply to Tribal requests for consultation in a timely manner and will be receptive to all requests from Tribal governments or their designee for consultation on issues within the Redistricting Commission's authority. The Redistricting Commission's consultation with 29 Federally Recognized Tribes may also be subject to Open Public Meeting Act and Public Records Act requirements.

**Redistricting Commission Tribal Liaison**
Lisa C. McLean, lisa.mclean@redistricting.wa.gov, (360) 524-4390



# Tribal Council Agenda: Washington Redistricting Commission

Regular Business Meeting | August 4, 2021

Guests in Attendance:

Sarah Augustine, Commission Chair

Paul Graves, Commissioner

April Sims, Commissioner

Lisa McLean, Executive Director

Daniel Pailthorp, Outreach Coordinator

Osta Davis, Redistricting Analyst

Paul Campos, Staff Coordinator

1



# Land Of The Yakamas



2



# Time Immemorial & Treaty Territory

Yakama trade and travel extended between the headwaters of the Columbia and Snake Rivers.



Yakama Nation's Treaty Territory exceeded 12 million acres in the central Washington Region



# Treaty With The Yakamas
# June 9, 1855 (12 Stat. 951)

The Yakama Nation reserved a 1.3 million acre Reservation "for the exclusive use and benefit" of the Yakama people, and preserved rights to exercise the Yakama way of life through fishing, hunting, and gathering at usual and accustomed places.





# Treaty Access & Ongoing Restoration

➤ The Yakama Nation is a Co-Manager of the Columbia R. fishery pursuant to its inherent sovereignty, Treaty authority, and recognition by federal courts. *See U.S. v. Washington* and *U.S. v. Oregon.*

➤ Between 2008 – 2020, the Yakama Nation improved 1,483 miles of stream & riparian habitat. *See* black dots on adjacent map.

➤ Over 11,000 Members actively exercise Treaty Rights in the Treaty Territory.



# Census & Redistricting

- U.S. congressional representation gets reapportioned every 10 years based on population data in the census. *See* U.S. Constitution, Art. I, sec. 2.

- The first Washington Redistricting Commission met in 1991 following a state constitutional amendment. *See* State Const. Art. II, sec. 43.

- In 2021, each Legislative District (Olympia Leg.) should represent 157,251 people and each Congressional District (Wash. D.C.) should represent 771,595 people.



6



# Importance Of Redistricting

➤ The final map allocates elected representation in congress and the state legislature for the new districts.

➤ Reapportionment and representation significantly impacts funding for federal programs in each district.

➤ Protects civil liberties and access to voting under the federal Voting Rights Act of 1965.



7



# **Redistricting Criteria**

➢ Boundaries must be drawn to have near-equal numbers of people;

➢ Coincide with the boundaries of local political subdivisions and areas recognized as communities of interest;

➢ Be convenient, contiguous, and compact; and

➢ Provide fair and effective representation, encourage electoral competition, and do not purposely favor or discriminate against any political party or group.



8



# Split Districts Harm Yakama Voters & Government Services



Final Legislative Plan
January 1, 2012

Amended Final Congressional Plan
February 1, 2012



# Prior Redistricting Maps Represented The Reservation-To-The-River







# 2021 Redistricting Maps Should Provide For Single Representation Between The Yakima & Columbia R.



➢ Note these images are drafts for discussion purpose only.



# Discussion.



➢ Note these images are drafts for
discussion purpose only.