# Exhibit F

| | |
|---|---|
| **From:** | McLean, Lisa |
| **To:** | Comment |
| **Subject:** | FW: Yakama Nation Comment on Draft Maps |
| **Date:** | Tuesday, November 9, 2021 7:33:25 AM |
| **Attachments:** | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | Letter_YN_Redist. Cmsh. Comment on Proposed Maps (11.8.21).pdf |
| | image001.png |

Hello Commissioners and staff –

Here's a new message from the Yakama Nation detailing especially what they like about the LD maps of Commissioner Graves and Walkinshaw.

Thanks,
Lisa


Lisa C. McLean
Executive Director



PO Box 40948
Olympia, WA 98504-0948
Office: 360-999-5209
Mobile: 360-522-0373
www.redistricting.wa.gov

   


**From:** Anthony Aronica <anthony@yakamanation-olc.org>
**Sent:** Monday, November 8, 2021 4:55 PM
**To:** McLean, Lisa <Lisa.McLean@redistricting.wa.gov>
**Cc:** Delano Saluskin <Delano_Saluskin@yakama.com>; Augustine, Sarah <Sarah.Augustine@redistricting.wa.gov>; Terry Goudy-Rambler <terry_goudy-rambler@yakama.com>; Dana Miller <Dana_Miller@yakama.com>; Virgil Lewis <virgil_lewis@yakama.com>; Elizabeth Nason <Elizabeth_Nason@yakama.com>; Pailthorp, Daniel <Daniel.Pailthorp@redistricting.wa.gov>; Ethan Jones <Ethan@yakamanation-olc.org>
**Subject:** Re: Yakama Nation Comment on Draft Maps

CAUTION: External email.

Dear Lisa,

Attached is a comment letter from Chairman Saluskin to the Redistricting Commission regarding the proposed maps and districts under consideration.  Thank you for your hard work on this time-sensitive and extremely important issue.  Good luck in the final stretch to the November 15th deadline.

Sincerely,
Tony

On Wed, Sep 29, 2021 at 2:10 PM McLean, Lisa <Lisa.McLean@redistricting.wa.gov> wrote:

> Hi Tony –
> I hope you noticed that the Congressional district maps were posted yesterday.
>
> Congressional Districts: https://www.redistricting.wa.gov/proposed-congressional-maps
>
> Legislative Districts: https://washington-redistricting-commission.webflow.io/commissioner-proposed-maps
>
> Please let us know if the Yakama Nation has any comments about any of the 8 maps.
>
> Best,
> Lisa
>
>
> Lisa C. McLean
> Executive Director
> 
> PO Box 40948
> Olympia, WA 98504-0948
> Office: 360-999-5209
> Mobile: 360-522-0373
> www.redistricting.wa.gov
>
>    
>
> ---
>
> **From:** Anthony Aronica <anthony@yakamanation-olc.org>
> **Sent:** Wednesday, September 22, 2021 9:41 AM
> **To:** McLean, Lisa <Lisa.McLean@redistricting.wa.gov>
> **Cc:** Pailthorp, Daniel <Daniel.Pailthorp@redistricting.wa.gov>
> **Subject:** Re: Draft Maps for Legislative Districts
>
> CAUTION: External email.

Good morning Lisa,

Thank you, I shared the proposed draft maps with the Tribal Council Legislative Committee yesterday.

Appreciate your work on these; good luck during this (very busy) time of year!

Regards,
Tony

On Tue, Sep 21, 2021 at 4:30 PM McLean, Lisa <Lisa.McLean@redistricting.wa.gov> wrote:

Hi Tony -

Today, we are pleased to share with you the draft legislative district maps proposed by each of the four voting commissioners.

https://www.redistricting.wa.gov/commissioner-proposed-maps

The publication of these maps signals the beginning of the negotiation process on the new legislative or Congressional district boundaries, which must be completed by November 15. Next Tuesday at noon, the draft Congressional district maps will be posted at the same location. In addition, shapefiles and pdf maps will be posted at this location within the next 24-48 hours.

Please review the maps and let us know if you or the Tribal Council would like another consultation. Also, please note that, on each of the draft maps, you can create comments by hitting a button in the top right corner. If you need help with any of these processes, feel free to contact Daniel or myself.

With best regards,

Lisa

Lisa C. McLean
Executive Director



PO Box 40948
Olympia, WA 98504-0948
Office: 360-999-5209
Mobile: 360-522-0373
www.redistricting.wa.gov

   

--
**Anthony S. Aronica, Staff Attorney**
**Yakama Nation Office of Legal Counsel**

401 Fort Road/P.O. Box 150, Toppenish, WA 98948
Cell: (509) 833-9350 | anthony@yakamanation-olc.org

**Confidentiality Notice:** This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.
CAUTION: This email originated from outside of the Legislature. Do not click links or open attachments unless you recognize the sender and know the content is safe.

--
**Anthony S. Aronica, Staff Attorney**
**Yakama Nation Office of Legal Counsel**

401 Fort Road/P.O. Box 150, Toppenish, WA 98948
Cell: (509) 833-9350 | anthony@yakamanation-olc.org

**Confidentiality Notice:** This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.
CAUTION: This email originated from outside of the Legislature. Do not click links or open attachments unless you recognize the sender and know the content is safe.



