# Exhibit G



**Commissioner Paul Graves - Proposed Legislative District Map, September 21, 2021**

