UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN SOTO PALMER, et al., | CASE NO. 3:22-cv-05035-RSL |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| STEVEN HOBBS, et al., | |
| Defendants. | |
| and | |
| JOSE TREVINO, et al., | |
| Intervenor-Defendants. | |

The following Minute Order is made and entered at the direction of the Honorable Robert S. Lasnik, United States District Judge:

Oral argument regarding remedial proposals is scheduled for **Friday, February 9, 2024 at 9:30 a.m.**, in Courtroom 15106, before Judge Robert S. Lasnik. The Court has allocated one hour for this hearing.

DATED this 25th day of January, 2024.

RAVI SUBRAMANIAN,
Clerk of Court

 */s/ Victoria Ericksen*
Deputy Clerk to Hon. Robert S. Lasnik

MINUTE ORDER - 1