FILED

JAN 25 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SUSAN SOTO PALMER; et al., | No. 23-35595 |
| Plaintiffs-Appellees, | D.C. No. 3:22-cv-05035-RSL<br>Western District of Washington, Tacoma |
| v. | |
| STEVEN HOBBS, in his official capacity as Secretary of State of Washington; STATE OF WASHINGTON, in his official capacity as Secretary of State of Washington, | ORDER |
| Defendants-Appellees, | |
| JOSE A. TREVINO; et al., | |
| Intervenor-Defendants-Appellants. | |

The motion to hold briefing in this appeal in abeyance pending the district court's order adopting a remedial map (Docket Entry No. 48) is granted.

Within 60 days after the date of this order, or within 14 days after the district court's order adopting the new map, whichever occurs first, the parties must file a report on the status of district court proceedings, which may include any motion for appropriate relief.

The motion for an extension of time to file the opening brief (Docket Entry No. 50) is denied as moot.

OSA114

Briefing is stayed pending further court order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT