UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUSAN SOTO PALMER, *et al.*,

        Plaintiffs,

   v.

STEVEN HOBBS, *et al.*,

        Defendants,

       and

JOSE TREVINO, *et al.*,

        Intervenor-Defendants.

CASE NO. 3:22-cv-05035-RSL

ORDER

An evidentiary hearing regarding remedial proposals, in particular, Remedial Map 3A, is scheduled for Friday, March 8, 2024, at 1:30 p.m. in Courtroom 15106, before Judge Robert S. Lasnik.

On or before February 15, 2024, the Intervenor-Defendants shall identify the usual and accustomed hunting and fishing grounds of the Yakama Nation, off-Reservation trust parcels, and/or traditional family homestead that they maintain are not included in LD 14 in Remedial Map 3A. See Dkt. # 252 at 12. The disclosure shall include the data set from

ORDER - 1

which the information is gleaned, screenshots of a map showing the excluded areas, and the number of people impacted.

The parties may supplement their expert reports regarding Remedial Map 3A on or before February 23, 2024. They may file rebuttal expert reports on or before March 1, 2024.

Dated this 9th day of February, 2024.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER - 2