1

The Honorable Robert S. Lasnik

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

9

10

SUSAN SOTO PALMER, et al.,

NO. 3:22-cv-05035-RSL

11

Plaintiffs,

DEFENDANT SECRETARY OF STATE
STEVEN HOBBS'S MEMORANDUM
REGARDING REMEDIAL MAPS

12

v.

13

STEVEN HOBBS, et al.,

14

Defendants.

15

JOSE TREVINO, et al.

16

Intervenor-Defendants.

17

18

     The purpose of this memorandum and accompanying declaration is to provide this Court

19

with technical information related to proposed Remedial Map 3A. Specifically, the attached

20

declaration identifies 18 instances where the proposed map creates "trapped polygons," which

21

are areas caught between county boundaries, congressional district lines, legislative district lines,

22

county council or commissioner district lines, and city or town limits. While the declaration

23

identifies possible remedies to the issues of trapped polygons, these would be very minor

24

adjustments. In ten instances, the changes would affect zero people. Each of the remaining

25

instances would affect between 2 and 17 people.

26

DEFENDANT SECRETARY OF STATE
STEVEN HOBBS'S MEMORANDUM
REGARDING REMEDIAL MAPS
NO. 3:22-cv-05035-RSL

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1       This is not intended to be an expert report. Instead, this is the type of information that the

2 Secretary provided to the Legislature after the Redistricting Commission submitted its

3 congressional and legislative district maps. This information is solely intended to assist the Court

4 and the expert retained to assist the Court.

5       RESPECTFULLY SUBMITTED this 23rd day of February, 2024.

6                   ROBERT W. FERGUSON
                   *Attorney General*

7

8                    *s/ Karl D. Smith*
                  KARL D. SMITH, WSBA 41988
                   *Deputy Solicitor General*

9                   KATE S. WORTHINGTON, WSBA 47556
                   *Assistant Attorney General*

10                   1125 Washington Street SE
                  PO Box 40100

11                   Olympia, WA 98504-0100
                  (360) 753-6200

12                   Karl.Smith@atg.wa.gov
                  Kate.Worthington@atg.wa.gov

13

14                   *Attorneys for Defendant Steven Hobbs*

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT SECRETARY OF STATE
STEVEN HOBBS'S MEMORANDUM
REGARDING REMEDIAL MAPS
NO. 3:22-cv-05035-RSL

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1

**DECLARATION OF SERVICE**

2       I hereby declare that on this day I caused the foregoing document to be electronically

3 filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of

4 this document upon all counsel of record.

5       DATED this 23rd day of February 2024, at Olympia, Washington.

6

7                    *s/ Leena Vanderwood*
                    Leena Vanderwood
8                    *Paralegal*
                    1125 Washington Street SE
                    PO Box 40100
9                    Olympia, WA 98504-0100
                    (360) 753-6200
10                   Leena.Vanderwood@atg.wa.gov

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT SECRETARY OF STATE                    3                    ATTORNEY GENERAL OF WASHINGTON
STEVEN HOBBS'S MEMORANDUM                                            1125 Washington Street SE
REGARDING REMEDIAL MAPS                                              PO Box 40100
NO. 3:22-cv-05035-RSL                                               Olympia, WA 98504-0100
                                                                    (360) 753-6200