The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SUSAN SOTO PALMER, et al., <br><br> Plaintiffs, <br> v. <br><br> STEVEN HOBBS, et al., <br><br> Defendants, <br> and <br><br> JOSE TREVINO, et al., <br><br> Intervenor-Defendants. | NO. 3:22-cv-5035-RSL <br><br><br> NOTICE OF APPEARANCE FOR INTERESTED PARTY YAKAMA NATION |

TO:          THE CLERK OF THE ABOVE COURT;
AND TO:   ALL COUNSEL OF RECORD.

Please take notice that Ethan Jones and Anthony Aronica hereby enters this Notice of Appearance as counsel for Interested Party, the Confederated Tribes and Bands of the Yakama Nation ("Yakama Nation"), in the above-captioned action, and without waiving any objections, defenses, or claims, for the limited purpose of filing statements regarding the Yakama Nation's communities of interest subject to remedial Legislative District mapping.

NOTICE OF APPEARANCE FOR INTERESTED
PARTY YAKAMA NATION
3:22-CV-5035-RSL - 1

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268

DATED this 23rd day of February, 2024.

Respectfully submitted,

/s/ Ethan Jones
Ethan Jones, WSBA #46911
Anthony S. Aronica, WSBA #54725
YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Telephone: (509) 865-7268
ethan@yakamanation-olc.org
anthony@yakamanation-olc.org

*Attorneys for the Confederated Tribes and Bands of the Yakama Nation*

NOTICE OF APPEARANCE FOR INTERESTED
PARTY YAKAMA NATION
3:22-CV-5035-RSL - 2

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268

# CERTIFICATE OF SERVICE

I certify that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System, which will serve a copy of this document upon all counsel of record.

The following parties will be manually served by First class U.S. Mail, postage prepaid, or by facsimile:   N/A

DATED this 23rd day of February, 2024, at Toppenish, Washington.

/s/ Ethan Jones
Ethan Jones, WSBA #46911
Anthony S. Aronica, WSBA #54725
YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA  98948
Telephone: (509) 865-7268
ethan@yakamanation-olc.org
anthony@yakamanation-olc.org

*Attorneys for the Confederated Tribes and Bands of the Yakama Nation*

NOTICE OF APPEARANCE FOR INTERESTED
PARTY YAKAMA NATION
3:22-CV-5035-RSL - 3

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268