The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SUSAN SOTO PALMER, et al.,<br><br>        Plaintiffs,<br>   v.<br><br>STEVEN HOBBS, et al.,<br><br>        Defendants,<br>   and<br><br>JOSE TREVINO, et al.,<br><br>        Intervenor-Defendants. | NO. 3:22-cv-5035-RSL<br><br>STATEMENT BY INTERESTED PARTY YAKAMA NATION |

Interested Party, the Confederated Tribes and Bands of the Yakama Nation ("Yakama Nation"), appreciates the opportunity to provide this statement in response to the Court's request for information relating to the remedial legislative district mapping. All proposed maps include the Yakama Reservation within a single district, so this response is narrowly tailored to address the Yakama Nation's Public Domain Allotments, Treaty Fishing Access Sites ("TFAS"), and TFAS shared-use sites in Klickitat County, Washington. These identified areas are displayed on the Exhibit A map, dated February 23, 2024, including tables with accompanying coordinates, section, township, range, description, and acreage. The Yakama Nation's usual and accustomed

STATEMENT BY INTERESTED
PARTY YAKAMA NATION
3:22-CV-5035-RSL - 1

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268

areas to exercise the rights reserved under the Treaty with the Yakamas of June 9, 1855 are ubiquitous in Klickitat County along the Columbia River and its tributary streams.[1] Enrolled members of the Yakama Nation reside on or within a proximal distance of many of the identified parcels and sites on a year-round basis or during fishing seasons from March – October.

Klickitat County contains the Yakama Nation's communities of interest located in the 14th Legislative District as adopted by the Washington State Legislature on February 8, 2022 that is subject to remedial Legislative District mapping.

DATED this 23rd day of February, 2024.

Respectfully submitted,

/s/ Ethan Jones
Ethan Jones, WSBA #46911
Anthony S. Aronica, WSBA #54725
YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Telephone: (509) 865-7268
ethan@yakamanation-olc.org
anthony@yakamanation-olc.org

*Attorneys for the Confederated Tribes and Bands of the Yakama Nation*

---

[1] *See* Treaty with the Yakamas, U.S. – Yakama Nation, June 9, 1855, 12 Stat. 951, art. III, cl. 2.

STATEMENT BY INTERESTED
PARTY YAKAMA NATION
3:22-CV-5035-RSL - 2

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268

1
2
3
4
5
6
7
8
9
10
11
12               EXHIBIT A
13      YAKAMA NATION PUBLIC DOMAIN TRUST LANDS
14              IN KLICKITAT COUNTY
15             (PAGINATED SEPERATELY)
16
17
18
19
20
21
22
23
24
25

STATEMENT BY INTERESTED
PARTY YAKAMA NATION
3:22-CV-5035-RSL - 3

Yakama Nation
Office of Legal Counsel
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268



Public Domain Trust Lands – Yakama Nation, Klickitat County, WA (Feb. 23, 2024)

