## United States District Court – Western District of Washington
### TRANSCRIPT ORDER FORM

Court Reporter: Nancy Bauer             Judicial Officer: Robert S. Lasnik

Case No. 3:22cv5035                     Case Name: Soto Palmer, et al. v. Hobbs, et al.

| Date(s): | Proceedings to be transcribed: | Court Reporter (if different from selection above): |
|---|---|---|
| 2/9/2024 | Oral Argument on Remedial Issues | |
| | | |
| | | |
| | | |

For Appeal? [✔] No   [ ] Yes     Court of Appeals Case No. _____

If you are submitting this form to designate transcripts for appeal only, and do not wish to request the preparation of any transcripts, please skip to, and complete, the Additional Comments and Contact Information sections, sign, date, and submit this form via CM/ECF.

| **Please choose one:** | Maximum Transcript Fees – Per Page | | | **Requested Delivery Date*** |
|---|---|---|---|---|
| | Original | 1st Copy | 2nd Copy | 02/28/2024 |
| [ ] Ordinary Transcript (30 day) | $4.00 | $1.00 | $ .70 | |
| [ ] 14-Day Transcript (14 day) | $4.70 | $1.00 | $ .70 | ***Before filing this form, you MUST first contact the individual court reporter to secure your requested delivery date. Requests for delivery of less than 30 days will be honored <u>when possible.</u>** |
| [ ] Expedited Transcript (7 day) | $5.35 | $1.00 | $ .70 | |
| [✔] 3-Day Transcript (3 day) | $6.00 | $1.20 | $ .85 | |
| [ ] Daily Transcript (next morning) | $6.70 | $1.35 | $1.00 | |
| [ ] Hourly Transcript (same day) | $8.00 | $1.35 | $1.00 | |
| [ ] Realtime Transcript | $3.40 | ------- | ------- | |

[✔] PDF (default delivery format)

Email address for delivery of PDF transcript: dstokesbary@chalmersadams.com

Additional Comments:

| **Contact Information** | |
|---|---|
| Name: | Andrew R. Stokesbary |
| Phone: | 206-813-9322    Email: dstokesbary@chalmeradams.com |
| Firm: | Chalmers, Adams, Backer & Kaufman LLC |
| Street Address: | 701 Fifth Avenue, Suite 4200 |
| City/State/Zip: | Seattle, WA 98104 |
| Billing Reference # (if applicable): | |

*Andrew R. Stokesbary*                                       02/26/2024
_____                          _____
**Signature**                                                **Date**

[PRINT]                    [SAVE AS]                    [RESET]

**INSTRUCTIONS**

- Use this form to order the transcription of proceedings. Complete a separate order form for each case number. An original must be ordered and prepared prior to the availability of copies. The original fee is charged only once.

- Delivery Time: You MUST contact each individual court reporter to secure your requested delivery date prior to filing this form. Requests for delivery of less than 30 days will be honored <u>when possible</u>. Once contacted, the court reporter will notify you of the amount of the required deposit fee which may be mailed or delivered to the court reporter. Delivery time is computed from the date of receipt of the deposit fee, or receipt of the signed order form from the federal government.

- Filing with the Court: Parties to the case must electronically file this form in the CM/ECF system. Non-parties and pro se litigants should deliver a copy of this form to the Clerk's Office or email a copy to: TranscriptOrderForm@wawd.uscourts.gov.

    o  If you are a CJA attorney requesting a transcript, please contact the CJA Panel Administrator to assist you in placing your transcript order through eVoucher.

- Completion of Order: The court reporter will notify you when the transcript is completed. If the deposit fee was insufficient to cover all charges, the court reporter will notify you of the balance due which must be paid prior to receiving the completed order.

- NOTE: Full price may be charged only if the transcript is delivered within the agreed upon time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 calendar days, payment would be at the ordinary delivery rate.

- Designation of Transcripts on Appeal: This form must be completed whether or not transcripts will be designated, and must be filed in the district court case in CM/ECF.  Please place your transcript order far enough in advance for the court reporter(s) to complete and file the requested transcripts prior to any Ninth Circuit deadlines.

    o  If you are submitting this form to designate transcripts for appeal only, and do not wish to request the preparation of any transcripts, please leave the Transcript Fees / Completion Date section blank, complete the Additional Comments and Contact Information sections, sign, date, and submit this form via CM/ECF.

- *For additional information and court reporter contact information, please visit the Court's website.*