The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SUSAN SOTO PALMER et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>STEVEN HOBBS, in his official capacity as Secretary of State of Washington, et al.,<br><br>*Defendants*,<br><br>and<br><br>JOSE TREVINO et al.,<br><br>*Intervenor-Defendants*. | Case No.: 3:22-cv-5035-RSL<br><br>INTERVENOR-DEFENDANTS' UNOPPOSED MOTION TO EXPEDITE CONSIDERATION OF THEIR MOTION TO EXTEND TIME OF, AND ESTABLISH PROCEDURES FOR, REMEDIAL EVIDENTIARY HEARING<br><br>NOTE ON MOTION CALENDAR:<br>March 4, 2024 |

Intervenor-Defendants have filed a motion seeking to extend the time of, and establish procedures for, the remedial evidentiary hearing scheduled for March 8, 2024 (*see* Dkts. ## 266, 279). Given the time-sensitive nature of the matter and that resolution of the motion will affect the Parties' hearing preparation, Intervenor-Defendants respectfully request that the Court expedite briefing and decision on their motion.

Plaintiffs and Defendant State of Washington do not oppose this motion to expedite consideration of Intervenor's prior motion, and Defendant Secretary of State takes no position on this motion.

INTERVENOR-DEFENDANTS' UNOPPOSED MOTION TO EXPEDITE CONSIDERATION
No. 3:22-cv-5035-RSL

1

**Chalmers, Adams, Backer & Kaufman, LLC**
701 Fifth Avenue, Suite 4200
Seattle, Washington 98104
Phone: (206) 207-3920

DATED this 3rd day of March, 2024.

Respectfully submitted,

*s/ Andrew R. Stokesbary*
Andrew R. Stokesbary, WSBA No. 46097
CHALMERS, ADAMS, BACKER & KAUFMAN, LLC
701 Fifth Avenue, Suite 4200
Seattle, WA 98104
T: (206) 813-9322
dstokesbary@chalmersadams.com

Jason B. Torchinsky (admitted pro hac vice)
Phillip M. Gordon (admitted pro hac vice)
Andrew B. Pardue (admitted pro hac vice)
Caleb Acker (admitted pro hac vice)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
15405 John Marshall Hwy
Haymarket, VA 20169
T: (540) 341-8808
jtorchinsky@holtzmanvogel.com
pgordon@holtzmanvogel.com
apardue@holtzmanvogel.com
cacker@holtzmanvogel.com

Dallin B. Holt (admitted pro hac vice)
Brennan A.R. Bowen (admitted pro hac vice)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
Esplanade Tower IV
2575 East Camelback Rd
Suite 860
Phoenix, AZ 85016
T: (540) 341-8808
dholt@holtzmanvogel.com
bbowen@holtzmanvogel.com

*Counsel for Intervenor-Defendants*

I certify that this memorandum contains 89 words, in compliance with the Local Civil Rules.

INTERVENOR-DEFENDANTS' UNOPPOSED MOTION TO EXPEDITE CONSIDERATION
No. 3:22-cv-5035-RSL

2

**Chalmers, Adams, Backer & Kaufman, LLC**
701 Fifth Avenue, Suite 4200
Seattle, Washington 98104
Phone: (206) 207-3920

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing document with the Clerk of the Court of the United States District Court for the Western District of Washington through the Court's CM/ECF System, which will serve a copy of this document upon all counsel of record.

DATED this 3rd day of March, 2024.

Respectfully submitted,

<u>s/ Andrew R. Stokesbary</u>
Andrew R. Stokesbary, WSBA No. 46097

*Counsel for Intervenor-Defendants*

INTERVENOR-DEFENDANTS' UNOPPOSED MOTION TO EXPEDITE CONSIDERATION
No. 3:22-cv-5035-RSL

3

**Chalmers, Adams, Backer & Kaufman, LLC**
701 Fifth Avenue, Suite 4200
Seattle, Washington 98104
Phone: (206) 207-3920