The Honorable Robert S. Lasnik

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

SUSAN SOTO PALMER, et. al.,

*Plaintiffs*,

v.

STEVEN HOBBS, et. al.,

*Defendants*,

and

JOSE TREVINO, ISMAEL CAMPOS, and ALEX YBARRA,

*Intervenor-Defendants*.

Case No.: 3:22-cv-05035-RSL

Judge: Robert S. Lasnik

**PLAINTIFFS' RESPONSE TO INTERVENOR-DEFENDANTS' MOTION TO EXTEND TIME OF, AND ESTABLISH PROCEDURES FOR, REMEDIAL EVIDENCIARY HEARING**

Plaintiffs present this brief response to explain their opposition to Intervenor-Defendants' Motion to Extend Time of the Remedial Evidentiary Hearing and to present their full positions on the admissibility of Dr. Trende's supplemental expert report and the division of time between the parties.

*First*, Plaintiffs oppose Intervenor-Defendants' motion to extend the time of the evidentiary hearing. This Court made clear that the hearing would focus "in particular" on "Remedial Map 3A." Dkt. # 266 at 1. The factual disputes are thus limited, and any testimony should be similarly

limited. Moreover, the parties have had ample opportunities to brief their positions and present evidence throughout the remedial process, including opportunities to present expert reports both before and after the Court indicated its focus on Map 3A.

*Second*, Intervenor-Defendants failed to include Plaintiffs' full position regarding the stipulated admission of the supplemental remedial expert report of Dr. Sean Trende, Dkt. # 273. Plaintiffs note that, while they stipulate the admissibility of Dr. Trende's supplemental report, the new map contained therein along with the related data and analysis are untimely and should be excluded.

*Finally*, Plaintiffs note that Intervenors' motion assumes the hearing is currently set for four hours, *see* Dkt. # 279 at 3, an assumption not shared by Plaintiffs. Intervenors also assume that there will be an even share of time for each expert. *Id.* at 2 ("Assuming an equal division between the experts, the current afternoon time allocation would allow for each expert to be on the stand for a total of 80 minutes."). Plaintiffs reiterate their position that the time allocated for the hearing be evenly divided between Intervenors and Plaintiffs (with the State's time subtracted from Plaintiffs' per the Court's indication at the hearing), with each side to determine the manner in which they want to spend their time.

Dated: March 4, 2024

Respectfully submitted,

By: /s/ Simone Leeper

Edwardo Morfin
WSBA No. 47831
Morfin Law Firm, PLLC
2602 N. Proctor Street, Suite 205
Tacoma, WA 98407
Telephone: 509-380-9999

Mark P. Gaber*

Chad W. Dunn*
Sonni Waknin*
UCLA Voting Rights Project
3250 Public Affairs Building
Los Angeles, CA 90095
Telephone: 310-400-6019
Chad@uclavrp.org
Sonni@uclavrp.org

Simone Leeper*
Aseem Mulji*
Benjamin Phillips*
CAMPAIGN LEGAL CENTER
1101 14th St. NW, Ste. 400
Washington, DC 20005
mgaber@campaignlegal.org
sleeper@campaignlegal.org
amulji@campaignlegal.org
bphillips@campaignlegal.org

Annabelle E. Harless*
CAMPAIGN LEGAL CENTER
55 W. Monroe St., Ste. 1925
Chicago, IL 60603
aharless@campaignlegal.org

*Admitted pro hac vice

Thomas A. Saenz*
Ernest Herrera*
Leticia M. Saucedo*
Erika Cervantes*
MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
643 S. Spring St., 11th Fl.
Los Angeles, CA 90014
Telephone: (213) 629-2512
tsaenz@maldef.org
eherrera@maldef.org
lsaucedo@maldef.org
ecervantes@maldef.org

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that all counsel of record were served a copy of the foregoing this 4th day of March 2024, via the Court's CM/ECF system.

*/s/ Simone Leeper*
Simone Leeper
*Counsel for Plaintiffs*