UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUSAN SOTO PALMER, *et al.*,

   Plaintiffs,

  v.

STEVEN HOBBS, *et al.*,

   Defendants,

  and

JOSE TREVINO, *et al.*,

   Intervenor-Defendants.

CASE NO. 3:22-cv-05035-RSL

ORDER

An evidentiary hearing regarding remedial proposals, in particular, Remedial Map 3A, is scheduled for Friday, March 8, 2024, at 1:30 p.m. in Courtroom 15106, before Judge Robert S. Lasnik. Intervenor-Defendants have requested that the half-day hearing be extended to a full day and that the Court clarify the procedures to be used at the hearing. Dkt. # 279. They also filed a motion seeking expedited briefing and consideration of the issues raised in the first motion. Dkt # 280. Plaintiffs filed their response to Dkt. # 279 before noon today, Dkt. # 281, and that State and Secretary Hobbs have informed chambers staff that they do not intend to respond.

ORDER - 1

The motion for expedited briefing and consideration, Dkt. # 280, is GRANTED. Intervenor-Defendants shall file their reply to Dkt. # 281 by midnight tonight.

Dated this 4th day of March, 2024.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER - 2