UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Susan Soto Palmer, et al.,

            Plaintiff(s),

  v.

Jose Trevino, et al.,
          Intervenor Defendants,
     and
Steven Hobbs, et al.,
          Defendant(s).

NOTICE OF CIVIL APPEAL

Case No 3:22-cv-05035-RSL

District Court Judge

Robert S. Lasnik

Notice is hereby given that Jose Trevino, Alex Ybarra and Ismael Campos

(Name of Appellant)

appeals to the United States Court of Appeals for the Ninth Circuit from

Injunction and Final Decision in a Civil Case
(Name of Order/Judgment)

entered in this action on 03/15/2024  .
                    (Date of Order)

Dated: 03/15/2024  .

Andrew R. Stokesbary
Chalmers, Adams, Backer & Kaufman LLC
701 Fifth Avenue, Suite 4200
Seattle, WA 98104
(206) 813-9322

Name, Address and Phone Number of Counsel for Appellant or Appellant/*Pro Se*

/s/ Andrew R. Stokesbary
Signature of Counsel for Appellant or Appellant/*Pro Se*

NOTICE OF CIVIL APPEAL - 1