The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| SUSAN SOTO PALMER et al., | |
| *Plaintiffs*, | |
| v. | Case No.: 3:22-cv-5035-RSL |
| STEVEN HOBBS, in his official capacity as Secretary of State of Washington, et al., | INTERVENOR-DEFENDANTS' NOTICE OF MOTION FOR STAY BASED ON CONSTRUCTIVE DENIAL |
| *Defendants*, | |
| and | |
| JOSE TREVINO et al., | |
| *Intervenor-Defendants*. | |

Intervenor-Defendants respectfully provide notice that they intend to move for a stay pending appeal of this Court's March 15 order in the Ninth Circuit on Monday, March 18. Intervenor-Defendants made an oral motion for such a stay at the hearing on February 9, 2024. Although this Court's order today does not address that request specifically, Intervenor-Defendants view the order as constructively denying that request for stay pending appeal. If this Court intended to leave open that issue, Intervenor-Defendants request that this Court clarify that the motion remains pending.

INTERVENOR-DEFENDANTS'
NOTICE OF MOTION FOR STAY

No. 3:22-cv-5035-RSL

1

**Chalmers, Adams, Backer & Kaufman, LLC**
701 Fifth Avenue, Suite 4200
Seattle, Washington 98104
Phone: (206) 207-3920

1     DATED this 15th day of March, 2024.

    Respectfully submitted,

*s/ Andrew R. Stokesbary*
Andrew R. Stokesbary, WSBA No. 46097
CHALMERS, ADAMS, BACKER & KAUFMAN, LLC
701 Fifth Avenue, Suite 4200
Seattle, WA 98104
T: (206) 813-9322
dstokesbary@chalmersadams.com

Jason B. Torchinsky (admitted pro hac vice)
Phillip M. Gordon (admitted pro hac vice)
Andrew B. Pardue (admitted pro hac vice)
Caleb Acker (admitted pro hac vice)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
15405 John Marshall Hwy
Haymarket, VA 20169
T: (540) 341-8808
jtorchinsky@holtzmanvogel.com
pgordon@holtzmanvogel.com
apardue@holtzmanvogel.com
cacker@holtzmanvogel.com

Dallin B. Holt (admitted pro hac vice)
Brennan A.R. Bowen (admitted pro hac vice)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
Esplanade Tower IV
2575 East Camelback Rd
Suite 860
Phoenix, AZ 85016
T: (540) 341-8808
dholt@holtzmanvogel.com
bbowen@holtzmanvogel.com

*Counsel for Intervenor-Defendants*

I certify that this memorandum contains 88 words, in compliance with the Local Civil Rules.

INTERVENOR-DEFENDANTS'
NOTICE OF MOTION FOR STAY

No. 3:22-cv-5035-RSL

2

**Chalmers, Adams, Backer & Kaufman, LLC**
701 Fifth Avenue, Suite 4200
Seattle, Washington 98104
Phone: (206) 207-3920

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing document with the Clerk of the Court of the United States District Court for the Western District of Washington through the Court's CM/ECF System, which will serve a copy of this document upon all counsel of record.

DATED this 15th day of March, 2024.

    Respectfully submitted,

    <u>s/ Andrew R. Stokesbary</u>
    Andrew R. Stokesbary, WSBA No. 46097

    *Counsel for Intervenor-Defendants*

INTERVENOR-DEFENDANTS' NOTICE OF MOTION FOR STAY

No. 3:22-cv-5035-RSL

3

**Chalmers, Adams, Backer & Kaufman, LLC**
701 Fifth Avenue, Suite 4200
Seattle, Washington 98104
Phone: (206) 207-3920