UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUSAN SOTO PALMER, *et al.*,

        Plaintiffs,

  v.

STEVEN HOBBS, *et al.*,

        Defendants,

    and

JOSE TREVINO, *et al.*,

        Intervenor-Defendants.

CASE NO. 3:22-cv-05035-RSL

ORDER

This matter comes before the Court on "Intervenor-Defendants' Notice of Motion for Stay Based on Constructive Denial." Dkt. # 292. Intervenor-Defendants misconstrue the record. The Court expressly denied the request for a stay at the February 9, 2024, hearing. Dkt. # 276 at 31 ("I am going to deny the request for a stay. We're going to go forward on the remedial side of things.").

Dated this 18th day of March, 2024.

Robert S. Lasnik
United States District Judge

ORDER - 1