FILED

MAR 19 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SUSAN SOTO PALMER, et al.;<br><br>　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>STEVEN HOBBS, in his official capacity as Secretary of State of Washington; STATE OF WASHINGTON, in his official capacity as Secretary of State of Washington,<br><br>　　　　Defendants - Appellees,<br><br>JOSE A. TREVINO, et al.;<br><br>　　　　Intervenor-Defendants - Appellants. | No. 24-1602<br><br>D.C. No. 3:22-cv-05035-RSL<br>Western District of Washington, Tacoma<br><br>ORDER |

　　　The court has received appellants' emergency motion for a stay pending appeal. Responses to the motion are due by 12:00 p.m. Pacific Time on Wednesday, March 20, 2024. Any reply is due by 12:00 p.m. Pacific Time on Thursday, March 21, 2024.

　　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　　CLERK OF COURT