FILED

MAY 21 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SUSAN SOTO PALMER; et al.,<br><br>    Plaintiffs-Appellees,<br><br> v.<br><br>STEVEN HOBBS, in his official capacity as Secretary of State of Washington, and the STATE OF WASHINGTON,<br><br>    Defendants-Appellees,<br><br>JOSE A. TREVINO; et al.,<br><br>    Intervenor-Defendants-Appellants. | Nos. 23-35595<br>   24-1602<br><br>D.C. No. 3:22-cv-05035-RSL<br>Western District of Washington, Tacoma<br><br>ORDER |

Before: TASHIMA and KOH, Circuit Judges.

  The motion to intervene in these consolidated appeals by State Senator Torres (Docket Entry No. 63 in No. 23-35595) is denied. *See Cameron v. EMW Women's Surgical Ctr., P.S.C.*, 595 U.S. 267, 276-77 (2022) (explaining that appellate courts consider the policies underlying intervention in the district courts when deciding whether to allow intervention on appeal); *Bates v. Jones*, 127 F.3d 870, 873 (9th Cir. 1997) ("Intervention on appeal is governed by Rule 24 of the Federal Rules of Civil Procedure.").

  The existing briefing schedule remains in effect.