# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 6, 2025

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

**R E C E I V E D**
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOV 1 0 2025**

FILED

Re:  Jose A. Trevino, et al.
v. Steven Hobbs, Secretary of State of Washington, et al.
Application No. 25A522
(Your No. 23-35595, 24-1602)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kagan, who on November 6, 2025, extended the time to and including January 24, 2026.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by

Rashonda Garner
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

### NOTIFICATION LIST

Mr. Jason Brett Torchinsky
Holtzman Vogel Baran Torchinsky Josefiak PLLC
2300 N Street, NW
Ste. 643
Washington, DC  20037


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526