# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 4, 2026

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Jose A. Trevino, et al.
           v. Steven Hobbs, Secretary of State of Washington, et al.
           No. 25-918
           (Your No. 23-35595, 24-1602)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 23, 2026 and placed on the docket February 4, 2026 as No. 25-918.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst