The Honorable Robert S. Lasnik

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

SUSAN SOTO PALMER et al.,

*Plaintiffs*,

v.

STEVEN HOBBS, in his official capacity
as Secretary of State of Washington, et al.,

*Defendants*,

and

JOSE TREVINO et al.,

*Intervenor-Defendants*.

Case No.: 3:22-cv-5035-RSL

[PROPOSED] ORDER GRANTING
INTERVENORS' RULE 60(B) MOTION

This Court invalidated the 2021 legislative map issued by Washington's Redistricting Commission (the "Prior Map") as violating Section 2 of the Voting Rights Act by decision dated August 10, 2023 (Dkt. # 218), and issued its own legislative map (Remedial Map 3B) to remedy the violation, by order dated March 15, 2024 (Dkt. # 290) (collectively, the "Redistricting Orders"). Intervenor-Defendants Jose Trevino and Alex Ybarra ("Intervenors") have moved for relief from those judgments and orders under Federal Rules of Civil Procedure 60(b)(5), 60(b)(6), and 62.1 in light of the Supreme Court's April 29, 2026 decision in *Louisiana v. Callais*, Nos. 24-109 & 24-110, 608 U.S. ___ (2026) ("*Callais*").

[PROPOSED] ORDER GRANTING
INTERVENORS' RULE 60 MOTION
No. 3:22-cv-5035-RSL

1

**Chalmers, Adams, Backer & Wallen, LLC**
701 Fifth Avenue, Suite 4200
Seattle, Washington 98104
Phone: (206) 813-9322

Having reviewed Intervenors' Motion for Relief from Judgment (Dkt. # 309) and the *Callais* decision, the Court concludes that the Redistricting Orders do not comply with the Section 2 liability framework. The Court further holds that giving continued effect to the Redistricting Orders would be inequitable under Rule 60(b)(5) and that withdrawing them and reinstating the Prior Map is appropriate to accomplish justice under Rule 60(b)(6).

Accordingly, the Intervenors' Rule 60(b) Motion for Relief from Judgment (Dkt. # 309) is GRANTED and Remedial Map 3B is VACATED IN ITS ENTIRETY.

In addition, the Secretary of State is hereby ORDERED to (1) conduct future state legislative elections according to the Prior Map, unless and until such time as Defendant State of Washington validly promulgates a new legislative map and (2) with respect to legislative offices to be voted on at the 2026 primary general election only, extend the period for declarations of candidacy for such offices made pursuant to RCW 29A.24.050 to give effect to the foregoing.

IT IS SO ORDERED.

DATED this _____ day of _____, 2026.

_____
The Honorable Robert S. Lasnik
United States District Judge

[PROPOSED] ORDER GRANTING
INTERVENORS' RULE 60 MOTION
No. 3:22-cv-5035-RSL

2

**Chalmers, Adams, Backer & Wallen, LLC**
701 Fifth Avenue, Suite 4200
Seattle, Washington 98104
Phone: (206) 813-9322

Presented by:

*s/ Andrew R. Stokesbary*
Andrew R. Stokesbary, WSBA No. 46097
CHALMERS, ADAMS, BACKER & WALLEN, LLC
701 Fifth Avenue, Suite 4200
Seattle, WA 98104
T: (206) 813-9322
dstokesbary@chalmersadams.com

Jason B. Torchinsky (admitted pro hac vice)
Dallin B. Holt (admitted pro hac vice)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
15405 John Marshall Hwy
Haymarket, VA 20169
T: (540) 341-8808
jtorchinsky@holtzmanvogel.com
dholt@holtzmanvogel.com

*Counsel for Intervenor-Defendants*

[PROPOSED] ORDER GRANTING
INTERVENORS' RULE 60 MOTION
No. 3:22-cv-5035-RSL

3

**Chalmers, Adams, Backer & Wallen, LLC**
701 Fifth Avenue, Suite 4200
Seattle, Washington 98104
Phone: (206) 813-9322

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing document with the Clerk of the Court of the United States District Court for the Western District of Washington through the Court's CM/ECF System, which will serve a copy of this document upon all counsel of record.

DATED this 4th day of May, 2026.

Respectfully submitted,

_s/ Andrew R. Stokesbary_
Andrew R. Stokesbary, WSBA No. 46097

_Counsel for Intervenor-Defendants_

[PROPOSED] ORDER GRANTING
INTERVENORS' RULE 60 MOTION
No. 3:22-cv-5035-RSL

4

**Chalmers, Adams, Backer & Wallen, LLC**
701 Fifth Avenue, Suite 4200
Seattle, Washington 98104
Phone: (206) 813-9322