The Honorable Robert S. Lasnik

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

SUSAN SOTO PALMER et al.,

*Plaintiffs*,

v.

STEVEN HOBBS, in his official capacity as Secretary of State of Washington, et al.,

*Defendants*,

and

JOSE TREVINO et al.,

*Intervenor-Defendants*.

Case No.: 3:22-cv-5035-RSL

[PROPOSED] RULE 62.1 ORDER

This Court invalidated the 2021 legislative map issued by Washington's Redistricting Commission (the "Prior Map") as violating Section 2 of the Voting Rights Act by decision dated August 10, 2023 (Dkt. # 218), and issued its own legislative map (Remedial Map 3B) to remedy the violation, by order dated March 15, 2024 (Dkt. # 290) (collectively, the "Redistricting Orders"). Intervenor-Defendants Jose Trevino and Alex Ybarra ("Intervenors") have moved for relief from those judgments under Federal Rules of Civil Procedure 60(b) and 62.1 in light of the Supreme Court's April 29, 2026 decision in *Louisiana v. Callais*, Nos. 24-109 & 24-110, 608 U.S. ___ (2026) ("*Callais*").

[PROPOSED] RULE 62.1 ORDER

No. 3:22-cv-5035-RSL

1

**Chalmers, Adams, Backer & Wallen, LLC**
701 Fifth Avenue, Suite 4200
Seattle, Washington 98104
Phone: (206) 813-9322

The Court finds it presently lacks authority to grant this motion because of Intervenors' pending petition for certiorari to the Supreme Court. *See Williams v. Woodford*, 384 F.3d 567, 586 (9th Cir. 2004). But having reviewed Intervenors' Motion for Relief from Judgment (Dkt. # 309) and the *Callais* decision, the Court concludes that if the case is remanded to it by the Supreme Court, it will grant the relief requested.

It is therefore ORDERED that if this case is remanded by the Supreme Court, this Court will grant Intervenors' motion pursuant to Rules 60(b) and 62.1 of the Federal Rules of Civil Procedure, withdraw its orders at Docket numbers 218 and 290, vacate Remedial Map 3B, and order the Secretary of State to (1) conduct future state legislative elections according to the Prior Map unless and until such time as Defendant State of Washington validly promulgates a new legislative map and (2) with respect to legislative offices to be voted on at the 2026 primary general election only, extend the period for declarations of candidacy for such offices made pursuant to RCW 29A.24.050 to give effect to the foregoing.

IT IS SO ORDERED.

DATED this _____ day of _____, 2026.

_____
The Honorable Robert S. Lasnik
United States District Judge

**Chalmers, Adams, Backer & Wallen, LLC**
701 Fifth Avenue, Suite 4200
Seattle, Washington 98104
Phone: (206) 813-9322

Presented by:

*s/ Andrew R. Stokesbary*
Andrew R. Stokesbary, WSBA No. 46097
CHALMERS, ADAMS, BACKER & WALLEN, LLC
701 Fifth Avenue, Suite 4200
Seattle, WA 98104
T: (206) 813-9322
dstokesbary@chalmersadams.com

Jason B. Torchinsky (admitted pro hac vice)
Dallin B. Holt (admitted pro hac vice)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
15405 John Marshall Hwy
Haymarket, VA 20169
T: (540) 341-8808
jtorchinsky@holtzmanvogel.com
dholt@holtzmanvogel.com

*Counsel for Intervenor-Defendants*

[PROPOSED] RULE 62.1 ORDER          3          **Chalmers, Adams, Backer & Wallen, LLC**
                                                                      701 Fifth Avenue, Suite 4200
No. 3:22-cv-5035-RSL                                      Seattle, Washington 98104
                                                                         Phone: (206) 813-9322

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing document with the Clerk of the Court of the United States District Court for the Western District of Washington through the Court's CM/ECF System, which will serve a copy of this document upon all counsel of record.

DATED this 4th day of May, 2026.

Respectfully submitted,

s/ Andrew R. Stokesbary
Andrew R. Stokesbary, WSBA No. 46097

*Counsel for Intervenor-Defendants*

[PROPOSED] RULE 62.1 ORDER                    4          **Chalmers, Adams, Backer & Wallen, LLC**
                                                        701 Fifth Avenue, Suite 4200
No. 3:22-cv-5035-RSL                                    Seattle, Washington 98104
                                                        Phone: (206) 813-9322