The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

SUSAN SOTO PALMER, et. al.,

*Plaintiffs*,

v.

STEVEN HOBBS, et. al.,

*Defendants*,
and

JOSE TREVINO, ISMAEL CAMPOS,
and ALEX YBARRA,

*Intervenor-Defendants*.

Case No.: 3:22-cv-05035-RSL

Judge: Robert S. Lasnik

**[PROPOSED] ORDER DENYING INTERVENOR-DEFENDANTS' MOTION TO EXPEDITE CONSIDERATION OF THEIR MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO RULE 60(B)**

This matter came before the Court on Intervenor-Defendants' Motion to Expedite Consideration of their Motion for Relief From Judgment Pursuant to Rule 60(b). The Court has reviewed and considered all briefing and any supporting papers presented to the Court, as well as any hearing in this matter.

Based on the foregoing, and for lack of good cause shown, it is hereby ORDERED that Intervenor-Defendants' Motion to Expedite Consideration of their Motion for Relief From Judgment Pursuant to Rule 60(b) is DENIED.

IT IS SO ORDERED.

DATED this ____ day of _____, 2026.

PROPOSED ORDER DENYING INTERVENOR-
DEFENDANTS' MOTION TO EXPEDITE

1

/s/ _____
The Honorable Robert S. Lasnik
U.S. District Judge

Dated: May 5, 2026                                    Respectfully submitted,

                                                        By: /s/ Annabelle E. Harless
Edwardo Morfin                                      Annabelle E. Harless*
WSBA No. 47831                                    CAMPAIGN LEGAL CENTER
MORFIN LAW FIRM, PLLC                         55 W. Monroe St., Ste. 1925
2602 N. Proctor Street, Suite 205              Chicago, IL 60603
Tacoma, WA 98407                                 aharless@campaignlegal.org
Telephone: 509-380-9999

                                                        Mark P. Gaber*
Chad W. Dunn*                                     Simone Leeper*
Sonni Waknin*                                      Aseem Mulji*
UCLA VOTING RIGHTS PROJECT                Benjamin Phillips*
3250 Public Affairs Building                     CAMPAIGN LEGAL CENTER
Los Angeles, CA 90095                           1101 14th St. NW, Ste. 400
Telephone: 310-400-6019                        Washington, DC 20005
Chad@uclavrp.org                                 mgaber@campaignlegal.org
Sonni@uclavrp.org                                sleeper@campaignlegal.org
                                                        amulji@campaignlegal.org
                                                        bphillips@campaignlegal.org
Thomas A. Saenz*
Ernest Herrera*
MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL
FUND
643 S. Spring St., 11th Fl.
Los Angeles, CA 90014                               Counsel for Plaintiffs
Telephone: (213) 629-2512                     *Admitted pro hac vice
tsaenz@maldef.org
eherrera@maldef.org

PROPOSED ORDER DENYING INTERVENOR-          2
DEFENDANTS' MOTION TO EXPEDITE

**CERTIFICATE OF SERVICE**

I certify that all counsel of record were served a copy of the foregoing this 5th day of May 2026, via the Court's CM/ECF system.

*/s/ Annabelle E. Harless*
Annabelle E. Harless
*Counsel for Plaintiffs*

PROPOSED ORDER DENYING INTERVENOR-
DEFENDANTS' MOTION TO EXPEDITE                3