The Honorable Robert S. Lasnik

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

SUSAN SOTO PALMER, et al.,

        Plaintiffs,

        v.

STEVEN HOBBS, et al.,

        Defendants.

NO. 3:22-cv-05035-RSL

DECLARATION OF STUART HOLMES ON MOTION FOR RELIEF FROM JUDGMENT

I, Stuart Holmes, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge. I am currently employed as Director of Elections in the Office of the Secretary of State, a position I have held since November 2021.

2. I have worked for the Office of the Secretary of State since 2014 and worked in elections administration since 2005.

3. All counties in Washington completed the task of revising precinct boundaries no later than April 27, 2026.

4. During candidate filing week, which ended at 5:00pm on Friday, May 8, 1,104 candidates had submitted a declaration of candidacy and not withdrawn it. Of those, 294 were candidates for legislative office, and 67 of those were candidates for a position in a legislative

DECLARATION OF STUART HOLMES
ON MOTION FOR RELIEF FROM
JUDGMENT
NO. 3:22-cv-05035-RSL

1

district impacted by the remedial map ordered in this case (i.e., legislative districts 2, 5, 7, 8, 9, 12, 13, 14, 15, 16, 17, 20, and 31).

5.    Counties cannot create their ballot designs until after candidate filing is complete. Ballot design is impacted by, among other things, the number of candidates who file declarations of candidacy. The process of finalizing ballot designs takes weeks. This is due to the number of ballots that must be designed and the rigorous testing required to ensure that all ballot designs will be correctly counted.

6.    Many counties in Washington have a deadline of June 1 to send their ballot styles to vendors for printing. A ballot style means the substance of a ballot that voters will see. Counties must create several ballot styles because, for example, different parts of a county may be in different legislative districts.

7.    There are a small number of available vendors who are able to meet the needs of county election officials. Vendors produce not only individual ballots but also the outer envelope used to mail the ballots *to* voters, personalized return envelopes that return ballots *from* voters, security envelopes, and any other necessary inserts. The volume of these orders is also high. Ballots are mailed to all registered voters, and King County (one of the counties impacted by the remedial maps ordered by this court) has over 1.4 million registered voters.

8.    If counties do not meet their prearranged deadlines for providing ballot designs to printers, there is no guarantee that they will be able to find an alternative vendor who is able to print the materials in time to meet statutory ballot mailing deadlines.

9.    Twelve counties were impacted by the changes to legislative districts ordered in 2023: Adams, Benton, Chelan, Clark, Douglas, Franklin, Grant, King, Klickitat, Pierce, Thurston, and Yakima.

10.    If this Court were to order Washington to return to using the Redistricting Commission's legislative map for the 2026 election, counties would need to update precinct boundaries. This is not as simple as "undoing" changes made following this Court's 2023 order.

DECLARATION OF STUART HOLMES
ON MOTION FOR RELIEF FROM
JUDGMENT
NO. 3:22-cv-05035-RSL

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

There have been changes since 2023 that would require precinct updates. For example, some cities have annexed previously unincorporated areas. The process of making, approving, and validating precinct changes takes weeks and sometimes over one month.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

SIGNED this __11__ day of May 2026, at __Tumwater__, Washington.

STUART HOLMES
Director of Elections

DECLARATION OF STUART HOLMES
ON MOTION FOR RELIEF FROM
JUDGMENT
NO. 3:22-cv-05035-RSL

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200