**Confederated Tribes and Bands
of the Yakama Nation**

Established by the
Treaty of June 9, 1855

November 4, 2021

<u>Sent via Email</u>

Hon. Sarah Augustine, Chair
Washington State 2021 Redistricting Commission
P.O. Box 40948
Olympia, WA 98504

**Re: Yakama Nation Support For Proposed Legislative And Congressional District
Maps**

Dear Chair and Commissioners,

The Confederated Tribes and Bands of the Yakama Nation ("Yakama Nation")
Tribal Council met with members of the 2021 Redistricting Commission ("Commission") in
August 2021 and submitted written comments advocating for single-district representation
of the Yakama Reservation ("Reservation") and adjacent Yakama communities. The
Yakama Nation is encouraged that every proposed Legislative and Congressional District
map is consistent with that important request. Keeping the Reservation in one
representative district is critical to the Yakama Nation's advocacy for greater voter
participation and political access, services provided to the established communities on- and
adjacent to the Reservation, and common-sense incorporation of public safety and natural
resource management areas throughout south-central Washington and along the Columbia
River.

The Yakama Nation understands that the Commission is subject to state law
requirements which cannot be reconciled with all aspects of the Yakama Nation's sovereign
status recognized under the Treaty of 1855 ("Treaty") and concurrent federal laws. The
Yakama Treaty-territory exceeds 10.5 million acres and includes natural and cultural
resources that are reserved in perpetuity under the Treaty to sustain the Yakama way of
life. *See* map attached as Exhibit A. The Yakama Nation's participation in the public
redistricting process under state law does not waive, alter, or otherwise diminish the
Yakama Nation's inherent sovereign rights or the reserved rights, privileges, remedies, or
services guaranteed by the Treaty.

Below are specific and responsive comments on the proposed district maps to further
assist with the Commission's significant deadline pressure to submit a Final Plan to the
Washington Legislature by November 15, 2021. As noted above, the Yakama Nation
appreciates the effort demonstrated by every proposed legislative and congressional district
map for respecting the political integrity of the Reservation boundary.

*Commissioner Piñero Walkinshaw's Proposed Congressional District*

The Yakama Nation specifically favors the elements of Commissioner Piñero
Walkinshaw's proposed Congressional District 4 because the proposed district (map
attached as Exhibit B):

- maintains the political integrity of the federal reservation boundaries for the
  Yakama Nation, the Confederated Tribes of the Colville, and the Spokane Tribe of
  Indians;
- incorporates Yakama members and non-Yakama Native Americans living in
  established tribal communities on the reservations, off the reservations, and on
  federal trust properties;
- creates shared representative interests in protecting water quality and habitat along
  a majority of the Columbia River and many of its tributary basins;
- includes critical natural resource management areas for the protection of forests and
  rivers that provide access to hunting, fishing, and gathering in usual and
  accustomed areas identified in the Treaty;
- encompasses a large portion of the traditional and cultural areas that the Yakama
  Nation continues to preserve and protect;
- includes the Yakama Nation's significant human service areas and public safety
  districts adjacent to the Reservation; and
- boldly creates a district of U.S – tribal interests to represent the largest land base of
  Indian Country, as defined in 18 U.S.C. § 1151, in the Pacific Northwest and also in
  Washington State's history since its modern era of fully assigned congressional
  districts.

*Commissioner Graves' Proposed Legislative District.*

The Yakama Nation specifically favors the elements of Commissioner Graves'
proposed Legislative District 14 that (map attached as Exhibit B):

- is consistent with the Yakama Reservation boundary;
- incorporates Yakama members living in established tribal communities off-
  Reservation and on federal trust property along the Columbia River;
- includes the Yakama Nation's significant human service areas and public safety
  districts adjacent to the Reservation; and,

Case 3:22-cv-05035-RSL   Document 252-6   Filed 12/22/23   Page 8 of 10

2021 REDISTRICTING COMMISSION – YAKAMA NATION SUPPORT FOR PROPOSED LEGISLATIVE AND CONGRESSIONAL
DISTRICT MAPS
NOVEMBER 4, 2021

- includes critical natural resource management areas for the protection of adjacent forests and rivers.

The Yakama Nation has inherent and Treaty-reserved rights that are necessary for the protection of the human and environmental resources for the generations of Yakamas to come. Under the United States system of federalism, gaining equal representation under the law and equitable access to the law-making is also a sacred right that has not always been historically available to Yakamas or indigenous people and governments. I thank the Commissioners for the hard work and attention undertaken by this once-in-a-decade process to produce representative districts that will strengthen the democratic system of government over the next ten years. If you have any questions or concerns regarding this letter, please contact the Yakama Nation legislative staff, Mr. Anthony Aronica, (509) 833-9350, anthony@yakamanation-olc.org or Ms. Dawn Vyvyan at (206) 628-3014, dpvyvyan@outlook.com.

Respectfully,

Delano Saluskin, Chairman
Yakama Nation Tribal Council

PAGE 3 OF 5

## EXHIBIT A – ATTACHED MAPS



2021 REDISTRICTING COMMISSION – YAKAMA NATION SUPPORT FOR PROPOSED LEGISLATIVE AND CONGRESSIONAL DISTRICT MAPS
NOVEMBER 4, 2021




Washington State
Redistricting Commission

Commissioner Paul Graves - Proposed Legislative District Map, September 21, 2021



Washington State
Redistricting Commission

Commissioner Brady Piñero Walkinshaw - Proposed Congressional District Map, September 28, 2021