| LST | Acres | PubDomainN | Lat | Long_ | TwnRngSec | SEC | TWP | RGE |
|---|---|---|---|---|---|---|---|---|
| V-1009 | 0 | Vancouver Allotments | 45.66331961 | -120.9759512 | 2-15.18 | 18 | 2 | 15 |
| V-105 | 160 | Vancouver Allotments | 45.90684063 | -120.505602 | 5-18.24 | 24 | 5 | 18 |
| VH-0544 | 81 | Vancouver Allotments | 45.84159607 | -121.1108222 | 4-14.7 | 7 | 4 | 14 |
| V-121 | 160 | Vancouver Allotments | 45.93608353 | -120.4545651 | 5-19.8 | 8 | 5 | 19 |
| V-114 | 160 | Vancouver Allotments | 45.89951156 | -120.515815 | 5-18.23 | 23 | 5 | 18 |
| VH-4728 | 160 | Vancouver Allotments | 45.85059602 | -121.0563451 | 4-14.9 | 9 | 4 | 14 |
| V-136 | 160 | Vancouver Allotments | 45.87784535 | -120.4548792 | 5-19.32 | 32 | 5 | 19 |
| V-84 | 160 | Vancouver Allotments | 45.74616901 | -120.4240618 | 3-19.15 | 15 | 3 | 19 |
| V-87 | 160 | Vancouver Allotments | 45.76767798 | -120.3928615 | 3-19.2 | 2 | 3 | 19 |
| V-51 | 80 | Vancouver Allotments | 45.79095202 | -121.139481 | 4-13.35 | 35 | 4 | 13 |
| V-115 | 160 | Vancouver Allotments | 45.89966413 | -120.5261642 | 5-18.23 | 23 | 5 | 18 |
| V-113 | 160 | Vancouver Allotments | 45.90703121 | -120.5260731 | 5-18.23 | 23 | 5 | 18 |
| V-1015 | 0 | Vancouver Allotments | 45.83033884 | -120.8310375 | 4-16.17 | 17 | 4 | 16 |
| WW-14 | 0 | Walla Walla Allotments | 45.82643297 | -120.1429487 | 4-21.14 | 14 | 4 | 21 |
| VH-02070 | 80 | Vancouver Allotments | 45.7891901 | -121.1732985 | 4-13.34 | 34 | 4 | 13 |
| VH-5519 | 0 | Vancouver Allotments | 45.72838253 | -121.3468905 | 3-12.19 | 19 | 3 | 12 |
| MTV-182 | 160 | Vancouver Allotments Mineral Rights | 45.7180581 | -120.4645311 | 3-19.29 | 29 | 3 | 19 |
| V-179 & V179 A-F | 0 | Vancouver Allotments | 45.66466999 | -121.0111184 | 2-14.14 | 14 | 2 | 14 |
| V-179 & V179 A-F | 0 | Vancouver Allotments | 45.66444599 | -121.01068 | 2-14.14 | 14 | 2 | 14 |
| V-204 | 160 | Vancouver Allotments | 45.92141549 | -120.5259668 | 5-18.14 | 14 | 5 | 18 |
| V-112 | 160 | Vancouver Allotments | 45.90681218 | -120.5157905 | 5-18.23 | 23 | 5 | 18 |
| V-95 | 160 | Vancouver Allotments | 45.92158952 | -120.4232988 | 5-19.15 | 15 | 5 | 19 |
| V-119 | 160 | Vancouver Allotments | 45.91436519 | -120.4749048 | 5-19.18 | 18 | 5 | 19 |
| MV-120 | 0 | Vancouver Allotments Mineral Rights | 45.91623535 | -120.4471321 | 5-19.16 NW1/4 SW1/4 Lot 3 | 16 | 5 | 19 |
| V-122 | 160 | Vancouver Allotments | 45.92881268 | -120.4545932 | 5-19.8 | 8 | 5 | 19 |
| V-123 | 160 | Vancouver Allotments | 45.92886878 | -120.4651933 | 5-19.8 | 8 | 5 | 19 |
| MV-120 | 0 | Vancouver Allotments Mineral Rights | 45.91259445 | -120.4471108 | 5-19.16 SW1/4 SW1/4 Lot 4 | 16 | 5 | 19 |
| MV-120 | 0 | Vancouver Allotments Mineral Rights | 45.91445611 | -120.4419455 | 5-19.16 E1/2 SW14 | 16 | 5 | 19 |
| V-111 | 160 | Vancouver Allotments | 45.90711346 | -120.4953033 | 5-18.24 | 24 | 5 | 18 |

Public Domain Trust Lands – Yakama Nation, Klickitat County, WA (Feb. 23, 2024)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| V-118 | 80 | Vancouver Allotments | 45.89988548 | -120.4851003 | 5-19.30 | 30 | 5 | 19 |
| V-116 | 160 | Vancouver Allotments | 45.89953584 | -120.5055192 | 5-18.24 | 24 | 5 | 18 |
| V-110 | 160 | Vancouver Allotments | 45.89978407 | -120.4953048 | 5-18.25 | 25 | 5 | 18 |
| MV-120 | 160 | Vancouver Allotments Mineral Rights | 45.93615435 | -120.4650086 | 5-19.8 NW 1/4 | 8 | 5 | 19 |
| TV-100 | 160 | Vancouver Allotments | 45.89961949 | -120.4023224 | 5-19.23 | 23 | 5 | 19 |
| V-102 | 160 | Vancouver Allotments | 45.90704831 | -120.4236951 | 5-19.22 | 22 | 5 | 19 |
| V-141 | 160 | Vancouver Allotments | 45.89970163 | -120.4237124 | 5-19.22 | 22 | 5 | 19 |
| V-96 | 160 | Vancouver Allotments | 45.91444417 | -120.4128868 | 5-19.15 | 15 | 5 | 19 |
| MV-103 | 0 | Vancouver Allotments Mineral Rights | 45.89416164 | -120.4259416 | 5-19.27 NW1/4 NW 1/4 Lot 3 | 27 | 5 | 19 |
| MVH-243 | 0 | Vancouver Allotments Mineral Rights | 45.90144109 | -120.4156327 | 5-19.22 NW1/4 SE1/4 Lot 5 | 22 | 0 | 0 |
| MVH-243 | 0 | Vancouver Allotments Mineral Rights | 45.89775622 | -120.4156519 | 5-19.22 NW1/4 SE1/4 Lot 5 | 22 | 0 | 0 |
| 1018 A-N & T-1018 | 0 | Vancouver Allotments | 45.88377 | -120.7432532 | 5-16.25 | 25 | 5 | 16 |
| VH-05684 | 0 | Vancouver Allotments | 45.90342822 | -120.4549042 | 5-19.20 | 20 | 5 | 19 |
| VH-5733 old VH-1014 | 0 | Vancouver Allotments | 45.89973425 | -120.4650735 | 5-19.20 | 20 | 5 | 19 |
| V-99 | 160 | Vancouver Allotments | 45.90695626 | -120.4129582 | 5-19.22 | 22 | 5 | 19 |
| V-101 | 160 | Vancouver Allotments | 45.87776718 | -120.4129623 | 5-19.34 | 34 | 5 | 19 |
| V-1020 | 0 | Vancouver Allotments | 45.88621436 | -120.7387426 | 5-17.30 | 30 | 5 | 17 |
| MV-103 | 0 | Vancouver Allotments Mineral Rights | 45.8905253 | -120.4207963 | 5-19.27 SE1/4 NW1/4 Lot 5 | 27 | 5 | 19 |
| VH-1013 | 160 | Vancouver Allotments | 45.90701623 | -120.4647862 | 5-19.20 | 20 | 5 | 19 |
| V-125 | 160 | Vancouver Allotments | 45.88518599 | -120.4751054 | 5-19.30 | 30 | 5 | 19 |
| V-128 | 160 | Vancouver Allotments | 45.87789865 | -120.4751252 | 5-19.31 | 31 | 5 | 19 |
| V-131 | 160 | Vancouver Allotments | 45.87788215 | -120.4649092 | 5-19.32 | 32 | 5 | 19 |
| TV-132 | 160 | Vancouver Allotments Trust | 45.87795894 | -120.4853247 | 5-19.31 | 31 | 5 | 19 |
| TWW-30 | 160 | Walla Walla Allotments | 45.84761432 | -119.9142712 | 4-23.10 | 10 | 4 | 23 |
| WW-32 | 160 | Walla Walla Allotments | 45.84768371 | -119.9248848 | 4-23.10 | 10 | 4 | 23 |
| V-109 | 160 | Vancouver Allotments | 45.89253293 | -120.4851562 | 5-19.30 | 30 | 5 | 19 |
| V-130 | 160 | Vancouver Allotments | 45.87064849 | -120.46489 | 5-19.32 | 32 | 5 | 19 |
| V-124 | 80 | Vancouver Allotments | 45.88522953 | -120.4851801 | 5-19.30 | 30 | 5 | 19 |
| WW-12 | 0 | Walla Walla Allotments | 45.82635658 | -120.1326588 | 4-21.13 | 13 | 4 | 21 |
| MWW-7 | 160 | Walla Walla Allotments Mineral Rights | 45.86938193 | -119.924692 | 5-23.34 | 34 | 5 | 23 |

2

Public Domain Trust Lands – Yakama Nation, Klickitat County, WA (Feb. 23, 2024)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| V-199 | 80 | Vancouver Allotments | 45.86245237 | -120.7966334 | 4-16.13 | 13 | 4 | 16 |
| VH-0576 | 0 | Vancouver Allotments | 45.84920977 | -120.4956653 | 4-18.12 | 12 | 4 | 18 |
| V-133 | 160 | Vancouver Allotments | 45.8706682 | -120.4752939 | 5-19.31 | 31 | 5 | 19 |
| V-82 | 0 | Vancouver Allotments Mineral Rights | 45.7616277 | -120.4417722 | 3-19.9 | 9 | 3 | 19 |
| V-142 | 160 | Vancouver Allotments | 45.74643378 | -120.4341179 | 3-19.16 | 16 | 3 | 19 |
| V-104 | 160 | Vabcouver Allotments | 45.84897353 | -120.4646473 | 4-19.8 | 8 | 4 | 19 |
| TV-146-A | 0 | Vancouver Allotments | 45.74098035 | -120.4339097 | 3-19.16 | 16 | 3 | 19 |
| V-202 | 160 | Vancouver Allotments | 45.83486891 | -120.5264185 | 4-18.14 | 14 | 4 | 18 |
| TV-1019 | 3 | Vancouver Allotments | 45.88549059 | -120.7388083 | 5-17.30 | 30 | 5 | 17 |
| TWW-21 | 80 | Walla Walla Allotments | 45.86220299 | -119.9353371 | 4-23.4 | 4 | 4 | 23 |
| WW-28 | 0 | Walla Walla Allotments | 45.86937896 | -119.9143997 | 5-23.34 | 34 | 5 | 23 |
| TWW-33 | 0 | Walla Walla Allotments | 45.85502749 | -119.9357792 | 4-23.4 | 4 | 4 | 23 |
| V-126 | 160 | Vancouver Allotments | 45.87061771 | -120.4547713 | 5-19.32 | 32 | 5 | 19 |
| TV-127 | 80 | Vancouver Allotments | 45.87072857 | -120.4856098 | 5-19.31 | 31 | 5 | 19 |
| TV-1022 | 0 | Vancouver Allotments | 45.86605748 | -120.7966469 | 4-16.3 | 3 | 4 | 16 |
| MWW-22 | 160 | Walla Walla Allotments Mineral Rights | 45.86219373 | -119.9457835 | 4-23.4 | 4 | 4 | 23 |
| WW-29 | 0 | Walla Walla Allotments | 45.84761585 | -119.9767913 | 4-23.7 | 7 | 4 | 23 |
| WW-15 | 0 | Walla Walla Allotments | 45.81908882 | -120.1327129 | 4-21.24 | 24 | 4 | 21 |
| WW-3 | 0 | Walla Walla Allotments | 45.80439575 | -120.1125436 | 4-22.30 | 30 | 4 | 22 |
| MV-47-A | 0 | Vancouver Allotments Mineral Rights | 45.82210595 | -121.4437554 | 4-11.21 S1/2 NW1/4 | 21 | 4 | 11 |
| V-140 | 160 | Vancouver Allotments | 45.84902866 | -120.4750712 | 4-19.7 | 7 | 4 | 19 |
| TWW-24 | 0 | Walla Walla Allotments | 45.85498896 | -119.9460562 | 4-23.4 | 4 | 4 | 23 |
| VH-0544 | 81 | Vancouver Allotments | 45.84163768 | -121.1159021 | 4-13.12 | 12 | 4 | 13 |
| V-139 | 80 | Vancouver Allotments | 45.84919903 | -120.485317 | 4-19.7 | 7 | 4 | 19 |
| TWW-25 | 0 | Walla Walla Allotments | 45.84758822 | -119.9665421 | 4-23.8 | 8 | 4 | 23 |
| TWW-23 | 0 | Walla Walla Allotments | 45.84758959 | -119.956362 | 4-23.8 | 8 | 4 | 23 |
| V-21 | 80 | Vancouver Allotments | 45.82698152 | -121.100324 | 4-14.18 | 18 | 4 | 14 |
| WW-10 | 0 | Walla Walla Allotments | 45.83357088 | -120.1325748 | 4-21.13 | 13 | 4 | 21 |
| WW-9 | 0 | Walla Walla Allotments | 45.83334648 | -120.122363 | 4-21.13 | 13 | 4 | 21 |
| WW-5 | 0 | Walla Walla Allotments | 45.81912867 | -120.1743344 | 4-21.22 | 22 | 4 | 21 |

3

Public Domain Trust Lands – Yakama Nation, Klickitat County, WA (Feb. 23, 2024)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| V-20 | 0 | Vancouver Allotments | 45.81416921 | -121.0848791 | 2-14.11 | 20 | 4 | 14 |
| MVH-303 | 0 | Vancouver Allotments Mineral Rights | 45.805547 | -121.1394431 | 4-13.26 NE1/4 S1/2 | 26 | 0 | 0 |
| MVH-303 | 0 | Vancouver Allotments Mineral Rights | 45.80188243 | -121.1394701 | 4-13.26 SE1/4 N1/2 | 26 | 0 | 0 |
| TWW-26 | 0 | Walla Walla Allotments | 45.84028465 | -119.9665472 | 4-23.8 | 8 | 4 | 23 |
| V-67 | 221 | Vancouver Allotments | 45.81377332 | -121.1074443 | 4-14.19 | 19 | 4 | 14 |
| MWW-31 | 160 | Walla Walla Allotments Mineral Rights | 45.84046856 | -119.976893 | 4-23.7 | 7 | 4 | 23 |
| WW-19 | 160 | Walla Walla Allotments | 45.8260781 | -120.1019428 | 4-22.18 | 18 | 4 | 22 |
| TWW20 | 160 | Walla Walla Allotments | 45.84010359 | -119.9563579 | 4-23.8 | 8 | 4 | 23 |
| VT-28 | 160 | Vancouver Allotments | 45.79825967 | -121.1498315 | 4-13.26 | 26 | 4 | 13 |
| TWW-7 | 0 | Walla Walla Allotments | 45.82643382 | -120.1638594 | 4-21.15 | 15 | 4 | 21 |
| TWW-8 | 0 | Walla Walla Allotments | 45.8264272 | -120.174307 | 4-21.15 | 15 | 4 | 21 |
| 1003 | 0 | Vancouver Allotments | 45.65667167 | -121.1067496 | 2-14.18 | 18 | 2 | 14 |
| MVH-832 | 0 | Vancouver Allotments Mineral Rights | 45.78570385 | -121.512481 | 3-10.35 SE1/4 | 35 | 3 | 10 |
| V-160 | 80 | Vancouver Allotments | 45.66900119 | -120.9395609 | 2-15.9 | 9 | 2 | 15 |
| V-148 | 0 | Vancouver Allotments | 45.72562055 | -120.4650324 | 3-19.20 | 20 | 3 | 19 |
| MV-158 | 40 | Vancouver Allotments Mineral Rights | 45.67100541 | -121.0129107 | 2-14.11 | 11 | 2 | 14 |
| MV-158 | 40 | Vancouver Allotments Mineral Rights | 45.6675293 | -121.012848 | 2-14.11 | 11 | 2 | 14 |
| V-179 & V179 A-F | 0 | Vancouver Allotments | 45.66534146 | -121.0124611 | 2-14.14 | 14 | 2 | 14 |
| V-38 | 0 | Vancouver Allotments | 45.64536253 | -121.1133979 | 2-14.19 | 19 | 2 | 14 |
| WW-11 | 0 | Walla Walla Allotments | 45.82621799 | -120.1224943 | 4-21.13 | 13 | 4 | 21 |
| WW-17 | 0 | Walla Walla Allotments | 45.82611566 | -120.1122264 | 4-22.18 | 18 | 4 | 22 |
| WW-4 | 0 | Walla Walla Allotments | 45.79699067 | -120.1125574 | 4-22.30 | 30 | 4 | 22 |
| VH-02070 | 80 | Vancouver Allotments | 45.78919972 | -121.1784467 | 4-13.33 | 33 | 4 | 13 |
| MV-47-A | 0 | Vancouver Allotments Mineral Rights | 45.81487861 | -121.4488819 | 4-11.20 E1/2 SE1/4 | 20 | 4 | 11 |
| WW-16 | 80 | Walla Walla Allotments | 45.81005143 | -120.1226713 | 4-21.24 | 24 | 4 | 21 |
| WW-6 | 0 | Walla Walla Allotments | 45.8191356 | -120.1639111 | 4-21.22 | 22 | 4 | 21 |
| WW--1 | 160 | Walla Walla Allotments | 45.80427985 | -120.1022065 | 4-22.30 | 30 | 4 | 22 |
| V-67 | 221 | Vancouver Allotments | 45.81273383 | -121.1161597 | 4-13.24 | 24 | 4 | 13 |
| V-187 | 160 | Vancouver Allotments | 45.80386906 | -121.1936349 | 4-13.28 | 28 | 4 | 13 |
| V-70 | 160 | Vancouver Allotments | 45.80699145 | -121.0977658 | 4-14.30 | 30 | 4 | 14 |

4

Public Domain Trust Lands – Yakama Nation, Klickitat County, WA (Feb. 23, 2024)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| VH-572 | 160 | Vancouver Allotments | 45.77824508 | -121.1498566 | 3-13.2 | 2 | 3 | 13 |
| VH-3959 | 80 | Vancouver Allotments | 45.76856138 | -120.4364587 | 3-19.4 | 4 | 3 | 19 |
| V-195 | 160 | Vancouver Allotments | 45.73657442 | -121.2683026 | 3-12.23 | 23 | 3 | 12 |
| VH-954 | 0 | Vancouver Allotments | 45.78757909 | -121.5333003 | 4-10.34 | 34 | 4 | 10 |
| T-63 | 160 | Vancouver Allotments | 45.78912904 | -121.1602196 | 4-13.34 | 34 | 4 | 13 |
| V-68 | 80 | Vancouver Allotments | 45.80890404 | -121.1083578 | 4-14.30 | 30 | 4 | 14 |
| VT-62 | 160 | Vancouver Allotments | 45.78378652 | -121.1654549 | 4-13.34 | 34 | 4 | 13 |
| VH-1523 | 80 | Vancouver Allotments | 45.80369956 | -121.1471484 | 4-13.26 | 26 | 4 | 13 |
| VT-28 | 160 | Vancouver Allotments | 45.79457687 | -121.1498313 | 4-13.35 | 35 | 4 | 13 |
| TVH-6009 | 0 | Vancouver Allotments | 45.79094074 | -121.1498552 | 4-13.35 | 35 | 4 | 13 |
| V-69 | 0 | Vancouver Allotments | 45.78649428 | -121.182309 | 4-13.33 | 33 | 4 | 13 |
| V-80 | 160 | Vancouver Allotments | 45.75378473 | -120.4433968 | 3-19.9 | 9 | 3 | 19 |
| VH-0574 | 0 | Vancouver Allotments | 45.77598811 | -120.4436349 | 3-19.4 | 4 | 3 | 19 |
| V-77 | 160 | Vancouver Allotments | 45.7612429 | -120.4344498 | 3-19.9 | 9 | 3 | 19 |
| TV-66 | 160 | Vancouver Allotments | 45.78395188 | -121.1888551 | 4-13.33 | 33 | 4 | 13 |
| TV-66 | 160 | Vancouver Allotments | 45.78021207 | -121.1837076 | 3-13.4 | 4 | 3 | 13 |
| VH-498 | 160 | Vancouver Allotments | 45.7747765 | -121.1940699 | 3-13.4 | 4 | 3 | 13 |
| V-78 | 0 | Vancouver Allotments | 45.77546837 | -120.4023834 | 3-19.2 | 2 | 3 | 19 |
| MV-72 | 160 | Vancouver Allotments Mineral Rights | 45.74277216 | -121.2643337 | 3-12.14 | 14 | 3 | 12 |
| V-86 | 160 | Vancouver Allotments | 45.76792156 | -120.4032003 | 3-19.2 | 2 | 3 | 19 |
| VH-3960 | 0 | Vancouver Allotments | 45.77580759 | -120.4333103 | 3-19.4 | 4 | 3 | 19 |
| V-97 | 160 | Vancouver Allotments | 45.76839957 | -120.4316389 | 3-19.4 | 4 | 3 | 19 |
| V-147 | 80 | Vancouver Allotments | 45.73749897 | -120.4338055 | 3-19.16 | 16 | 3 | 19 |
| V-149 | 80 | Vancouver Allotments | 45.72737001 | -120.4542668 | 3-19.20 | 20 | 3 | 19 |
| V-98 | 0 | Vancouver Allotments | 45.76819457 | -120.4187706 | 3-19.3 | 3 | 3 | 19 |
| V-79 | 160 | Vancouver Allotments | 45.76093279 | -120.4244485 | 3-19.10 | 10 | 3 | 19 |
| V-83 | 160 | Vancouver Allotments | 45.76076509 | -120.4141488 | 3-19.10 | 10 | 3 | 19 |
| V-85 | 160 | Vancouver Allotments | 45.75360914 | -120.424369 | 3-19.10 | 10 | 3 | 19 |
| V-97 | 160 | Vancouver Allotments | 45.76831817 | -120.4266859 | 3-19.3 | 3 | 3 | 19 |
| V-81 | 160 | Vancouver Allotments | 45.75393855 | -120.4344531 | 3-19.9 | 9 | 3 | 19 |

5

Public Domain Trust Lands – Yakama Nation, Klickitat County, WA (Feb. 23, 2024)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| VH-976 | 80 | Vancouver Allotments | 45.72112456 | -121.3545458 | 3-12.30 | 30 | 3 | 12 |
| V-50 | 160 | Vancouver Allotments | 45.72111758 | -121.2646138 | 3-12.26 | 26 | 3 | 12 |
| TH-402 | 160 | Vancouver Allotments | 45.73185493 | -121.25674 | 3-12.24 | 24 | 3 | 12 |
| V-91 | 0 | Vancouver Allotments | 45.73433307 | -120.4413907 | 3-19.21 | 21 | 3 | 19 |
| V-91 | 0 | Vancouver Allotments | 45.73406801 | -120.436287 | 3-19.21 | 21 | 3 | 19 |
| 1026 | 40 | Vancouver Allotments | 45.7446768 | -121.277043 | 3-12.14 | 14 | 3 | 12 |
| V-91 | 0 | Vancouver Allotments | 45.73460633 | -120.4465118 | 3-19.21 | 21 | 3 | 19 |
| V-90 | 0 | Vancouver Allotments | 45.73178047 | -120.426193 | 3-19.22 | 22 | 3 | 19 |
| VH-976 | 0 | Vancouver Allotments | 45.72843373 | -121.3544977 | 3-12.19 | 19 | 3 | 12 |
| VH-403 | 120 | Vancouver Allotments | 45.71934078 | -121.2722515 | 3-12.26 | 26 | 3 | 12 |
| V-143 | 160 | Vancouver Allotments | 45.74707875 | -120.4441033 | 3-19.16 | 16 | 3 | 19 |
| V-145 | 80 | Vancouver Allotments | 45.74169224 | -120.4440808 | 3-19.16 | 16 | 3 | 19 |
| V-89 | 0 | Vancouver Allotments | 45.73887752 | -120.4260496 | 3-19.15 | 15 | 3 | 19 |
| V-88 | 80 | Vancouver Allotments | 45.73198488 | -120.4313794 | 3-19.21 | 21 | 3 | 19 |
| V-144 | 78 | Vancouver Allotments | 45.73807859 | -120.4440038 | 3-19.16 | 16 | 3 | 19 |
| V-179 & V179 A-F | 0 | Vancouver Allotments | 45.66284671 | -121.0128866 | 2-14.14 | 14 | 2 | 14 |
| V-38 | 0 | Vancouver Allotments | 45.6497161 | -121.1067634 | 2-14.19 | 19 | 2 | 14 |
| V-1006 | 0 | Vancouver Allotments | 45.71248282 | -121.4585922 | 3-11.23 | 23 | 3 | 11 |
| MV-170 | 80 | Vancouver Allotments Mineral Rights | 45.68477929 | -120.8903141 | 2-15.2 | 2 | 2 | 15 |
| MV-172 | 80 | Vancouver Allotments Mineral Rights | 45.68132539 | -120.8903393 | 2-15.2 | 2 | 2 | 15 |
| V-8 | 0 | Vancouver Allotments | 45.69117946 | -121.015368 | 2-14.2 | 2 | 2 | 14 |
| MTV-181 | 80 | Vancouver Allotments Mineral Rights | 45.7111595 | -120.4670328 | 3-19.29 | 29 | 3 | 19 |
| V-34 | 160 | Vancouver Allotments | 45.66882272 | -120.8904506 | 2-15.11 | 11 | 2 | 15 |
| V-192 | 80 | Vancouver Allotments | 45.66928708 | -121.0436379 | 2-14.10 | 10 | 2 | 14 |
| V-157 | 80 | Vancouver Allotmants | 45.66928147 | -121.0384597 | 2-14.10 | 10 | 2 | 14 |
| V-155 | 80 | Vancouver Allotments | 45.68318625 | -120.9393737 | 2-15.4 | 4 | 2 | 15 |
| T9001 (TR1) | 84 | Vancouver Allotments | 45.63933186 | -121.1116395 | 2-14.19 | 19 | 2 | 14 |
| TV-64 | 40 | Vancouver Allotments | 45.63441855 | -121.117181 | 2-13.25 | 25 | 2 | 13 |
| V-30 | 120 | Vancouver Allotments | 45.66155078 | -121.1191033 | 2-13.13 | 13 | 2 | 13 |
| V-166 | 80 | Vancouver Allotments | 45.69196435 | -120.890258 | 2-15.2 | 2 | 2 | 15 |

Public Domain Trust Lands – Yakama Nation, Klickitat County, WA (Feb. 23, 2024)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MV-151 | 160 | Vancouver Allotments Mineral Rights | 45.68317207 | -120.9318312 | 2-15.4 | 4 | 2 | 15 |
| MV-171 | 80 | | | | 2-15.3 | 3 | 2 | 15 |
| V-167 | 80 | Vancouver Allotments | 45.68830224 | -120.8902877 | 2-15.2 | 2 | 2 | 15 |
| V-191 | 80 | Vancouver Allotments | 45.67588864 | -121.0352264 | 2-14.10 | 10 | 2 | 14 |
| MV-169 | 0 | Vancouver Allotments Mineral Rights | 45.67783602 | -120.9009428 | 2-15.11 | 11 | 2 | 15 |
| V-32 | 0 | Vancouver Allotments | 45.67795892 | -120.9526449 | 2-15.8 | 8 | 2 | 15 |
| V-162 | 80 | Vancouver Allotments | 45.66909063 | -120.9500776 | 2-15.8 | 8 | 2 | 15 |
| V-159 | 80 | Vancouver Allotments | 45.66010177 | -120.9948551 | 2-14.13 | 13 | 2 | 14 |
| V-161 | 80 | Vancouver Allotments | 45.68321799 | -120.9446249 | 2-15.4 | 4 | 2 | 15 |
| V-190 | 80 | Vancouver Allotments | 45.66762371 | -120.9949429 | 2-14.12 | 12 | 2 | 14 |
| V-200 | 80 | Vancouver Allotments | 45.67836938 | -121.0257303 | 2-14.11 | 11 | 2 | 14 |
| MVH-5523 | 80 | Vancouver Allotments Mineral Rights | 45.66759298 | -121.0050902 | 2-14.12 | 12 | 2 | 14 |
| V-164 | 0 | Vancouver Allotments | 45.66929754 | -121.0334194 | 2-14.10 | 10 | 2 | 14 |
| TV-193 | 80 | Vancouver Allotments | 45.67467226 | -121.0256858 | 2-14.11 | 11 | 2 | 14 |
| V-154 | 80 | Vancouver Allotments | 45.66916888 | -120.9604751 | 2-15.8 | 8 | 2 | 15 |
| MV-186 | 160 | Vancouver Allotments Mineral Rights | 45.66890501 | -120.9213254 | 2-15.10 | 10 | 2 | 15 |
| V-174 | 160 | Vancouver Allotments | 45.67612266 | -120.9214856 | 2-15.10 | 10 | 2 | 15 |
| MVH-5534 | 140 | Vancouver Allotments Mineral Rights | 45.66179993 | -120.9317848 | 2-15.16 | 16 | 2 | 15 |
| V-153 | 80 | Vancouver Allotments | 45.66923855 | -120.9659428 | 2-15.8 | 8 | 2 | 15 |
| V-175 | 160 | Vancouver Allotments | 45.67606874 | -120.9112577 | 2-15.10 | 10 | 2 | 15 |
| MV-165 | 80 | Vancouver Allotments | 45.66895217 | -120.9344041 | 2-15.9 | 9 | 2 | 15 |
| MV-168 | 80 | Vancouver Allotments Mineral Rights | 45.67253653 | -120.9036655 | 2-15.11 | 11 | 2 | 15 |
| MV-163 | 80 | Vancouver Allotments Mineral Rights | 45.66915301 | -120.9551753 | 2-15.8 | 8 | 2 | 15 |
| V-179 & V179 A-F | 0 | Vancouver Allotments | 45.66414671 | -121.0117915 | 2-14.14 | 14 | 2 | 14 |
| V-35 | 160 | Vancouver Allotments | 45.66396444 | -120.958408 | 2-15.17 | 17 | 2 | 15 |
| V-179 & V179 A-F | 0 | Vancouver Allotments | 45.66437809 | -121.0127457 | 2-14.14 | 14 | 2 | 14 |
| MVH-5530 | 160 | Vancouver Allotments Mineral Rights | 45.66899343 | -120.911125 | 2-15.10 | 10 | 2 | 15 |
| MV-29 | 125 | Vancouver Allotments Mineral Rights | 45.65556008 | -121.0997832 | 2-14.18 | 18 | 2 | 14 |
| VH-852 | 160 | Vancouver Homestead Allotments | 45.64630567 | -121.1223575 | 2-13.24 | 24 | 2 | 13 |
| T-1010 | 0 | Vancouver Allotments | 45.66399614 | -120.975698 | 2-15.18 | 18 | 2 | 15 |

Public Domain Trust Lands – Yakama Nation, Klickitat County, WA (Feb. 23, 2024)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| V-179 & V179 A-F | 0 | Vancouver Allotments | 45.66316357 | -121.0110236 | 2-14.14 | 14 | 2 | 14 |
| V-179 & V179 A-F | 0 | Vancouver Allotments | 45.66501137 | -121.0140557 | 2-14.14 | 14 | 2 | 14 |
| V-179 & V179 A-F | 0 | Vancouver Allotments | 45.66470499 | -121.0135588 | 2-14.14 | 14 | 2 | 14 |
| V-179 & V179 A-F | 0 | Vancouver Allotments | 45.66128518 | -121.0112186 | 2-14.14 | 14 | 2 | 14 |
| V-179 & V179 A-F | 0 | Vancouver Allotments | 45.6639684 | -121.012729 | 2-14.14 | 14 | 2 | 14 |
| V-179 & V179 A-F | 0 | Vancouver Allotments | 45.66407431 | -121.0108021 | 2-14.14 | 14 | 2 | 14 |
| V-179 & V179 A-F | 0 | Vancouver Allotments | 45.66392796 | -121.0143156 | 2-14.14 | 14 | 2 | 14 |
| MV-61 | 80 | Vancouver Allotments Mineral Rights | 45.63992675 | -121.1380502 | 2-13.23 | 23 | 2 | 13 |
| MV-185 | 160 | Vancouver Allotments Mineral Rights | 45.63984595 | -121.1199236 | 2-13.24 | 24 | 2 | 13 |
| MV-45 | 40 | Vancouver Allotments Mineral Rights | 45.63444904 | -121.122318 | 2-13.25 | 25 | 2 | 13 |
| V-179 & V179 A-F | 0 | Vancouver Allotments | 45.66339863 | -121.0125756 | 2-14.14 | 14 | 2 | 14 |
| V-179 & V179 A-F | 0 | Vancouver Allotments | 45.66439225 | -121.0147783 | 2-14.14 | 14 | 2 | 14 |
| V-179 & V179 A-F | 0 | Vancouver Allotments | 45.66245521 | -121.014371 | 2-14.14 | 14 | 2 | 14 |
| V-179 & V179 A-F | 0 | Vancouver Allotments | 45.6604507 | -121.0105019 | 2-14.14 | 14 | 2 | 14 |
| V-179 & V179 A-F | 0 | Vancouver Allotments | 45.66124378 | -121.0137333 | 2-14.14 | 14 | 2 | 14 |
| V-179 & V179 A-F | 0 | Vancouver Allotments | 45.66209586 | -121.0140187 | 2-14.14 | 14 | 2 | 14 |
| TV-194 | 121 | Vancouver Allotments | 45.66269613 | -121.0202642 | 2-14.14 | 14 | 2 | 14 |
| T-1011 | 160 | Vancouver Allotments | 45.64910653 | -121.1274632 | 2-13.24 | 24 | 2 | 13 |
| V- 1005 | 0 | Vancouver Allotments | 45.61603819 | -121.1826913 | 2-13.33 | 33 | 2 | 33 |
| MV-43 | 40 | Vancouver Allotments Mineral Rights | 45.63081097 | -121.1222883 | 2-13.25 | 25 | 2 | 13 |
| V-179 & V179 A-F | 0 | Vancouver Allotments | 45.65999751 | -121.0129392 | 2-14.14 | 14 | 2 | 14 |
| VH-400 | 160 | Vancouver Allotments | 45.72103256 | -121.3468671 | 3-12.30 | 30 | 3 | 12 |
| MVH-243 | 0 | Vancouver Allotments Mineral Rights | 45.89415843 | -120.4156403 | 5-19.27  NW1/4 NE1/4 Lot 1 | 27 | 0 | 0 |
| MV-103 | 0 | Vancouver Allotments Mineral Rights | 45.89052976 | -120.4259043 | 5-19.27  SW1/4 NW 1/4 Lot4 | 27 | 5 | 19 |
| MVH-243 | 0 | Vancouver Allotments Mineral Rights | 45.8941657 | -120.4208393 | 5-19.27  NE1/4 NW1/4 Lot 2 | 27 | 0 | 0 |
| 1025 | 38 | Vancouver Allotments | 45.74114746 | -121.2769134 | 3-12.14 | 14 | 3 | 12 |

8

Fishing Access Sites – Yakama Nation, Klickitat County, WA (Feb. 23, 2024)

| Name | County | X_Coord | Y_Coord |
|---|---|---|---|
| Alderdale | Klickitat | 1785068.917 | 183553.501 |
| Pine Creek | Klickitat | 1750318.06 | 168288.1123 |
| Moonay | Klickitat | 1745047.945 | 166194.6872 |
| Roosevelt Park | Klickitat | 1710984.208 | 145137.912 |
| Sundale Park | Klickitat | 1658549.024 | 135306.0252 |
| Rock Creek | Klickitat | 1643850.159 | 134807.4169 |
| Pasture Point | Klickitat | 1641401.135 | 135597.9745 |
| Goodnoe | Klickitat | 1633214.876 | 143704.2192 |
| John Day | Klickitat | 1589717.364 | 142739.9263 |
| Maryhill | Klickitat | 1554649.726 | 126645.9937 |
| Avery | Klickitat | 1503344.649 | 120530.7679 |
| Dallesport | Klickitat | 1463206.266 | 104213.9736 |
| Lyle | Klickitat | 1440409.125 | 130895.3218 |
| White Salmon | Klickitat | 1386879.115 | 143807.8443 |